**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————

UNITED STATES OF AMERICA

                Plaintiff,

     v.

SBC COMMUNICATIONS, INC.

   and

AT&T CORP.

             Defendants.

———————————————————

Civil Action No. 1:05CV02102

Judge: Emmet G. Sullivan

———————————————————

UNITED STATES OF AMERICA

                Plaintiff,

     v.

VERIZON COMMUNICATIONS INC.

   and

MCI, INC.

             Defendants.

———————————————————

Civil Action No. 1:05CV02103

Judge: Henry H. Kennedy

**ORDER FOR CONSOLIDATION OF ACTIONS FOR PROCEEDINGS UNDER**
**THE ANTITRUST PROCEDURES AND PENALTY ACT, 15 U.S.C. §§ 16(b)-(h)**

    **THIS MATTER** having come before the Court on Plaintiff United States' Uncontested

Motion for Consolidation of <u>United States v. SBC Communications, Inc. & AT&T Corp.</u>, (No.

1:05CV02102) (Dist. D.C., filed October 27, 2005) with <u>United States v. Verizon</u>

Communications, Inc. & MCI, Inc.,(No. 1:05CV02103) (Dist. D.C., filed October 27, 2005)

requesting consolidation of these  proceedings under the Antitrust Procedures and Penalties Act,

15 U.S.C. §§ 16(b)-(h) (the "APPA"); and

**IT APPEARING THAT** consolidation is in the interests of efficiency and judicial

economy;

**IT IS HEREBY ORDERED THAT**

United States v. SBC Communications, Inc. & AT&T Corp., (No. 1:05CV02102) (Dist. D.C.,

filed October 27, 2005) and United States v. Verizon Communications, Inc. & MCI, Inc.,(No.

1:05CV02103) (Dist. D.C., filed October 27, 2005) shall be consolidated pursuant to Rule 42(a)

of the Federal Rules of Civil Procedure for purposes of proceedings under the APPA and

assigned to: _____, United States District Judge.


_____

UNITED STATES DISTRICT JUDGE