A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                | ) |                |
|----------------|---|----------------|
| Plaintiff(s)   | ) | **APPEARANCE** |
|                | ) |                |
|                | ) |                |
| vs.            | ) | CASE NUMBER    |
|                | ) |                |
|                | ) |                |
| Defendant(s)   | ) |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael Lazarus  as counsel in this
                                (Attorney's Name)

case for:  SBC Communications Inc.
           (Name of party or parties)


11/7/2005
Date

482526
BAR IDENTIFICATION

*Michael Lazarus* (signature)
Signature

Michael Lazarus
Print Name

1001 Pennsylvania Ave, NW
Address

Washington, DC         20004
City         State     Zip Code

202-624-2500
Phone Number