IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br><br>Defendants. | Civil Action No. 1:05CV02102<br><br>Judge Sullivan |

## CERTIFICATION OF DEFENDANTS PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to 15 U.S.C. § 16(g), defendants SBC Communications Inc. and AT&T Corp., state that there were no written or oral communications by or on behalf of either of them with an officer or employee of the United States concerning or relevant to the proposed consent judgment, other than communications made by counsel of record alone with employees of the Department of Justice, except for communications with staff of the Federal Communications Commission to inform them about the status of a proposed consent judgment. Defendants certify that, with this submission, they have complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of communications known to defendants or that defendants reasonably should have known that are required to be reported pursuant to that provision.

Respectfully submitted,

*/s/ Michael Lazarus*
_____
Wm. Randolph Smith
(D.C. Bar No. 356402)
Michael Lazarus
(D.C. Bar No. 482526)
Attorneys for Defendant SBC
Communications Inc.
CROWELL & MORING LLP
1001 Pennsylvania Ave, N.W.
Washington, DC 20004
(202) 624-2500

*/s/ David L. Lawson by ML*
_____
David L. Lawson
(D.C. Bar No. 434741)
Attorney for Defendant AT&T Corp.
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, DC 20005

November 7, 2005

3

## CERTIFICATE OF SERVICE

I, Michael Lazarus, hereby certify that, on November 7, 2005, I caused a copy of the foregoing Certification of Defendants Pursuant to 15 U.S.C. § 16(g) to be served by first-class mail on the following:

>Laury E. Bobbish, Esquire
>Lawrence M. Frankel, Esquire
>Telecommunications & Media Enforcement Section
>Antitrust Division
>United States Department of Justice
>1401 H Street, N.W.
>Suite 8000
>Washington, DC  20530

_____
Michael Lazarus