## CERTIFICATE OF SERVICE

      I hereby certify that on the  16th  day of November, 2005, I caused a copy of the foregoing Plaintiff's Competitive Impact Statement to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

FOR DEFENDANT SBC COMMUNICATIONS, INC.

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2700

FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8088

                                                /s/
                                          Jared A. Hughes
                                          Attorney
                                          Telecommunications & Media Section
                                          Antitrust Division
                                          U.S. Department of Justice
                                          City Center Building
                                          1401 H Street, N.W., Suite 8000
                                          Washington, D.C. 20530