## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of November, 2005, I caused a copy of the foregoing NOTICE OF AMENDED STIPULATION and AMENDED STIPULATION with attached FINAL JUDGMENT to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

FOR DEFENDANT SBC COMMUNICATIONS, INC.

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 624-2700

FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8088

                                                                          /s/
                                        Jared A. Hughes
                                        Attorney
                                        Telecommunications & Media Section
                                        Antitrust Division
                                        U.S. Department of Justice
                                        City Center Building
                                        1401 H Street, N.W., Suite 8000
                                        Washington, D.C. 20530