## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.:  1:05CV02102 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO INTERVENE, OR IN THE ALTERNATIVE TO PARTIPATE AS AMICUS CURIAE

Upon consideration of COMPTEL's Motion for Leave to Intervene, or in the Alternative to Participate as Amicus Curiae, as well as all other relevant papers filed in relation to this motion, it is hereby **ORDERED** that COMPTEL's motion is **DENIED.**

Dated: _____     _____

                                              UNITED STATES DISTRICT JUDGE