**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br>   **Plaintiff,**  )<br>   v.  )<br>  )<br> **SBC Communications, Inc. and**  )<br> **AT&T Corp.,**  )<br>  )<br>   **Defendants.**  )<br>  ) | Civil Action No. 1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,**  )<br>  )<br>   **Plaintiffs,**  )<br>   v.  )<br>  )<br> **Verizon Communications, Inc. and**  )<br> **MCI, Inc.,**  )<br>  )<br>   **Defendants.**  )<br>  ) | Civil Action No. 1:05CV02103 (EGS) |

**NOTICE OF FILING OF COMPTEL'S CORRECTED REPLY TO OPPOSITION OF
THE UNITED STATES, AT&T, AND VERIZON TO COMPTEL'S MOTION FOR
LEAVE TO INTERVENE, OR IN THE ALTERNATIVE, TO PARTICIPATE AS
*AMICUS CURIAE***

With this Notice, COMPTEL hereby files its Corrected Reply to Opposition of the United States, AT&T, and Verizon to COMPTEL's Motion for Leave to Intervene, or in the Alternative, to Participate as *Amicus Curiae* ("Reply").

After re-reviewing the Reply filed with the Court yesterday, Counsel identified several formatting and clerical errors.  There are no substantive changes to the filing.  The corrections are listed below:

  1. Page iv: DOJ Merger Remedies Guide

    Correction: Dep't of Justice Merger Remedies Guide

2. Page 2: the heading "I. THE OPPOSITIONS RAISE TRIVIAL OBJECTIONS" has been moved to page 3.

3. Page 6: the heading "II. COMPTEL SATISFIES THE STANDARDS FOR PERMISSIVE INTERVENTION" has been moved to page 6.

4. Page 12: DOJ Merger Remedy Guide
   Correction: Dep't of Justice Merger Remedy Guide ("DOJ Merger Remedy Guide")

5. Page 15: footnote 8 has been moved to the text.

6. Page 16: *Equal Employment Opportunity Comm'n v. Nat'l Children's Ctr., Inc.*, 146 F.3d 1042, 1046 (D.C. Cir. 1998).
   Correction: *Equal Employment Opportunity Comm'n*, 146 F.3d at 1046.

7. Page 18: the signature block has been moved to page 19.

Attached as Exhibit A is a corrected copy of the Reply.

Dated: March 2, 2006

Respectfully submitted,

*/s/ Kevin R. Sullivan*

Kevin R. Sullivan (D.C. Bar No.411718)
Peter M. Todaro (D.C. Bar No. 455430)
King & Spalding LLP
1700 Pennsylvania Avenue N.W.
Washington, DC 20006
202-737-0500
202-626-3737 (fax)

Jonathan Lee (D.C. Bar No. 435586)
Sr. Vice President, Regulatory Affairs
COMPTEL
1900 M Street, NW
Suite 800
Washington, D.C. 20036-3508
202-296-6650
202-296-7585 (fax)

*Attorneys for Proposed Intervenor COMPTEL*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, a true and correct copy of COMPTEL's Notice of Filing COMPTEL's Corrected Reply to Opposition of the United States, AT&T, and Verizon to COMPTEL's Motion for Leave to Intervene, or in the Alternative, to Participate as *Amicus Curiae* was filed with the clerk's office and copies were sent by U.S. Mail to the following:

*Attorneys for Plaintiff*

Laury E. Bobbish
Assistant Chief, Telecommunications &
Media Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

Lawrence M. Frankel
Attorney, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

Mark C. Hansen
Kellogg, Huber, Hansen, Todd, Evans &
Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209

*Attorneys for MCI, Inc.*

Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

*Attorneys for SBC Communications*

Wm. Randolph Smith
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Richard L. Rosen
Arnold & Porter
555 Twelfth Street, NW
Washington, D.C. 20004-1206

James D. Ellis
Wayne Watts
SBC Communications Inc.
175 East Houston Street
San Antonio, Texas 78205

*Attorneys for AT&T Corp.*

Ilene Knable Gotts
Wachtell, Lipton Rosen & Katz
51 West 52nd Street
New York, New York 10019

David L. Lawson
David W. Carpenter
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

James W. Cicconi
Lawrence J. Lafaro
AT&T Corp.
One AT&T Way
Bedminster, NJ 07921

_____
Meghan S. Blaszak