**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>         Plaintiff,                             )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>SBC Communications, Inc. and     )<br>AT&T Corp.,                                 )<br>                                                           )<br>         Defendants.                        )<br>                                                           ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>         Plaintiff,                             )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>Verizon Communications Inc. and  )<br>MCI, Inc.,                                    )<br>                                                           )<br>         Defendants.                        )<br>                                                           ) | Civil Action No. 1:05CV02103 (EGS) |

**OPPOSITION OF VERIZON COMMUNICATIONS INC. TO COMPTEL'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

CompTel's motion for leave to file a supplemental memorandum addressing the supposed significance of the recently announced merger of AT&T and BellSouth should be denied. That transaction – which does not involve Verizon – has no impact on the question before the Court, which is whether the proposed settlement of the government's review of the Verizon/MCI transaction satisfies the Tunney Act standards. The regulatory filings that CompTel seeks to introduce[1] are irrelevant to the issue presented here and have, in any event,

---

[1] Comments of AT&T Wireless Services, Inc., *AT&T Corp. Petition for Rulemaking To Reform Regulation of Incumbent Local Exchange Carrier Rates for Interstate Special Access Service*, RM No. 10593 (FCC filed Dec. 2, 2002); Comments of Sprint Corporation, *Review of the*

already been considered by the FCC, which approved the Verizon/MCI transaction in the public interest.  The proposed AT&T/BellSouth transaction will be reviewed by the Department of Justice and the FCC, and does not affect the issue before the Court here.  *Cf.* 5 Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law* ¶ 1205a, at 297 (2d ed. 2003) ("Developments subsequent to the merger but not 'caused' by it should be ignored.").

## CONCLUSION

The Court should deny the motion.

Respectfully submitted,

 /s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Joseph S. Hall |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |    Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

March 9, 2006

---

*Section 251 Unbundling Obligations of Incumbent Local Exchange Carriers*, CC Docket Nos. 01-338 *et al.* (FCC filed Apr. 5, 2002); Comments of Sprint Corporation, *Special Access Rates for Price Cap Local Exchange Carriers*, WC Docket No. 05-25 (FCC filed June 13, 2005); Reply Comments of T-Mobile USA, Inc., *Special Access Rates for Price Cap Local Exchange Carriers*, WC Docket No. 05-25 (FCC filed July 29, 2005).