## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2006, I caused a copy of the foregoing Plaintiff United States's Response to Public Comments with attachments to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith (D.C. Bar No. 356402)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>(202) 624-2700<br><br>FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson (D.C. Bar No. 434741)<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>(202) 736-8088 | FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne (D.C. Bar No. 421351)<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br>(703) 351-3900<br><br>FOR DEFENDANT MCI, INC.<br><br>Paul M. Eskildsen (D.C. Bar No. 337790)<br>MCI, Inc.<br>22001 Loudoun County Parkway<br>Ashburn, Virginia 20147<br>(703) 886-4051 |
|---|---|

                                                      /s/
                                        David T. Blonder
                                        Attorney
                                        Telecommunications & Media Section
                                        Antitrust Division
                                        U.S. Department of Justice
                                        City Center Building
                                        1401 H Street, N.W., Suite 8000
                                        Washington, D.C. 20530