IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**AT&T INC.'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO COMPTEL'S MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL MEMORANDUM**

COMPTEL's motion to file a supplemental memorandum in support of its motion to intervene should be denied. As set forth in the brief submitted by the Department of Justice ("DOJ"), the recently proposed transaction between BellSouth and AT&T is irrelevant to the current proceeding. Any future transaction is separate and distinct from the instant matter that is focused solely on the prior acquisition of AT&T by SBC. Moreover, a future transaction will be

1

reviewed separately by federal and state agencies, on a different timeline, than the matter pending before this Court.

In fact, this most recent motion demonstrates exactly why COMPTEL's request to intervene should be denied. COMPTEL does not grasp the proper scope of this Tunney Act proceeding, and seeks to transform it into a broader inquiry into other matters. Such an inquiry will not assist this Court in its role under the Tunney Act, but will only burden it with irrelevant arguments that will delay the ultimate resolution of this matter. Thus far, COMPTEL's briefs to this Court have offered either duplicative filings that replicate its Tunney Act comments or immaterial arguments regarding a proposed future transaction that has no bearing on this proceeding. Its additional requests for discovery and hearings only portend further delay.

## CONCLUSION

For the foregoing reasons, the Court should deny COMPTEL's Motion for Leave to File a Supplemental Memorandum, or alternatively should reject the arguments set forth in its Memorandum.

Respectfully submitted,

/s/ Wm. Randolph Smith
Wilma A. Lewis (D.C. Bar No. 358637)
Wm. Randolph Smith (D.C. Bar No. 356402)
Michael Lazarus (D.C. Bar No. 482526)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Defendant AT&T Inc.

Dated: March 21, 2006