```
Ad #  17222    Name US DEPT OF JUSTICE/ANTI TRUS    Size 68 lines              M0055
Class  815'   PO # 6025084 Authorized by MAURA LEE  Account 632270
```

## PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $4,195.60, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: Dec 8, 9, 10, 11, 12, 13 and 14, 2005
Account 632270

_____ Kate M Davey _____

Witness my hand and official seal this _____ day of __January__ 20_06_

_____ Tuesday T Bell _____
My commission expires

Tuesday T. Bell
Notary Public, District of Columbia
My Commission Expires 7-31-2009

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
Take notice that a proposed Final Judgment, Amended Stipulation, and Competitive Impact Statement have been filed in a civil antitrust case, in United States v. SBC Communications Inc., Civil Case No. 1:05CV02102 (EGS) against SBC Communications Inc. (""SBC"") and AT&T Corp. (""AT&T""). On October 27, 2004, the United States filed a Complaint in the United States District Court for the District of Columbia alleging that the proposed acquisition of AT&T by SBC would violate Section 7 of the Clayton Act, 15 U.S.C. § 18, by substantially lessening competition in the provision of local private lines (also called ""special access"") and other telecommunications services that rely on local private lines in eleven metropolitan areas: Chicago; Dallas-Fort Worth; Detroit; Hartford-New Haven, Connecticut; Indianapolis; Kansas City; Los Angeles; Milwaukee; San Diego; San Francisco-San Jose; and St. Louis. The proposed Final Judgment requires the defendants to divest assets in those eleven metropolitan areas in order to proceed with SBC's $16 billion acquisition of AT&T. A Competitive Impact Statement filed by the United States on November 16, 2005 describes the Complaint, the proposed Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation. Copies of the Complaint, proposed Final Judgment, Amended Stipulation, Competitive Impact Statement, and all further papers filed with the Court in connection with this Complaint will be available for inspection at the Antitrust Documents Group, Antitrust Division, Liberty Place Building, Room 215, 325 7th Street, N.W., Washington, D.C. 20530 (telephone 202-514-2481), and at the Clerk's Office of the U.S. District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001. During the sixty (60) day comment period, interested persons may submit comments in writing to Nancy Goodman, Chief, Telecommunications & Media Enforcement Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 8000, Washington, D.C. 20530 (202-514-5621).


RECEIVED
BY A. Carter  DATE 1/12/06
Tel.

## COMMERCIAL INVOICE and STATEMENT



**The Washington Post**
washingtonpost.com
express

| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 12/01/05-12/31/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 23 Total Amount Due | Amount Paid | 3 Terms of Payment |
|---|---|---|
| 12,565.62 | | Payable On Or Before 15th Day After Billing. No Cash Discount |

| 4 Page | 5 Billing Date | 6 Agency Acct No. | 7 Advertiser/Client No. | 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/31/05 | | 632270 | 8,267.80 | 0.00 | 3,825.40 | 0.00 | 472.42 |

| 8 Billed Account and Address | 9 Remittance Address |
|---|---|
| US DEPT OF JUSTICE/ANTI TRUS<br>ATTN: MAURA LEE<br>950 PENNSYLVANIA AVE NW # 3335<br>WASHINGTON, DC 20530 | THE WASHINGTON POST<br>P.O. BOX 79101<br>BALTIMORE, MD 21279-0101 |

0006322703200512000125656211111

- - - - - - - - - - - - - - - - - - - - - - (Detach here and return with remittance) - - - - - - - - - - - - - - - - - - - - - -

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 Times Run 18 Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | 4,297.82 |
| | | CLASSIFIED LIGHTFACE ADVERTISING | | | | |
| 12/08/2005 | S017222/A4413885<br>INV# 13560957 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/09/2005 | S017222/A4413885<br>INV# 13563085 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/10/2005 | S017222/A4413885<br>INV# 13566172 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/11/2005 | S017222/A4413885<br>INV# 13570069 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | SUN 2 @ 34 LI | 11.84 | 805.12 | 805.12 |
| 12/12/2005 | S017222/A4413885<br>INV# 13574691 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |

**Statement of Account Aging of Past Due Amounts**

| 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days | 23 Total Amount Due |
|---|---|---|---|---|---|
| 8,267.80 | 0.00 | 3,825.40 | 0.00 | 472.42 | 12,565.62 |



