IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**COMPTEL'S MOTION FOR LEAVE TO FILE OPPOSITION TO THE DEPARTMENT
OF JUSTICE'S MOTION FOR ENTRY OF FINAL JUDGMENTS**

On February 8, 2006 COMPTEL filed a motion to intervene in the proceedings before this Court. All parties subsequently opposed this motion on February 22, 2006, and COMPTEL filed its reply in support of its motion on March 1. Without awaiting a ruling on COMPTEL's pending motion to intervene, the Department of Justice ("DOJ") filed a Motion for Entry of the Final Judgments on April 5, 2006.

As COMPTEL discussed more fully in its motion to intervene, COMPTEL has a claim that shares a question of law or fact with the main action, and as an interested third party, should be permitted to advise the Court and share its views regarding the pending action. For the same

reasons set forth in its motion to intervene COMPTEL hereby seeks leave to file the attached Opposition to the DOJ's Motion for Entry of Final Judgments.

Dated: April 6, 2006

Respectfully submitted,

Kevin R. Sullivan (D.C. Bar No. 411718)
Peter M. Todaro (D.C. Bar. No. 455430)
King & Spalding LLP
1700 Pennsylvania Avenue N.W.,
Washington, D.C. 20006
(202) 737-0500
(202) 626-3737 (fax)

Jonathan D. Lee (D.C. Bar No. 435586)
Sr. Vice President, Regulatory Affairs
COMPTEL
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650
(202) 296-7585 (fax)

*Attorneys for Proposed Intervenor COMPTEL*