IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>        Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br>    3050 K Street, NW<br>    Fourth Floor<br>    Washington, DC  20007<br>    (202)342-8518<br><br>    Applicant-*Amicus*. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>        Defendants.<br><br>The Alliance for Competition in<br>    Telecommunications<br>    3050 K Street, NW<br>    Fourth Floor<br>    Washington, DC  20007<br>    (202)342-8518<br><br>    Applicant-*Amicus*. | Civil Action No.: 1:05CV02103 (EGS) |

**ACTEL'S MOTION FOR *AMICUS CURIAE* AND INTERVENOR STATUS
PURSUANT TO THE TUNNEY ACT**

Pursuant to 15 U.S.C. § 16(f)(3) of the Tunney Act and Rule 24 of the Federal Rules of Civil Procedure, the Alliance for Competition in Telecommunications ("ACTel") requests *amicus curiae* status in this proceeding for the purposes of opposing the Department of Justice's ("DOJ" or "the Government") Motion for Entry of Final Judgments and providing information to this Court that is crucial to the resolution of that motion and the Court's understanding of the issues it presents. ACTel further requests that it be granted intervenor status for the purpose of appealing any judgment by this Court, in the event that this Court grants the DOJ's motion because, without the ability to appeal, ACTel will be unable to protect its substantial interests. In the alternative, ACTel requests leave of court to file an opposition to the United States' Motion for Entry of the Final Judgment pursuant to 15 U.S.C. § 16(f)(3).

Pursuant to the requirements of Local Rule 7, ACTel has consulted with the parties in this litigation to determine whether they consent to granting ACTel *amicus curiae* and/or intervenor status. Counsel for the United States represented that the United States anticipates opposing granting this relief. Defendants Verizon Communications, Inc., SBC Communications and AT&T Corp. oppose granting the relief requested. Undersigned counsel was unable to reach counsel for MCI, Inc.

For the foregoing reasons and for those in the accompanying memorandum of points and authorities in support, the Court should grant ACTel's request to participate in these proceedings as an *amicus curiae* and/or intervenor.

Case 1:05-cv-02102-EGS    Document 26    Filed 05/05/2006    Page 3 of 3

May 4, 2006

By: /s/ Gary Reback

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
200 Geng Road
Palo Alto, CA 94303
50-812-3489 (phone)
50-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*