# EXHIBIT 10

Westlaw.

10/5/05 CHICAGOTR 1

10/5/05 Chi. Trib. 1
2005 WLNR 23415054

CHICAGO TRIBUNE
Copyright 2005 Chicago Tribune Company

October 5, 2005

Section: Business

2 telecom mergers hovering over rivals
**As SBC and Verizon approach completion of buyouts** of AT&T and MCI, smaller firms
are hoping regulators will restrict rate increases
Jon Van, Tribune staff reporter.

The megamergers of SBC Communications Inc. with AT&T Corp. and Verizon
Communications Inc. with MCI Inc., both of which could be completed this month,
will undo a competitive structure that goes back nearly 20 years, when two little-
known companies pioneered the concept of bypassing the Bell monopoly on local phone
companies.

It's a foregone conclusion that federal regulators will approve the mergers, though
industry insiders wonder what sort of conditions the Justice Department and the
Federal Communications Commission might impose on the deals.

Most expect the feds will require that MCI and AT&T sell off some network elements
because they are a major factor in the current competitive landscape. But several
smaller carriers that compete directly with Verizon and SBC say that's not good
enough.

Those smaller carriers want the FCC to freeze current wholesale rates so SBC and
Verizon cannot use their consolidated market power to jack up wholesale rates and,
eventually, their retail rates as well.

Without a rate freeze, "a lot of small businesses will see their phone bills go up
once the mergers are made," said Heather Gold, a senior vice president at XO
Communications Inc.

Those mergers will alter a landscape that has been in place since the 1980s, when
Teleport and Metropolitan Fiber Systems laid their own fiber in Chicago, New York
and other large markets to enable businesses to connect directly to long-distance
carriers without paying the fees assessed by the Bells.

In some cases, Teleport and MFS had local networks that were technically superior
to those of the Bells.

Eventually, AT&T bought Teleport and MCI bought MFS, giving each of the giants the
facilities needed to provide businesses with local service as well as long-
distance. The old Teleport and MFS fiber still represents the greatest source of
connectivity to businesses outside of the networks owned by SBC and Verizon.

Competition from AT&T and MCI has been a huge factor in keeping wholesale rates

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

low, Gold said.

"The reason we have good wholesale rates from AT&T and MCI is that they compete against each other and against the Bells," she said.

Few industry observers expect the small competitors will be able to persuade the FCC to freeze wholesale rates or impose other regulatory restraints on the merged giants. The FCC's regulation of wholesale service directed at consumers last year was struck down by a federal appeals court, and the agency seems disinclined to venture deeply into that territory again, most observers said.

"The FCC is trying to get out of regulating rates," said Jim Speta, a Northwestern University law professor.

"Is the government going to put resources behind rate regulation, given all the other demands they have?" asked Michael Nemeroff, a lawyer with the Chicago firm Vedder Price. "I'd find that unbelievable."

Regulators may require SBC and Verizon to sell off some of the old Teleport and MFS networks to nurture competition. In fact, that is likely, Speta said.

"That happens all the time in mergers," Speta said. "They do it with cement companies, lumber companies, and they'll probably do it with phone companies."

But divestiture of assets doesn't always ensure robust competition, said Bob Atkinson, policy research director for Columbia Institute for Tele-Information at Columbia University.

Several years ago, when MCI was acquired by WorldCom Inc., regulators required that MCI sell off some of its backbone network, which was purchased by the British carrier Cable & Wireless.

That acquisition proved a disaster, Atkinson said, and Cable & Wireless eventually exited the market.

"The lesson is that what's important is who acquires the asset," Atkinson said.

"Can they operate it successfully? That's unknown and unknowable," he said.

Even when regulators attempt imaginative ways to promote competition, things can go awry, said Atkinson, who formerly worked at the FCC. When SBC acquired Ameritech the FCC required, among other things, that SBC set up a subsidiary to handle competitive services.

"We thought that would make the parent SBC treat its competitors the same way it treated its subsidiary," said Atkinson. "But a court struck down that requirement, so we never got a chance to see how it worked."

From a political standpoint government regulators are more focused on a thriving competition for the consumer market, said Nick Wray, a senior vice president at Control Point Solutions Inc., a consultancy that advises businesses on telecom matters.

"The consumer market is the political hot potato," Wray said.

With phone companies moving to offer video and cable companies providing voice services, the consumer sector is getting more competitive, Wray said. Business

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

customers may soon find that they have less choice and face higher rates, he said, but most smaller businesses don't realize it.

"They've been used to getting significant reductions every time they sign a new service agreement," he said. "They're not paying attention to it right now."

One reason few predict regulators will use a heavy hand in reviewing the megamergers is that both AT&T and MCI are struggling with declining revenue and falling rates.

"Having AT&T continue its long slide and seeing MCI go back into bankruptcy doesn't seem a good outcome for anybody," said Jim Andrew, a vice president with Adventis, a Boston-based technology consultancy.

"I suspect that regulators are happy to see those companies in good, strong hands."

----------

jvan@tribune.com

Copyright © 2005 Chicago Tribune Company

---- INDEX REFERENCES ----

COMPANY: VERIZON COMMUNICATIONS INC; MCI INC; AT&T INC; SBC COMMUNICATIONS INC; WORLDCOM INC; MCI WORLDCOM INC; CABLE AND WIRELESS PLC; FEDERAL COMMUNICATIONS COMMISSION; XO COMMUNICATIONS INC; CONTROL POINT SOLUTIONS INC

NEWS SUBJECT:  (Antitrust Regulatory (1AN52); Monopolies (1MO68); Mergers & Acquisitions (1ME39); Major Corporations (1MA93); Economics & Trade (1EC26); Corporate Groups & Ownership (1XO09))

INDUSTRY:  (TV (1TV19); Telecom Carriers & Operators (1TE56); Telecom Regulatory (1TE65); Entertainment (1EN08); Cable Regulatory (1CA73); Manufacturing (1MA74); Long-Distance Services (1LO42); Telecom (1TE27); TV Regulatory (1TV84); Cable TV (1CA92); Telecom Services (1TE09); Communications Convergence (1CO94); Telecom Video Providers (1TE69))

REGION:  (Americas (1AM92); North America (1NO39); USA (1US73); Illinois (1IL01))

Language:  EN

OTHER INDEXING:  (BELL; CABLE WIRELESS; COLUMBIA INSTITUTE FOR TELE; COLUMBIA UNIVERSITY; CONTROL POINT SOLUTIONS INC; FCC; FEDERAL COMMUNICATIONS COMMISSION; JUSTICE DEPARTMENT; MCI; MCI INC; METROPOLITAN FIBER SYSTEMS; MFS; NORTHWESTERN UNIVERSITY; SBC; SBC COMMUNICATIONS INC; VERIZON; VERIZON COMMUNICATIONS INC; WORLDCOM INC; XO COMMUNICATIONS INC)  (Atkinson; Bob Atkinson; Gold; Heather Gold; Jim Andrew; Jim Speta; Michael Nemeroff; Nick Wray; Speta; Teleport; Vedder Price; Wray)

KEYWORDS: UTILITY; COMPANY; MERGER; ISSUE; LAW

EDITION: Chicago Final

Word Count: 1101
10/5/05 CHICAGOTR 1

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.