# EXHIBIT 11



# Wholesale Communications Strategy Session:

## Survey Results and Research Overview

*Prepared for XO Communications*

*January, 2004*

**J. P. Gownder**
**Senior Analyst**
jpgownder@yankeegroup.com
617.880.0262

**Wholesale Communications Strategies**
**The Yankee Group**

© Copyright 2004, the Yankee Group. All rights reserved.

# 2004 Wholesale Metro Private Line Forecast

### Forecast of Wholesale Metro Private Line Market Revenue, 2002 to 2005



### Portion of Wholesale Market



Total Wholesale = $55 B

*Metro Private Line: $14b (34%)*

*Other Wholesale: $41b (66%)*



© Copyright 2004, the Yankee Group. All rights reserved.    XO Communications Strategy Session    January 20, 2004    Page 12

## Wholesale Metro Private Line Market Share

**RBOCs**

|  | BellSouth | Qwest | SBC | Verizon |
|---|---|---|---|---|
| Incumbent-geography market shares | 74% | 74% | 75% | 74% |
| In-region market shares (includes other ILECs) | 54% | 63% | 58% | 64% |
| Addressable metro private line market in-region ($ Billions) | 2.584 | 1.478 | 5.487 | 3.615 |

**Other Players**

| | Notes |
|---|---|
| MCI | Market share ranking #1 outside of RBOCs; approximately 10% across all metros |
| AT&T | Market share ranking #2 outside of RBOCs; approximately 9% across all metros |
| Other ILECs | Comprise a large market share in regions where they are incumbent, usually Tier 2 to 4 areas |
| CLECs, Carrier's Carriers, Sprint | Very competitive in Tier 1 metros; varying competitiveness in Tier 2 to 4 areas |

➡ **RBOCs dominate metro private line, as expected. Tier 1 metros experience enormous competition, however.**



© Copyright 2004, the Yankee Group. All rights reserved.    XO Communications Strategy Session    January 20, 2004    Page 13