IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

**MAY 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV02102 (EGS) |
| v. ) | |
| ) | |
| ) | |
| SBC Communications, Inc. and ) | **NOTICE OF AMICUS CURIAE** |
| AT&T Corp., ) | **MOTION WITH ACCOMPANYING** |
| ) | **BRIEF ON BEHALF OF MICHAEL** |
| Defendants. ) | **LOVERN, SR. ET AL, IN OPPOSTION** |
| ) | **TO U.S. MOTION FOR ENTRY OF** |
| ) | **FINAL JUDGMENT** |

**MOTION BY AMICUS, MICHAEL LOVERN, SR., NATIONAL
TELEPROCESSING, INC., AND AMERICAM TELEDIAL CORP. CASE NO.
1:05CV02102 (EGS)**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**
*Amicus In Opposition To U.S. Motion For Entry of Final Judgment*

**Amended Amicus Brief by Michael Lovern, Sr., National Teleprocessing, Inc. and
American TeleDial Corp. (Amici) Correcting Date on Page 36**

Michael Lovern, Sr., National Teleprocessing, Inc. and American TeleDial Corp. (Amici), come

before the Court to apologize for an incorrect date on Page 36 of its Amicus Motion with

Supporting Brief. Amici quotes R. Hewitt Pate's testimony before the Senate Judiciary

Committee and the correct date of said testimony is November 19, 2003. Amici apologizes for the

mistake and asked the Court to take notice of the correction.

Respectfully submitted,

Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

American TeleDial Corp. &
National Teleprocessing, Inc.

By: Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of May, 2006, copies of the foregoing
AMENDMENT TO MOTION & BRIEF OF MICHAEL LOVERN, SR., ET AL, AS
AMICUS CURIAE IN OPPOSITION TO U.S. MOTION FOR ENTRY OF FINAL
JUDGMENT to be served by U.S. Mail, on counsel of record as follows:

Lawrence M. Frankel (D.C. Bar No. 441532)
Matthew C. Hammond
Trial Attorneys
Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

------------------------------------------------------------------------------

FOR DEFENDANT
SBC COMMUNICATIONS, INC.

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2700

(2)

FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-808

Michael Lovern, Sr., et al
3713 Parke Drive
Edgewater, Maryland 21037
(206)-202-9074
pratgen@myway.com

May 12, 2006

(3)