## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
|     Defendants. | ) |

**ORDER DENYING MICHAEL LOVERN SR.'S MOTION FOR *AMICUS CURIAE* AND INTERVENOR STATUS**

Upon consideration of Michael Lovern Sr.'s Motion to intervene and to participate as amicus curiae, it is hereby **ORDERED** that Mr. Lovern's Motion is **DENIED**.

Dated: _____            _____
                                     UNITED STATES DISTRICT JUDGE