## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2006, I caused a copy of the foregoing OPPOSITION OF THE UNITED STATES TO MICHAEL LOVERN, SR.'S MOTION FOR *AMICUS CURIAE* AND INTERVENOR STATUS to be mailed, by U.S. mail, postage prepaid, to the attorneys and movant listed below:

FOR DEFENDANT
SBC COMMUNICATIONS, INC.

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2700

FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8088

MOVANT MICHAEL LOVERN, SR.

Michael Lovern, Sr.
3713 Parke Drive
Edgewater, Maryland 21037
(206) 202-9074

/s/
Matthew C. Hammond
Attorney, Telecom & Media
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530