**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS)<br>) |
| v. | )<br>) |
| SBC Communications, Inc. and AT&T Corp., | )<br>) |
| Defendants. | )<br>) |
| United States of America, | )<br>) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS)<br>) |
| v. | )<br>) |
| Verizon Communications Inc. and MCI, Inc., | )<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF THIRTY-FIVE PAGES**

Upon consideration of the United States' Unopposed Motion for Leave to File Reply Memorandum of Thirty-Five Pages, it is hereby **ORDERED** that United States' Unopposed Motion for Leave to File Reply Memorandum of Thirty-Five Pages is **GRANTED.**

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE