IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants, | ) ) ) | |
| The Alliance for Competition in Telecommunications | ) ) ) ) | |
| and | ) ) | |
| COMPTEL, | ) ) | |
| *Amicus-Curiae.* | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) ) | |
| Defendants, | ) ) ) | |
| The Alliance for Competition in Telecommunications | ) ) ) ) | |
| and | ) ) | |
| COMPTEL, | ) ) | |
| *Amicus-Curiae.* | ) ) ) | |

**PROPOSED ORDER GRANTING ACTel's
MOTION FOR LEAVE TO FILE EXCESS PAGES**

Upon consideration of ACTel's Unopposed Motion and Memorandum of Points and Authorities in Support of the Motion for Leave to File Excess Pages for its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments so as to enable it to file twenty-seven pages, it is hereby **ORDERED** that ACTel's Unopposed Motion for Leave to File Excess Pages is **GRANTED**.

Dated:_____          _____
                                  Judge Emmet G. Sullivan

                                  UNITED STATES DISTRICT JUDGE