IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br>  Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America<br><br>    Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br>  Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**ACTel's MOTION TO FILE EXHIBIT D TO ITS REPLY MEMORANDUM
IN OPPOSITION TO THE UNITED STATES' MOTION FOR ENTRY OF FINAL
JUDGMENTS UNDER SEAL**

1

Pursuant to Local Rule 5.1(j), *Amicus Curiae*, Alliance for Competition in Telecommunications ("ACTel"), hereby submits this Motion requesting the Court allow it to file a highly confidential document, Exhibit D to its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments ("Exhibit D"), under seal. ACTel makes this request because this document was provided to an ACTel member who is bound by a written non-disclosure agreement with MCI (now Verizon) forbidding public release unless required by law.

Pursuant to the requirements of Local Rule 7(m), ACTel represents that it has conferred with all opposing parties in this matter. Verizon does not oppose this motion under the terms proposed herein. The United States Department of Justice stated that although it does not necessarily oppose the motion it is unable to consent to it at this time. SBC (AT&T) stated that it could not take a position until having a chance to review the documents.

For the foregoing reasons and for those in the accompanying memorandum of points and authorities in support, the Court should grant ACTel's motion to file Exhibit D under seal.

June 7, 2006

By: _____/s/_____
Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
50-812-3489 (phone)
50-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br> Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br> Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**ACTel's MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO FILE EXHIBIT D TO ITS REPLY MEMORANDUM
IN OPPOSITION TO THE UNITED STATES' MOTION FOR ENTRY OF FINAL
JUDGMENTS UNDER SEAL**

Pursuant to Local Rule 5.1(j), *Amicus Curiae*, Alliance for Competition in Telecommunications ("ACTel"), hereby submits this Motion and Memorandum in Support so as to allow it to file a highly confidential document, Exhibit D to its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments ("Exhibit D"), under seal.

Exhibit D is an *ex parte* letter and associated Agreement. The *ex parte* letter was previously produced to the FCC by an ACTel member in the "highly confidential" category. It contains a price comparison chart showing the price discounts that one of the ACTel members regularly received from MCI in comparison to the Verizon "special access rate." As a highly confidential FCC document, Counsel for the merging companies who signed the FCC's Second Protective Order were entitled to view this document. As for the Agreement, since MCI was a party to the Agreement, it is known to Verizon. The Agreement has not been seen by SBC (AT&T). It is not known whether the United States Department of Justice Antitrust Division lawyers have seen the Agreement.

ACTel is required to submit Exhibit D under seal because the relevant ACTel member is bound by a written non-disclosure agreement with MCI (now Verizon) forbidding public release unless required by law.

ACTel therefore requests that Exhibit D be filed under seal but ask, as agreed amongst the parties, that it remain subject to review by counsel for the parties in this action under the same terms governing Highly Confidential documents in the FCC's May 9, 2005, Second Protective Order in *In the Matter of SBC Communications Inc. and AT & T Corp. Applications for Approval of Transfer of Control,* W.C. Docket No. 05-65 and in the FCC's May 25, 2005, Second Protective Order in *In the Matter of Verizon Communications Inc. and MCI, Inc..*

*Applications for Approval of Transfer of Control,* W.C. Docket No. 05-75, attached hereto as Exhibits 1 and 2.

Accordingly, ACTel respectfully requests that the Court grant its motion to file Exhibit D under Seal as provided herein.

Dated: June 7, 2006.

                                            Respectfully submitted,

                                            _____/s/_____

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*