IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> SBC Communications, Inc. and AT&T Corp., <br><br> Defendants, <br><br> The Alliance for Competition in Telecommunications <br><br> and <br><br> COMPTEL, <br><br> *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Verizon Communications Inc. and MCI, Inc., <br><br> Defendants, <br><br> The Alliance for Competition in Telecommunications <br><br> and <br><br> COMPTEL, <br><br> *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**PROPOSED ORDER GRANTING ACTel's
MOTION TO FILE EXHIBIT D TO ITS REPLY
MEMORANDUM IN OPPOSITION TO THE UNITED
STATES' MOTION FOR ENTRY OF FINAL JUDGMENTS UNDER SEAL**

Upon consideration of ACTel's Motion and Memorandum in Support so as to allow it to file Exhibit D to its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments Under Seal ("Exhibit D") under the terms provided therein, it is hereby **ORDERED** that ACTel's Motion to File Exhibit D under seal is **GRANTED**.

Dated:_____

_____
Judge Emmet G. Sullivan

UNITED STATES DISTRICT JUDGE