**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>        Plaintiff,                          )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>SBC Communications, Inc. and   )<br>AT&T Corp.,                               )<br>                                                     )<br>        Defendants.                       )<br>_____)<br>                                                     )<br>UNITED STATES OF AMERICA,  )<br>                                                     )<br>        Plaintiff,                          )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>Verizon Communications Inc. and  )<br>MCI, Inc.,                                   )<br>                                                     )<br>        Defendants.                       )<br>_____) | Civil Action No.<br>1:05CV02102 (EGS)<br><br><br><br><br><br><br><br>Civil Action No.<br>1:05CV02103 (EGS) |

**VERIZON'S MOTION FOR LEAVE TO FILE A RESPONSE TO ACTEL'S**
**REPLY MEMORANDUM IN OPPOSITION TO THE UNITED STATES'**
**MOTION FOR ENTRY OF FINAL JUDGMENT**

On June 20, 2006, Verizon filed a two-page response to the new arguments raised in ACTel's Reply Memorandum of June 7, 2006. Verizon inadvertently failed to include with that filing a Motion for Leave To File. Verizon hereby moves this Court for an Order granting it leave to file its response, which Verizon has attached.

The grounds for granting this motion are substantially the same as those set forth in AT&T Inc.'s June 19, 2006 Motion for Leave to File, which this Court granted. In particular, Verizon's response seeks to correct the record with respect to several claims that ACTel raised for the first time in its June 7 Reply Memorandum.

Pursuant to the requirements of Local Rule 7, Verizon has consulted with the other counsel in this litigation to determine whether they consent to granting Verizon leave to file a response to ACTel's Reply Memorandum.  Counsel for the United States, AT&T, and Comptel consent.  Counsel for ACTel stated it would consent only if Verizon consented to a further filing by ACTel.

For the foregoing reasons, the Court should grant Verizon's request to file this response to correct the misleading information provided in ACTel's June 7 reply brief.  A proposed Order is attached.

Respectfully submitted,

/s/ Mark C. Hansen_____

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Mark L. Evans |
| Verizon Communications Inc. | Aaron M. Panner |
| 1515 N. Courthouse Road | Evan T. Leo |
| Arlington, Virginia 22201 | Kellogg, Huber, Hansen, Todd, |
| Telephone: (703) 351-3000 |   Evans & Figel, P.L.L.C. |
| Facsimile: (703) 351-3670 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

June 21, 2006