# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SBC Communications, Inc. and ) <br> AT&T Corp., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Verizon Communications Inc. and ) <br> MCI, Inc., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:05CV02103 (EGS) |

**ORDER**

Upon consideration of Verizon's Motion for Leave to File a Response to ACTel's Reply Memorandum in Opposition to the Department of Justice's Motion for Entry of Final Judgments, as well as the record herein, it is hereby ORDERED that Verizon's motion is GRANTED.

SO ORDERED.

Dated:_____, 2006        _____
                                                            Emmet G. Sullivan
                                                            United States District Judge