# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

## ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE

Upon consideration of the United States' Motion for Leave to File a Supplemental Response, it is hereby **ORDERED** that United States' Motion for Leave to File a Supplemental Response is **GRANTED.**

Dated: _____      _____

                                                                                 UNITED STATES DISTRICT JUDGE