# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SBC Communications, Inc. and　　)<br>AT&T Corp.,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　) | Civil Action No.<br>1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>Verizon Communications Inc. and )<br>MCI, Inc.,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　) | Civil Action No.<br>1:05CV02103 (EGS) |

## VERIZON'S STATEMENT OF NON-OPPOSITION
## TO THE COURT'S JULY 14, 2006 ORDER

The Court's July 14, 2006 Order indicates that it has requested confidential copies of the Verizon/MCI and SBC/AT&T merger orders from the General Counsel of the Federal Communications Commission. Verizon does not object to the Court's review of those confidential orders. Verizon also notes that the Court may take judicial notice of the orders, as Verizon requested at the July 12, 2006 Hearing. *See*, *e.g.*, *Does I Through III v. District of Columbia*, 238 F. Supp. 2d 212, 216 (D.D.C. 2002) ("[I]t is well established that courts 'are allowed to take judicial notice of matters in the general public record, including records and reports of administrative bodies.'") (quoting *Black v. Arthur*, 18 F.Supp.2d 1127, 1131 (D. Or. 1998)); *Marshall Cty. Heath Care Auth. v.*

*Shalala*, 988 F.2d 1221, 1226 n.6 (D.C. Cir. 1993) (Courts "are allowed to take judicial notice of matters in the general public record, including records and reports of administrative bodies.").

                                                       Respectfully submitted,

                                                       /s/ Mark C. Hansen_____

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Mark L. Evans |
| Verizon Communications Inc. | Aaron M. Panner |
| 1515 N. Courthouse Road | Evan T. Leo |
| Arlington, Virginia 22201 | Kellogg, Huber, Hansen, Todd, |
| Telephone: (703) 351-3000 |    Evans & Figel, P.L.L.C. |
| Facsimile: (703) 351-3670 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

July 17, 2006