# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **SBC COMMUNICATIONS, INC. and AT&T CORP.,**  Defendants. | Civil Case No. **1:05-CV-02102 (EGS)** |
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **VERIZON COMMUNICATIONS, INC. and MCI INC.,**  Defendants. | Civil Case No. **1:05-CV-02103 (EGS)** |

### ORDER GRANTING MOTION OF THE
### AMERICAN ANTITRUST INSTITUTE, INC. TO INTERVENE

The motion of the AMERICAN ANTITRUST INSTITUTE, INC. ("AAI") to intervene for the purposes of participating in the Court's Tunney Act review in the above-captioned cases having come before the Court, and the Court having duly considered said motion it is hereby

**ORDERED** that the Motion is GRANTED and it is

**FURTHER ORDERED** that the extent and nature of AAI's participation in these proceedings shall be limited to procedures and practices to be determined by further Order.

**IT IS SO ORDERED.**

Dated: _____, 2006                    _____
                                                                                          Emmet G. Sullivan
                                                                                          United States District Court