## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION OF THE AMERICAN ANTITRUST INSTITUTE, INC. TO INTERVENE

Upon consideration of the Motion of the American Antitrust Institute, Inc. to Intervene, it

is hereby **ORDERED** that the Motion of the American Antitrust Institute, Inc. to Intervene is

**DENIED.**


Dated: _____          _____

                                         UNITED STATES DISTRICT JUDGE