## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2102 (EGS) |
| ) | |
| SBC COMMUNICATIONS, INC. and ) | |
| AT&T CORP. ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2103 (EGS) |
| ) | |
| VERIZON COMMUNICATIONS, INC. and ) | |
| MCI, INC. ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER GRANTING FCC'S MOTION
FOR PERMISSION TO SUBMIT REGULATORY ORDERS
APPROVING THE MERGERS OF SBC/AT&T AND VERIZON/MCI
<u>UNDER SEAL AND FOR PROTECTIVE ORDER</u>**

Upon consideration of the FCC's Motion for Permission to Submit Regulatory Orders Approving the Mergers of SBC/AT&T and Verizon/MCI Under Seal and for Protective Order, under the terms provided therein, it is hereby **ORDERED** that FCC's Motion to Submit Regulatory Orders Under Seal and for Protective Order is **GRANTED**.

Dated: _____    _____
Judge Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE