**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 05-2102 (EGS) |
| SBC COMMUNICATIONS, INC. and AT&T CORP., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 05-2103 (EGS) |
| VERIZON COMMUNICATIONS, INC. and MCI, INC., | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL**
**UNREDACTED REGULATORY ORDERS**
**APPROVING THE MERGERS OF SBC/AT&T AND VERIZON/MCI**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to this Court's July 14, 2006 Order, plaintiff is filing under seal the unredacted regulatory orders approving the mergers of SBC/AT&T and Verizon/MCI.  Defendant is simultaneously filing a motion for leave to file the foregoing attachment under seal and for protective order, as well as a memorandum in support thereof.  A copy of the proposed protective order is attached hereto as Exhibit 1.

//

//

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch
Civil Division

OF COUNSEL:

P. MICHELE ELLISON                         ____/s/ James J. Schwartz_____
Deputy General Counsel                     JAMES J. SCHWARTZ (D.C. Bar No. 468625)
Federal Communications Commission          Trial Attorney
445 12th Street, S.W.                      U.S. Department of Justice
Washington, DC 20554                       Civil Division
(202) 418-1700                             Federal Programs Branch
(D.C. Bar No. 358460)                      20 Massachusetts Avenue, NW
                                           Room 7310
                                           Washington, DC  20530
                                           Telephone: (202) 616-8267
Date:    July 20, 2006                     Facsimile:  (202) 616-8202