UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 1:05-CV-02102 (EGS) |
| ) | |
| **SBC COMMUNICATIONS, INC. and** ) | |
| **AT&T CORP.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| V ) | Civil Case No. 1:05-CV-02103 (EGS) |
| ) | |
| **VERIZON COMMUNICATIONS, INC.** ) | |
| **And MCI INC.,** ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING MOTION OF THE
NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES
TO INTERVENE FOR THE LIMITED PURPOSE
OF PROVIDING CONSUMER VIEWS ON THE PUBLIC INTEREST

The motion of the NATIONAL ASSOCIATION OF STATE UTILITY

CONSUMER ADVOCATES ("NASUCA") to intervene for the limited purposes of

providing consumer views on the public interest in the above-captioned cases having

come before the Court, and the Court having duly considered said motion it is hereby

**ORDERED** that the Motion is GRANTED and it is

2

**FURTHER ORDERED** that the extent and nature of NASUCA's participation in these proceedings shall be limited to procedures and practices to be determined by further Order.

**IT IS SO ORDERED.**

Dated: _____, 2006          _____
                                     Emmet G. Sullivan
                                     United States District Court