**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
**UNITED STATES OF AMERICA,**                  )
                                               )
                    Plaintiff,                 )
         v.                                    )      Civil Case No. **1:05-CV-02102 (EGS)**
                                               )
**SBC COMMUNICATIONS, INC. and**               )
**AT&T CORP.,**                                )
                                               )
                    Defendants.                )
_____)
                                               )
**UNITED STATES OF AMERICA,**                  )
                                               )
                    Plaintiff,                 )
         v.                                    )      Civil Case No. **1:05-CV-02103 (EGS)**
                                               )
**VERIZON COMMUNICATIONS, INC.**               )
**and MCI  INC.,**                             )
                                               )
                    Defendants.                )
_____)

**PRAECIPE TO CHANGE ADDRESS**

TO:        Clerk of the Court
           United States District Court for the District of Columbia
           E. Barrett Prettyman United States Courthouse
           333 Constitution Avenue, NW
           Washington, DC 20001

     PLEASE note that the address of attorney Jonathan Laurence Rubin should be changed

for service of papers and pleadings and all other purposes to:

Jonathan L. Rubin, P.A.
1717 K Street, N.W., Suite 600
Washington, D.C. 30036

Respectfully submitted,

____/s/_____
Jonathan Rubin
(D.C. Bar No. 353391)
Jonathan L. Rubin, P.A.
1717 K Street, N.W.
Suite 600
Washington, D.C. 30036
202-415-0616

*Attorney for Movant, American Antitrust Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2006, a true and correct copy of the

foregoing Praecipe to Change Address was filed with the clerk's office via ECF filing and

paper copies were served via U.S. mail to:

Lawrence M. Frankel
U.S. DEPARTMENT OF JUSTICE
City Center Building
1401 H Street, NW
Antitrust Division
Washington, DC 20530

Matthew C. Hammond
U.S. DEPARTMENT OF JUSTICE
1401 H Street, NW
Suite 8000
Washington, DC 20530

*Attorneys for Plaintiff, United States*

Kathleen F. O'Reilly
414 A Street, SE
Washington, DC 20003

Jay L. Himes
Chief Antitrust Bureau
120 Broadway
New York, NY 10271

*Attorney for Eliot Spitzer, Attorney General of the State of New York*

John R. Perkins
Iowa Consumer Advocate
President of NASUCA
Office of Consumer Advocate
310 Maple Street
Des Moines, IA 50319

NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910

*Attorneys for NASUCA*

Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101

*Attorney for New Jersey Division of the
Ratepayer Advocate*

_____/s/_____
Jonathan Rubin