UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02102 (EGS)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02103 (EGS)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Sprint Nextel Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Sprint Nextel Corporation which have any outstanding securities in the hands of the public.

Sprint Capital Corporation; Nextel Communications, Inc.; US Unwired, Inc.; IWO Holdings, Inc.; Alamosa (Delaware), Inc.; AirGate PCS, Inc.; Ubiquitel Operating Company; Nextel Partners, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Charles T. Kimmett
   D.C. Bar No. 463920
Christopher J. Wright
   D.C. Bar No. 367384
HARRIS, WILTSHIRE & GRANNIS LLP
1200 Eighteenth Street, N.W., 12th Floor
Washington, D.C. 20036
(202) 730-1300

*Counsel for Sprint Nextel Corporation.*