**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.:  1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DENYING MOTION OF ELIOT SPITZER, ATTORNEY GENERAL OF THE**
**STATE OF NEW YORK, TO INTERVENE**

Upon consideration of the Motion of Eliot Spitzer, Attorney General of the State of New

York, to Intervene, it is hereby **ORDERED** that the Motion of Eliot Spitzer, Attorney General of

the State of New York, to Intervene is **DENIED.**


Dated: _____                    _____
                                           UNITED STATES DISTRICT JUDGE