

# Harmful Effects of the Proposed Mergers on Competition And Internet Neutrality

**Prof. Nicholas Economides**
Stern School of Business, New York University

1



# The Internet Has Historically Been "Neutral"

# The Internet Is Based On Three Separate Levels of Functions

- On three basic separate levels of functions of the network:
    - (i) the hardware/electronics level of the physical network
    - (ii) the (logical) network level where basic communication and interoperability is established
    - (iii) the applications/services level
- The Internet separates the network interoperability levels from the applications/services level
- Unlike earlier centralized digital electronic communications networks -- such as CompuServe, AT&T Mail, Prodigy, and early AOL -- the Internet allows a large variety of applications and services to be run "at the edge" of the network, rather than centrally

3

# Defining "Net Neutrality"



- Separation of layers of the network
- Data bits of different applications are charged the same by an ISP
- Data bits of different applications are charged the same by an Internet backbone

4

# Net Neutrality Facilitates Intelligence, Innovation, and Competition at the Edge of the Network

- The Internet under net neutrality separates the network layer from the applications/services layer

- This allows firms to innovate "at the edge of the network" without seeking approval from network operator(s)

- This decentralization of the Internet based on net neutrality:

    - facilitates innovation resulting in big successes such as Google, MSN, Yahoo, Skype

    - increases competition among the applications and services "at the edge of the network" which do not need to own a network to compete

5

# Consumers and Content Providers Already Pay for Transit on the Internet



- All hosts on the Internet pay according to bandwidth use. There is no free lunch.
- AT&T, Verizon, and others are paid by ISPs according to bandwidth use
- Indeed, Internet backbones are paid <u>twice</u> for any transmission -- by the originator of traffic <u>and</u> by the recipient of traffic (through their respective ISPs)

6



# The Proposed Mergers Threaten to Harm the Internet by Destroying Neutrality

7

# Recent Developments Bode Ill For the Internet



- Big win for RBOCs: after local competition is killed by legal tactics, SBC buys AT&T, and Verizon buys MCI
- For the first time in 25 years, there is no large independent long distance company
- In August 2005, FCC reclassifies Internet as a broadband service
- Non-discrimination provisions of old classification no longer apply
- AT&T and Verizon want to kill "net neutrality" on the Internet and fundamentally change the nature of the Internet

8

# SBC/AT&T Has Overtly Threatened Neutrality



- **How concerned are you about Internet upstarts like Google, MSN, Vonage, and others?**

    "How do you think they're going to get to customers? Through a broadband pipe. Cable companies have them. We have them. Now what they would like to do is use my pipes free, but I ain't going to let them do that because we have spent this capital and we have to have a return on it. So there's going to have to be some mechanism for these people who use these pipes to pay for the portion they're using. Why should they be allowed to use my pipes?

    The Internet can't be free in that sense, because we and the cable companies have made an investment and for a Google or Yahoo! (YHOO) or Vonage or anybody to expect to use these pipes [for] free is nuts!"

    -- SBC Chairman Ed Whitacre, BusinessWeek, Nov. 7, 2005

9

# What do AT&T and Verizon Really Want?

- Abolish the regime of "net neutrality"

- Set up a pricing schedule where, besides charging for transmission of bits, there will be additional charges by an Internet backbone or an ISP for "services" collected from the originating party (such as Google, MSN, or Yahoo)

- This would be a very sharp departure from the way the Internet was designed and has run since its inception:

    - it would breach the separation between the service/application layer and the network layer

10

# Why do AT&T and Verizon Want These Drastic Changes?



- To give priority to their own services or content compared to services or content of competitors (Google, Yahoo or MSN in video; Vonage in VOIP) – service discrimination

- To capture value from any existing or new application that proves successful over and above the price paid for normal transmission

11



# Harm to the Public Interest

12

# The Proposed Mergers Threaten to Abolish Net Neutrality

- Would neuter the Internet and diminish innovation and competition "at the edge of the network"
- Would allow for vertical leveraging of market power from the concentrated Internet broadband access market to other markets (for example, to content or applications markets)
- Would create the possibility of multiple tolls by vertically related networks
    - For example, without net neutrality, for the same transmission of a video from Yahoo to a user, each Internet backbone and ISP through which the video packets pass could collect an additional toll

13

# Decreased Investment Incentives



- Prioritization (i.e., ending neutrality) is a rationing scheme
- Prioritization does not promote investment
- **Prioritization is an alternative to investing in additional capacity**
    - Rather than increasing the incentives to invest, allowing prioritization would enable the networks to reduce investments in transmission capacity in favor of very small investments in equipment that perform prioritization
- There is no present evidence of Internet congestion
- There are very large quantities of "dark fiber" already in the ground, which can be "lit" with a relatively small investment in electronic equipment and can be used, if necessary, to alleviate any future congestion without the need for prioritization

14

# Other Potential Harm to Competition



- Competing networks taking "coordinated actions" to kill net neutrality and creating price and non-price discrimination may diminish competition and harm both consumers and producers of applications and services on the Internet

15