## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2006, I caused a copy of the foregoing United States' Opposition to the Motions to Intervene by the National Association of State Utility Consumer Advocates and New Jersey Division of the Ratepayer Advocate to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br><br>FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br><br>FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br><br>FOR DEFENDANT MCI, INC.<br><br>Mark C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans<br>    & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | FOR COMPTEL<br><br>Kevin R. Sullivan<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br><br>FOR ACTEL<br><br>Gary L. Reback<br>Carr & Ferrell LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br><br>FOR AMERICAN ANTITRUST<br>INSTITUTE<br><br>Jonathan Rubin<br>1717 K St., N.W.<br>Suite 600<br>Washington, DC 20036<br><br>FOR NEW JERSEY DIVISION OF THE<br>RATEPAYER ADVOCATE<br><br>Christopher J. White<br>Deputy Ratepayer Advocate<br>Division of the Ratepayer Advocate<br>31 Clinton Street, 11th Floor<br>P.O. Box 46005<br>Newark, NJ 07101 |

| | |
|---|---|
| FOR THE NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES<br><br>Kathleen F. O'Reilly<br>414 A Street S.E.<br>Washington, DC 20003<br><br>FOR SPRINT NEXTEL<br><br>Charles T. Kimmett<br>Harris, Wiltshire & Grannis LLP<br>1200 Eighteenth St., N.W.<br>12th Floor<br>Washington, DC 20036 | FOR THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Jay L. Himes<br>Chief, Antitrust Bureau<br>Office of the Attorney General<br>120 Broadway<br>26C54<br>New York, NY 10271 |

_____/s/_____
Jared A. Hughes
Attorney
Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530