## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTIONS OF THE NEW JERSEY DIVISION OF THE RATEPAYER ADVOCATE AND THE NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES TO INTERVENE

Upon consideration of the Motion of the New Jersey Division of the Ratepayer Advocate to Intervene and the Motion of the National Association of State Utility Consumer Advocates to Intervene for the Limited Purpose of Providing Consumer Views on the Public Interest, it is hereby **ORDERED** that the Motion of the New Jersey Division of the Ratepayer Advocate to Intervene and the Motion of the National Association of State Utility Consumer Advocates to Intervene for the Limited Purpose of Providing Consumer Views on the Public Interest are **DENIED.**

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE