**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　　Defendants. | )<br>)<br>)　Civil Action No.: 1:05CV02102 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　　Defendants. | )<br>)<br>)　Civil Action No.: 1:05CV02103 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DENYING MOTION OF SPRINT NEXTEL CORPORATION FOR AMICUS CURIAE STATUS AND TO INTERVENE**

Upon consideration of the Motion of Sprint Nextel Corporation for Amicus Curiae Status and to Intervene, it is hereby **ORDERED** that the Motion of Sprint Nextel Corporation for Amicus Curiae Status and to Intervene is **DENIED.**

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE