IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC Communications, Inc. and ) AT&T Corp., ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:05CV02103 (EGS) |
| Verizon Communications, Inc. and ) MCI, Inc., ) | |
| Defendants. ) | |

**AT&T INC.'S OPPOSITION TO MICHAEL LOVERN, SR.'S
MOTIONS FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
AND MOTION FOR RECONSIDERATION**

AT&T Inc. renews its opposition to the intervention or grant of *amicus curiae* status to Mr. Lovern, et al in this Tunney Act proceeding, and opposes any reconsideration of Mr. Lovern's motion for either form of participation. The bases on which the current motions should be denied are the same as applied to Mr. Lovern's original motion. *See* AT&T Inc.'s Opposition to Michael Lovern, Sr.'s Motion to Intervene and Appear as Amicus Curiae (May 24, 2006). Mr. Lovern's additional 44 pages of briefing and exhibits add nothing material to his previous submission. Accordingly, Mr. Lovern's motions should be denied.

1

Respectfully submitted,

_____
Wilma A. Lewis (D.C. Bar No. 358637)
Wm. Randolph Smith (D.C. Bar No. 356402)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Counsel for Defendant AT&T Inc.

Dated:  July 24, 2006

2811656

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of July, 2006, true and correct copies of AT&T INC.'S Opposition to Michael Lovern, Sr.'s Motions for Leave to File Motion for Reconsideration and Motion for Reconsideration were sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff, United States*
Laury E. Bobbish
Lawrence M. Frankel
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC  20530

Matthew C. Hammond
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC  20530

*Attorney for Verizon Communications*
John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for ACTel*
Gary Reback
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303

Thomas W. Cohen
Special Counsel
Kelley, Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, DC  20007

*Attorney for New Jersey Division of the Ratepayer Advocate*
Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ  07101

*Attorney General for the State of New York*
Jay L. Himes, Chief, Antitrust Bureau
State of New York
Office of the Attorney General
120 Broadway, Suite 2601
New York, New York 10271

*Attorney for American Antitrust Institute*
Jonathan L. Rubin, Esquire
Jonathan L. Rubin, P.A.
1717 K Street, N.W.
Suite 600
Washington, DC  20036

Jonathan L. Rubin, Esquire
14121 Saddle River Drive
Potomac, MD  20878

*Attorney for MCI*
Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

*Attorney for COMPTEL*
Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for NASUCA*
John R. Perkins
Iowa Consumer advocate
President of NASUCA
Office of Consumer Advocate
310 Maple Street
Des Moines, IA  50319

NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD  20910

Michael Lovern
3713 Park Drive
Edgewater, MD  21037

*Attorney General for Sprint Nextel Corporation*
Charles Thomas Kimmett, Jr.
HARRIS, WILTSHIRE & GRANNIS
1200 18th Street, NW`
12th Floor
Washington, DC 20036
US
(202) 730-1300
Email: ckimmett@harriswiltshire.com

          /s/  Wilma A. Lewis

3