**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:05CV02102 (EGS) |
| **SBC Communications, Inc. and** | ) | |
| **AT&T Corp.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:05CV02103 (EGS) |
| **Verizon Communications Inc. and** | ) | |
| **MCI, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING VERIZON'S MOTION
FOR ENTRY OF PROTECTIVE ORDER**

Upon consideration of Verizon's Motion for Entry of Protective Order, it is

hereby

**ORDERED** that the Motion is **GRANTED**.


Dated: _____          _____

Judge Emmet G. Sullivan
United States District Court