**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America,                             )<br>                                                                  )<br>                          Plaintiff,               )<br>                                                                  )<br>          v.                                                   )<br>                                                                  )<br>SBC Communications, Inc. and      )<br>AT&T Corp.,                                         )<br>                                                                  )<br>                          Defendants.           ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,                             )<br>                                                                  )<br>                          Plaintiff,               )<br>                                                                  )<br>          v.                                                   )<br>                                                                  )<br>Verizon Communications Inc. and   )<br>MCI, Inc.,                                              )<br>                                                                  )<br>                          Defendants.           ) | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING VERIZON'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Upon consideration of Verizon's Motion for Entry of Protective Order, it is hereby

**ORDERED** that Verizon's Motion for Entry of Protective Order is **DENIED.**


Dated: _____                    _____
                                                                 UNITED STATES DISTRICT JUDGE