**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**UNITED STATES' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(7), the United States respectfully requests that the Court enter the attached Order which will permit confidential materials produced by the defendants and third parties to be filed under seal and establishes procedures for outside counsel for the defendants and amici COMPTEL, ACTel, Sprint Nextel Corp., the National Association of State Utility Consumer Advocates, and the Office of the Attorney General of the State of New York to access these materials.

During the hearing of July 25, 2006, the Court indicated that it would allow the United States to submit to the Court additional information that would enable the Court to conclude that the proposed Final Judgments are in the public interest as required by 15 U.S.C. § 16(e).  The United States is in the process of identifying materials it reviewed during its investigations of the proposed acquisitions of AT&T Corp. by SBC Communications, Inc., and MCI, Inc. by Verizon Communications Inc. ("Mergers") that might aid the Court in its public interest determination.

As part of its investigation of the Mergers, the United States reviewed highly confidential information from both the merging parties and from other telecommunications carriers with whom those parties compete.  Such information, including some of the most highly sensitive competitive data and documents that those carriers possess, was produced to the United States either (1) voluntarily and identified as confidential; or (2) pursuant to 15 U.S.C. § 18a(e)(2) and 16 C.F.R. § 803.20 ("Second Request Statute") or 15 U.S.C. § 1311-1314 ("CID Statute").

The attached proposed protective Order would limit the disclosure of competitively sensitive material by allowing the United States to file under seal any confidential information provided to it during its investigations of the Mergers.  It would also permit outside counsel for the defendants and amici ACTel, COMPTEL, the National Association of State Utility Consumer Advocates, the Office of the Attorney General of the State of New York, and Sprint Nextel Corp. to obtain the confidential information for the purposes of participating in these proceedings.  Due to the sensitive nature of the materials at issue and the concerns of third party competitors that produced these materials, the proposed Order restricts access to outside counsel.

In accordance with Local Rule 7(m), the United States hereby states that it circulated yesterday a draft of the proposed protective order to AT&T, Verizon, ACTel, COMPTEL, the

National Association of State Utility Consumer Advocates, the Office of the Attorney General of the State of New York, and Sprint Nextel Corp. AT&T, COMPTEL, and New York do not oppose the proposed order. Verizon opposes the proposed order because it does not provide for inside counsel to have access to the highly confidential information. ACTel, NASUCA, and Sprint did not respond.

The United States respectfully requests that the Court enter the attached proposed Order.

Respectfully submitted,

/s/
Laury E. Bobbish
Assistant Chief

/s/
Claude F. Scott, Jr. (D.C. Bar No. 414906)
Lawrence M. Frankel (D.C. Bar No. 441532)
Jared A. Hughes
Trial Attorneys

Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States