**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
|  | ) | 1:05CV02102 (EGS) |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
|  | ) | 1:05CV02103 (EGS) |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

**VERIZON'S OPPOSITION TO THE UNITED STATES'
MOTION FOR ENTRY OF PROTECTIVE ORDER**

On July 28, 2006, the government filed a Motion for Entry of Protective Order to govern the use of confidential materials that the government and other parties may submit to the Court in future proceedings. For reasons set forth in Verizon's July 27, 2006 Motion for Entry of Protective Order, and as noted in the government's motion, Verizon opposes the government's proposed order because it would not provide Verizon's in-house counsel of record in this proceeding access to such confidential information. This would be unduly prejudicial to Verizon given the involvement of Verizon's two in-house counsel of record – John Thorne and David Wheeler – to date.

## **CONCLUSION**

The Court should deny the Government's motion.

Respectfully submitted,

/s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Evan T. Leo |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |   Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

July 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2006, I caused a copy of the foregoing Verizon's Opposition to the United States Motion for Entry of Protective Order to be served by overnight mail on the parties below:

| FOR THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Jay L. Himes<br>Chief, Antitrust Bureau<br>Office of the Attorney General<br>120 Broadway<br>26C54<br>New York, NY 10271<br><br>FOR SPRINT NEXTEL<br><br>Charles T. Kimmett<br>Harris, Wiltshire & Grannis LLP<br>1200 Eighteenth Street, N.W.<br>12th Floor<br>Washington, D.C. 20036 | FOR THE NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES<br><br>Kathleen F. O'Reilly<br>414 A Street, S.E.<br>Washington, D.C. 20003<br><br>FOR THE UNITED STATES<br><br>Lawrence M. Frankel<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W.<br>Washington, D.C. 20530 |

_____

LaTanya T. Parker