IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

## NOTICE OF FILING

     Movant, CompTel hereby gives Notice of Filing the following documents pursuant to the Court's Order dated July 25, 2006:

- Agreement Concerning Confidentiality for Kevin Sullivan
- Agreement Concerning Confidentiality for Jonathan Lee
- Agreement Concerning Confidentiality for Mary Albert

RECEIVED

JUL 26 2006

Case 1:05-cv-02102-EGS   Document 97    Filed 07/26/2006   Page 2 of 9
Case 1:05-cv-02103-EGS   Document 87    Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2  Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Kevin R Sullivan_ am employed as a _partner_ by _King E Spalding_
I hereby certify that:

1.   I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

Case 1:05-cv-02102-EGS    Document 97    Filed 07/26/2006    Page 3 of 9
Case 1:05-cv-02102-EGS    Document 87    Filed 07/25/2006    Page 7 of 8
Case 1:05-cv-02102-EGS    Document 68-2    Filed 07/20/2006    Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 25th day of July, 2006.

_____
SIGNATURE

Case 1:05-cv-02102-EGS   Document 97    Filed 07/26/2006   Page 4 of 9
Case 1:05-cv-02  3-EGS    Document 87    Filed 07/2  006     Page 8 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 8 of 8

APPENDIX A

PROTECTED PARTIES

AT&T

VERIZON

SAVVIS

Provide notice through its attorney,
Christopher J. Wright
Harris, Wiltshire & Grannis, LLP
1200 18th St., NW
Washington, DC 20036

XO

Provide notice through its attorney,
Thomas W. Cohen
Kelley, Drye & Warren, LLP
1200 19th St. NW – Suite 500
Washington, D.C. 20036

Case 1:05-cv-02102-EGS   Document 97     Filed 07/26/2006   Page 5 of 9
Case 1:05-cv-02103-EGS   Document 87     Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC COMMUNICATIONS, INC. and ) <br> AT&T CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON COMMUNICATIONS, INC. and ) <br> MCI INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Jonathan Lee_, am employed as a(n) _attorney_ by _CompTel_. I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

Case 1:05-cv-02102-EGS     Document 97     Filed 07/26/2006     Page 6 of 9
Case 1:05-cv-02103-EGS     Document 87     Filed 07/25/2006     Page 7 of 8
Case 1:05-cv-02102-EGS     Document 68-2     Filed 07/20/2006     Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 25th day of July, 2006.

_____
SIGNATURE

7

Case 1:05-cv-02102-EGS   Document 97    Filed 07/26/2006   Page 7 of 9
Case 1:05-cv-02103-EGS   Document 87    Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2  Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, **MARY C. ALBERT**, am employed as an **ATTORNEY** by **COMPTEL**. I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

Case 1:05-cv-02102-EGS   Document 97    Filed 07/26/2006   Page 8 of 9
Case 1:05-cv-02103-EGS   Document 87    Filed 07/25/2006   Page 7 of 8
Case 1:05-cv-02102-EGS   Document 68-2  Filed 07/20/2006   Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 25th day of July, 2006.

_____
SIGNATURE

7

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2006, a true and correct copy of NOTICE OF FILING AGREEMENT CONCERNING CONFIDENTIALITY FOR KEVIN SULLIVAN, JONATHAN LEE AND MARY ALBERT was filed with the clerk's office and copies were sent by UPS Overnight Service to the following:

*Attorneys for the Defendant, Verizon Communications, Inc,:*

**Aaron Martin Planner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
Verizon Communications, Inc.
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
Verizon Communications, Inc.
1320 North Courthouse Road
8th Floor
Arlington, VA 22201

*Attorneys for the Defendant, AT&T Corp.:*

**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring, LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004

*Attorneys for SAVVIS:*

**Christopher J. Wright**
Harris, Wiltshire & Grannis, LLP
1200 18th St., N.W.
Washington, D.C. 20036

*Attorneys for XO:*

**Thomas W. Cohen**
Kelley, Drye & Warren, LLP
1200 19th St. N.W., Suite 500
Washington, D.C. 20036

*Federal Communications Commission:*

**Sam Feder**
General Counsel
Federal Communications Commission
445 12th Street SW
Washington, DC 20554

_____
Meghan S. Blaszak
D.C. Bar No. 493416