**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

**ORDER DENYING NEW JERSEY RATE COUNSEL'S**
**MOTION TO MODIFY PROTECTIVE ORDERS**

Upon consideration of the New Jersey Rate Counsel's motion to modify protective orders, it is hereby **ORDERED** that the Motion is **DENIED**.

Dated: _____        _____
                                UNITED STATES DISTRICT JUDGE