

# State of New Jersey
DEPARTMENT OF THE PUBLIC ADVOCATE
DIVISION OF RATE COUNSEL
31 CLINTON STREET, 11TH FL
P. O. BOX 46005
NEWARK, NEW JERSEY 07101

JON S. CORZINE
*Governor*

RONALD K. CHEN
*Public Advocate*

SEEMA M. SINGH, ESQ.
*Director*

August 3, 2006

**VIA ELECTRONIC FILING**

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    **RE:**    U.S. v. SBC Communications, Inc., and AT&T Corp. Docket No. 05-2102, U.S. FCC, and U.S. v. Verizon Communications. Inc., and MCI, Inc. Docket No. 05-2103, U.S. FCC

Dear Clerk:

    Enclosed is the Motion of the New Jersey Division of the Rate Counsel ("Rate Counsel") for Leave to File a Response to the Verizon's Reply in Support of its Motion for Entry of Protective Order and the Opposition of the United States to our "Motion" to Modify Protective Orders. In addition, enclosed is also our Proposed Order

    We have filed this material electronically with the Clerk, and served the service list by overnight mail.

                           Very truly yours,

                             SEEMA M. SINGH, ESQ.
                             RATE COUNSEL

          By: *Christopher J. White*
               Christopher J. White, Esq.
               Deputy Ratepayer Advocate

Cc: Via Overnight Delivery

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of August, 2006, I filed electronically with the Clerk, our additional comments to Verizon's Reply in Support of Its Motion for Entry of Protective Order and the Opposition of the United States to the New Jersey Rate Counsel's "Motion" to Modify Protective Orders and served the service list by overnight delivery.

*Estrella N. Dominguez*
Estrella N. Dominguez,
TELCO Paralegal
Division of the Rate Counsel
31 Clinton Street, 11th Fl.
Newark, NJ 07102
(973) 648-2690

# Service List

*Attorneys for Plaintiff, United States:*
**Jared A. Hughes**
**Lawrence M. Frankel**
**Matthew C. Hammond**
**David T. Blonder**
**James J. Schwartz**
**Claude F. Scott, Jr.**
Telecommunication and Media
Enforcement, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Ste. 8000
Washington, D.C. 20530

*Attorneys for Defendant, Verizon Communications Inc.:*
**Aaron Martin Panner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evens &
Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
1320 North Courthouse Road, 8th Floor
Arlington, VA 22201

*Attorneys for Defendant, SBC Communications, Inc.:*
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, AT&T Corp.:*
**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

| | |
|---|---|
| *Attorneys for Movant, CompTel:* | *Attorney for Movant, American Antitrust Institute, Inc.:* |
| **Kevin R. Sullivan** <br> King & Spalding LLP <br> 1730 Pennsylvania Ave., N.W. <br> Washington, D.C. 2006 | **Jonathan Laurence Rubin** <br> Jonathan L. Rubin, PA <br> 1717 K Street, NW, Suite 600 <br> Washington, DC 30036 |
| *Attorneys for Eliot Spitzer, Attorney General of the State of New York:* | *Attorneys for Movant, Alliance for Competition in Telecommunications:* |
| **Jay L. Himes** <br> Chief Antitrust Bureau <br> 120 Broadway <br> New York, NY 10271 | **Gary L. Reback** <br> Carr & Ferrell LLP <br> 2200 Geng Road <br> Palo Alto, CA 94303 |
| *Attorney for National Association of State Utility Consumer Advocates:* | |
| **David C. Bergmann** <br> Assistant Ohio Consumers' Counsel <br> Chairman, NASUCA Telecommunications Committee <br> Office of the Ohio Consumers' Counsel <br> 10 West Broad St., Suite 1800 <br> Columbus, Ohio 43215 | National Association of State Utility Consumer Advocates <br> 8380 Colesville Road, Suite 101 <br> Silver Spring, Maryland 20910 |
| Charles T. Kimmett <br> Harris, Wiltshire & Grannis, LLP <br> 1200 Eighteenth Street, NW <br> 12 Floor <br> Washington, DC 20036-2506 | Kathleen F. O'Reilly <br> 414 A Street, SE <br> Washington, DC 20003 |



# State of New Jersey
DEPARTMENT OF THE PUBLIC ADVOCATE
DIVISION OF RATE COUNSEL
31 CLINTON STREET, 11TH FL
P. O. BOX 46005
NEWARK, NEW JERSEY 07101

JON S. CORZINE
*Governor*

RONALD K. CHEN
*Public Advocate*

SEEMA M. SINGH, ESQ.
*Director*

August 3, 2006

**VIA ELECTRONIC FILING**
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    RE:    U.S. v. SBC Communications, Inc., and AT&T Corp. Docket No. 05-2102, U.S. FCC, and U.S. v. Verizon Communications. Inc., and MCI, Inc. Docket No. 05-2103, U.S. FCC

Dear Clerk:

