IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SBC COMMUNICATIONS, INC., and AT&T CORP.<br><br>      Defendants. | **APPEARANCE**<br><br><br>Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC., and MCI, INC.<br><br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Benjamin W. Jackson as counsel in this case for TIME WARNER TELECOM INC.

Dated: August 3, 2006

By: _____
Benjamin W. Jackson (D.C. Bar No. 490797)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 303-1000
Fax: (202) 303-2000

*counsel to Time Warner Telecom Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2006, a true and correct copy of the Notice of Appearance of Theodore C. Whitehouse was filed with the clerk's office and copies were serviced via U.S. mail to:

| *Attorneys for Plaintiff, United States:* | *Attorneys for Defendant, SBC Communications, Inc.:* |
|---|---|
| **Claude F. Scott, Jr.**<br>**Jared A. Hughes**<br>**Lawrence M. Frankel**<br>**Matthew C. Hammond**<br>**David T. Bonder**<br>Telecommunication and Media Enforcement, Antitrust Division<br>U.S. Department of Justice<br>1401 H Street, N.W., Ste. 800<br>Washington, D.C. 20530 | **William Randolph Smith**<br>**Michael L. Lazarus**<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| *Attorneys for Defendant, Verizon Communications, Inc.:*<br>**Aaron Martin Panner**<br>**Joseph S. Hall**<br>**Mark C. Hansen**<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 | *Attorneys for Defendant, AT&T Corp.:*<br>**Wilma A. Lewis**<br>**William Randolph Smith**<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| **David Earl Wheeler**<br>Verizon Communications, Inc.<br>4445 Warren Street, N.W.<br>Washington, D.C. 20016-2439 | *Attorneys for Movant, Alliance for Competition in Telecommunications:*<br>**Gary L. Reback**<br>Carr & Ferrell, LLP<br>2200 Geng Road<br>Palo Alto, CA 94303 |
| **John Thorne**<br>Verizon Communications, Inc.<br>1320 North Courthouse Road<br>8th Floor<br>Arlington, VA 22201 | **Thomas Cohen**<br>Kelley, Drye & Warren LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C. 20007 |

1230769.1

| Attorneys for Movant, CompTel:<br>**Kevin R. Sullivan**<br>King & Spalding LLP<br>1730 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | Attorney for Movant, American Antitrust Institute, Inc.:<br>**Jonathan Laurence Rubin**<br>Jonathan L. Rubin, PC<br>14121 Saddle River Drive<br>North Potomac, MD 20878 |
|---|---|
| Attorney for the Attorney General of the State of New York:<br>**Jay L. Himes**<br>Chief Antitrust Bureau<br>120 Broadway<br>New York, NY 10271 | |

*[signature]*
Benjamin W. Jackson