# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:05CV02102 (EGS)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:05CV02103 (EGS)<br>)<br>)<br>)<br>) |

To the Clerk of this Court and All Parties of Record:

　　Please enter the appearance of Timothy J. Simeone as counsel in this case for Sprint Nextel Corporation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　Timothy J. Simeone
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 453700
　　　　　　　　　　　　　　　　　　　HARRIS WILTSHIRE & GRANNIS LLP
　　　　　　　　　　　　　　　　　　　1200 Eighteenth Street, N.W., 12th Floor
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　(202) 730-1300

　　　　　　　　　　　　　　　　　　　*Counsel for Sprint Nextel Corporation*

August 3, 2006