**The Washington Post**
washingtonpost.com
express

1150 15th Street, NW Washington, DC 20071
Invoice Questions
Tel: (202) 334-4875  Fax: (202) 334-4706   e-mail: CUSTACCT@WASHPOST.COM
Tearsheet request:  TEARSHTS@WASHPOST.COM
Not subject to back-up Tax Withholding    Duns #: 3245768    Fed ID #: 53-0182885

| Advertiser Information | | | | | |
|---|---|---|---|---|---|
| 1 Billing Period | | 6 Agency Account Number | 7 Advertiser/Client Number | 2 Advertiser/Client Name | |
| 12/01/05-12/31/05 | | | 632270 | US DEPT OF JUSTICE/ANTI TRUS | |

**The Washington Post**
washingtonpost.com
express

| 4 Page | 1 Billing Period | 2 Advertiser/Client Name |
|---|---|---|
| 2 | 12/01/05-12/31/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due |
|---|---|---|---|
|  | 632270 | 12/31/05 | 12,565.62 |

**Address Change Request**

**Comments/Questions**

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| 12/13/2005 | S017222/A4413885 INV# 13576159 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/14/2005 | S017222/A4413885 INV# 13577475 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/08/2005 | S018864/A4413886 INV# 13560958 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/09/2005 | S018864/A4413886 INV# 13563086 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/10/2005 | S018864/A4413886 INV# 13566173 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/11/2005 | S018864/A4413886 INV# 13570070 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | SUN 2 @ 33 LI | 11.84 | 781.44 | 781.44 |
| 12/12/2005 | S018864/A4413886 INV# 13574692 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/13/2005 | S018864/A4413886 INV# 13576160 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/14/2005 | S018864/A4413886 INV# 13577476 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
|  |  | TOTAL CURRENT AD ACTIVITY |  |  |  | 8,267.80 |
|  |  | TOTAL AMOUNT DUE |  |  |  | 12,565.62 |

# The Washington Post
washingtonpost.com


| 1 Billing Period | 2 Advertiser/Client Name | | | | |
|---|---|---|---|---|---|
| 12/01/05-12/31/05 | US DEPT OF JUSTICE/ANTI TRUS | | | | |
| 4 Page | 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due | |
| 3 | | 632270 | 12/31/05 | 12,565.62 | |

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | CURRENT PERIOD ACTIVITY SUMMARY | | | | | |
| | CLASSIFIED | 14.00 INSERTS | 938.00 | LINES | | |

# The Washington Post
## washingtonpost.com


| 1 | Billing Period | 2 | Advertiser/Client Name |
|---|---|---|---|
| | 12/01/05-12/31/05 | | US DEPT OF JUSTICE/ANTI TRUS |

| 4 | Page | 6 | Agency Account Number | 7 | Advertiser/Client Number | 5 | Billing Date | 23 | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | | 632270 | | 12/31/05 | | 12,565.62 |

## LEGEND

1. **Billing Period**
   "from " "to" dates for this statement

2. **Advertiser/Client Name**
   Name of Advertiser (If Agency, Client Name)

3. **Terms of Payment**
   When payment is due

4. **Page Number**
   Page Number for multi page statements

5. **Billing Date**
   Date statement was prepared

6. **Agency Account Number**
   Newspaper account number
   Corresponding to element 8

7. **Advertiser/Client Number**
   Advertiser Account number corresponding to element 2

8. **Billed Account Name and Address**
   Organization receiving invoice

9. **Remittance Address**
   return payment address

10. **Date**
    Insertion date of ad or transaction date

11. **Newspaper reference**
    Newspaper's internal reference number

12. **Description, Other Comments**

13. **Product/Service Code**

14. **Other Charges or Credit**
    All information relating to ad including purchase order
    number detail of all discounts/charges relating to ad

15. **SAU Size**
    Standard Advertising Unit ad size
    (for Classified: single insertion lines)

16. **Billed Units**
    Measurement of ad (columns x depth)
    (for classified: Total lines in ad schedule)

17. **Times Run**
    Number of insert days for this ad

18. **Rate**
    Applicable newspaper assigned rate prior to any
    discounts or charges

19. **Gross Amount**
    Calculation of ad pricing
    Extension of total billed amount at applicable rate
    before any discounts

20. **Net Amount**
    Final cost of ad due for advertiser (element 2)

21. **Current Net Amount Due**

22. **Aging of past due balances for advertiser**

23. **Total Amount due**
    Sum of elements 21 and 22

To place a classified ad, please call your sales representative or call (202) 334-6200

```
Ad # 18864    Name US DEPT OF JUSTICE/ANTI TRUS    Size 66 lines         M0056
Class  815'   PO # 6025083 Authorized by MAURA LEE  Account 632270
```

## PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $4,072.20, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: Dec 8, 9, 10, 11, 12, 13 and 14, 2005
Account 632270

Witness my hand and official seal this ____ day of January ____ 20 06

My commission expires __Tuesday T. Bell__

Tuesday T. Bell
Notary Public, District of Columbia
My Commission Expires 7-31-2009

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
Take notice that a proposed Final Judgment, Stipulation, and Competitive Impact Statement have been filed in a civil antitrust case, in United States v. Verizon Communications Inc., Civil Case No. 1:05CV02103 (HHK) against Verizon Communications Inc. (""Verizon"") and MCI, Inc. (""MCI""). On October 27, 2004, the United States filed a Complaint in the United States District Court for the District of Columbia alleging that the proposed acquisition of MCI by Verizon would violate Section 7 of the Clayton Act, 15 U.S.C. § 18, by substantially lessening competition in the provision of local private lines (also called ""special access"") and other telecommunications services that rely on local private lines in eight metropolitan areas: Baltimore; Boston; New York; Philadelphia; Tampa; Richmond, Virginia; Providence, Rhode Island; and Portland, Maine. The proposed Final Judgment requires the defendants to divest assets in those eight metropolitan areas in order to proceed with Verizon's $8.54 billion acquisition of MCI. A Competitive Impact Statement filed by the United States on November 16, 2005 describes the Complaint, the proposed Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation. Copies of the Complaint, proposed Final Judgment, Stipulation, Competitive Impact Statement, and all further papers filed with the Court in connection with this Complaint will be available for inspection at the Antitrust Documents Group, Antitrust Division, Liberty Place Building, Room 215, 325 7th Street, N.W., Washington, D.C. 20530 (telephone 202-514-2481), and at the Clerk's Office of the U.S. District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001. During the sixty (60) day comment period, interested persons may submit comments in writing to Nancy Goodman, Chief, Telecommunications & Media Enforcement Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, N.W., Suite 8000, Washington, D.C. 20530 (202-514-5621).


RECEIVED
BY A. Carter  DATE 1/12/06
Tel.

**COMMERCIAL INVOICE and STATEMENT**



**The Washington Post**
washingtonpost.com
express

| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 12/01/05-12/31/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 23 Total Amount Due | Amount Paid | 3 Terms of Payment |
|---|---|---|
| 12,565.62 | | Payable On Or Before 15th Day After Billing  No Cash Discount |

| 4 Page | 5 Billing Date | 6 Agency Acct No. | 7 Advertiser/Client No. | 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/31/05 | | 632270 | 8,267.80 | 0.00 | 3,825.40 | 0.00 | 472.42 |

| 8 Billed Account and Address | 9 Remittance Address |
|---|---|
| US DEPT OF JUSTICE/ANTI TRUS<br>ATTN:  MAURA LEE<br>950 PENNSYLVANIA AVE NW # 3335<br>WASHINGTON, DC 20530 | THE WASHINGTON POST<br>P.O. BOX 79101<br>BALTIMORE, MD 21279-0101 |

0006322703200512000125656211111

--- (Detach here and return with remittance) ---

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15/16 SAU Size Billed Units | 17/18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | 4,297.82 |
| | | CLASSIFIED LIGHTFACE ADVERTISING | | | | |
| 12/08/2005 | S017222/A4413885<br>INV# 13560957 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/09/2005 | S017222/A4413885<br>INV# 13563085 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/10/2005 | S017222/A4413885<br>INV# 13566172 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/11/2005 | S017222/A4413885<br>INV# 13570069 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | SUN 2 @ 34 LI | 11.84 | 805.12 | 805.12 |
| 12/12/2005 | S017222/A4413885<br>INV# 13574691 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |

**Statement of Account Aging of Past Due Amounts**

| 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days | 23 Total Amount Due |
|---|---|---|---|---|---|
| 8,267.80 | 0.00 | 3,825.40 | 0.00 | 472.42 | 12,565.62 |