    The New Jersey Division of Rate Counsel offers the additional comments to Verizon's Reply in Support of Its Motion for Entry of Protective Order and the Opposition of the United States to the New Jersey Rate Counsel's "Motion" to Modify Protective Orders. Verizon improperly characterizes our letter. Rate Counsel's suggestions are predicated on fundamental fairness to the extent, protected parties want to use information provided to the Federal Communications Commission ("FCC") to support its positions, other parties and participants should have the same opportunity. As previously noted in Rate Counsel's Motion to Intervene, we furnished only redacted documents to the Court. Verizon and AT&T have the ability to consent to permit the use of the FCC documents produced in the New Jersey proceedings in this proceeding. Rate Counsel submits that it is disingenuous for the Department of Justice and Verizon to suggest that we are trying to evade obligations under other protective orders. The protective orders in the FCC merger proceedings are not even at issue. As Rate Counsel pointed out at page five of its Motion to Intervene:

> We will forward the proprietary versions of testimony, declarations, comments and briefs to the Court, which provide summaries of relevant proprietary data and information, should the Court issue such a directive and/or should the relevant parties consent to the disclosure to the Court of the information designated as proprietary.

Tel: (973) 648-2690 • Fax: (973) 624-1047 • Fax: (973) 648-2193
http://www.rpa.state.nj.us    E-Mail: njratepayer@rpa.state.nj.us

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

It is clear that Verizon will not consent by its filing. As a result, Verizon should not be able to use the FCC documents as a sword and then claim that other portions of those documents can not be produced or used by others. Absent consent, Rate Counsel submits that the Court has the authority and it could direct Verizon and AT&T to produce the proprietary versions of Rate Counsel's filings in the New Jersey proceeding since they possess and were served copies of these filings. The Department of Justice, and Verizon should not be permitted to only offer portions of the FCC documents to the Court that support their position while denying others the right to produce documents that support their positions or otherwise undermine the positions of the Department, Verizon, and AT&T.

      Very truly yours,

      SEEMA M. SINGH, ESQ.
      RATE COUNSEL


By: *Christopher J. White*
      Christopher J. White, Esq.
      Deputy Ratepayer Advocate

Cc: Service list (Via Overnight mail)

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**SBC COMMUNICATIONS, INC. and** )<br>**AT&T CORP.,** )<br>)<br>Defendants. )<br> | Civil Action No. 03-2512 (EGS) |
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**VERIZON COMMUNICATIONS, INC.** )<br>**And MCI INC.,** )<br>)<br>Defendants. )<br> | Civil Action No. 03-2513 (EGS) |

**MOTION OF THE DIVISION OF RATE COUNSEL FOR
LEAVE TO FILE A RESPONSE TO THE VERIZON'S REPLY
IN SUPPORT OF ITS MOTION FOR ENTRY OF PROTECTIVE
ORDER AND THE OPPOSITION OF THE UNITED STATES TO
THE NEW JERSEY RATE COUNSEL'S "MOTION" TO MODIFY
PROTECTIVE ORDERS.**

Pursuant to the Tunney Act, 15 U.S.C. § 16(f)(3), the New Jersey Division of Rate Counsel ("Rate Counsel") moves this Court for leave to file a reply to the Verizon's Reply in Support of Its Motion for Entry of Protective Order and the Opposition of the United States to the New Jersey Rate Counsel's "Motion" to Modify Protective Orders. The Department of Justice and Verizon are mischaracterizing our letter and attempting

gain an unfair advantage by permitting the offering by Verizon and AT&T of portions of the FCC documents to the Court that support their position while denying others the right to produce documents that support their positions or otherwise undermine the positions of the Department, Verizon, and AT&T

### MEMORANDUM OF POINTS AND AUTHORITIES

The Tunney Act gives this Court the discretion to allow participation of "interested persons" in any "manner and extent which serves the public interest as the court deem appropriate." 15 U.S.C. § 16(f)(3). This Court has the authority to issue appropriate protective orders to permit parties to furnish relevant documents in support of their positions. As a result, Rate Counsel respectfully request that this Court grant this motion and permit the filing of the attached letter. A proposed form of order is attached, as well.

          Very truly yours,

          SEEMA M. SINGH, ESQ.
          RATE COUNSEL

By: *Christopher J. White*
      Christopher J. White, Esq.
      Deputy Ratepayer Advocate

Dated: August 3, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 03-2512 (EGS) |
| ) | |
| **SBC COMMUNICATIONS, INC. and** ) | |
| **AT&T CORP.,** ) | |
| ) | |
| Defendants. ) | |
| | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 03-2513 (EGS) |
| ) | |
| **VERIZON COMMUNICATIONS, INC.** ) | |
| **And MCI INC.,** ) | |
| ) | |
| Defendants. ) | |

**(PROPOSED) ORDER GRANTING LEAVE RATE COUNSEL TO FILE A RESPONSE TO THE VERIZON'S REPLY IN SUPPORT OF ITS MOTION FOR ENTRY OF PROTECTIVE ORDER AND THE OPPOSITION OF THE UNITED STATES TO THE NEW JERSEY RATE COUNSEL'S "MOTION" TO MODIFY PROTECTIVE ORDERS.**

Upon consideration of the motion for leave to file a response filed by the New Jersey Division of Rate Counsel, it is

**ORDERED** that the motion is granted, and the letter attached to the motion is made part of the record.

**SO ORDERED**

Dated _____, 2006

_____
Emmet G. Sullivan
United States District Judge