**The Washington Post**
washingtonpost.com
express

1150 15th Street, NW Washington, DC 20071
Invoice Questions
Tel: (202) 334-4875   Fax: (202) 334-4706    e-mail: CUSTACCT@WASHPOST.COM
Tearsheet request:  TEARSHTS@WASHPOST.COM
Not subject to back-up Tax Withholding      Duns #: 3245768      Fed ID #: 53-0182885

| Advertiser Information | | | | | |
|---|---|---|---|---|---|
| 1 Billing Period | | 6 Agency Account Number | 7 Advertiser/Client Number | 2 Advertiser/Client Name | |
| 12/01/05-12/31/05 | | | 632270 | US DEPT OF JUSTICE/ANTI TRUS | |

# The Washington Post
washingtonpost.com
express

| 4 | Page | 1 | Billing Period | 2 | Advertiser/Client Name |
|---|---|---|---|---|---|
| | 2 | | 12/01/05-12/31/05 | | US DEPT OF JUSTICE/ANTI TRUS |

| 6 | Agency Account Number | 7 | Advertiser/Client Number | 5 | Billing Date | 23 | Total Amount Due |
|---|---|---|---|---|---|---|---|
| | | | 632270 | | 12/31/05 | | 12,565.62 |

**Address Change Request**

**Comments/Questions**

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| 12/13/2005 | S017222/A4413885 INV# 13576159 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/14/2005 | S017222/A4413885 INV# 13577475 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025084 | DLY 2 @ 34 LI | 8.31 | 565.08 | 565.08 |
| 12/08/2005 | S018864/A4413886 INV# 13560958 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/09/2005 | S018864/A4413886 INV# 13563086 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/10/2005 | S018864/A4413886 INV# 13566173 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/11/2005 | S018864/A4413886 INV# 13570070 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | SUN 2 @ 33 LI | 11.84 | 781.44 | 781.44 |
| 12/12/2005 | S018864/A4413886 INV# 13574692 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/13/2005 | S018864/A4413886 INV# 13576160 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| 12/14/2005 | S018864/A4413886 INV# 13577476 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. 6025083 | DLY 2 @ 33 LI | 8.31 | 548.46 | 548.46 |
| | | TOTAL CURRENT AD ACTIVITY | | | | 8,267.80 |
| | | TOTAL AMOUNT DUE | | | | 12,565.62 |

# The Washington Post
**washingtonpost.com**
**express**

| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 12/01/05-12/31/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 4 Page | 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due |
|---|---|---|---|---|
| 3 | | 632270 | 12/31/05 | 12,565.62 |

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | **CURRENT PERIOD ACTIVITY SUMMARY** | | | | | |
| | CLASSIFIED | 14.00 INSERTS | 938.00 | LINES | | |

**The Washington Post**

washingtonpost.com



| 1 | Billing Period | | 2 | Advertiser/Client Name | | | |
|---|---|---|---|---|---|---|---|
| | 12/01/05-12/31/05 | | | US DEPT OF JUSTICE/ANTI TRUS | | | |
| 4 | Page | 6 | Agency Account Number | 7 | Advertiser/Client Number | 5 | Billing Date | 23 | Total Amount Due |
| | 4 | | | | 632270 | | 12/31/05 | | 12,565.62 |

**LEGEND**

1. Billing Period
   "from " "to" dates for this statement

2. Advertiser/Client Name
   Name of Advertiser (If Agency, Client Name)

3. Terms of Payment
   When payment is due

4. Page Number
   Page Number for multi page statements

5. Billing Date
   Date statement was prepared

6. Agency Account Number
   Newspaper account number
   Corresponding to element 8

7. Advertiser/Client Number
   Advertiser Account number corresponding to element 2

8. Billed Account Name and Address
   Organization receiving invoice

9. Remittance Address
   return payment address

10. Date
    Insertion date of ad or transaction date

11. Newspaper reference
    Newspaper's internal reference number

12. Description, Other Comments

13. Product/Service Code

14. Other Charges or Credit
    All information relating to ad including purchase order number detail of all discounts/charges relating to ad

15. SAU Size
    Standard Advertising Unit ad size
    (for Classified: single insertion lines)

16. Billed Units
    Measurement of ad (columns x depth)
    (for classified: Total lines in ad schedule)

17. Times Run
    Number of insert days for this ad

18. Rate
    Applicable newspaper assigned rate prior to any discounts or charges

19. Gross Amount
    Calculation of ad pricing
    Extension of total billed amount at applicable rate before any discounts

20. Net Amount
    Final cost of ad due for advertiser (element 2)

21. Current Net Amount Due

22. Aging of past due balances for advertiser

23. Total Amount due
    Sum of elements 21 and 22

To place a classified ad, please call your sales representative or call (202) 334-6200