UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>  v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**NOTICE OF FILING**

Sprint Nextel Corporation hereby gives Notice of Filing of the following documents pursuant to the Court's order dated July 25, 2006:

- Agreement Concerning Confidentiality for Christopher J. Wright

- Agreement Concerning Confidentiality for Timothy J. Simeone

- Agreement Concerning Confidentiality for Joseph C. Cavender

Respectfully submitted,

_____
Timothy J. Simeone
　D.C. Bar No. 453700
Christopher J. Wright
　D.C. Bar No. 367384
HARRIS WILTSHIRE & GRANNIS LLP
1200 Eighteenth Street, N.W., 12th Floor
Washington, D.C.  20036
(202) 730-1300

*Counsel for Sprint Nextel Corporation*

August 3, 2006

Case 1:05-cv-02102-EGS   Document 112   Filed 08/03/2006   Page 3 of 9
Case 1:05-cv-02102-EGS   Document 87    Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2  Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>_____)<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05CV02102 (EGS)<br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Christopher J. Wright_, am employed as an _outside counsel_ by _Sprint Nextel_.
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

Case 1:05-cv-02102-EGS   Document 112   Filed 08/03/2006   Page 4 of 9
Case 1:05-cv-02102-EGS   Document 87   Filed 07/25/2006   Page 7 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 1st day of August, 2006.

_____
SIGNATURE

7

Case 1:05-cv-02102-EGS   Document 112   Filed 08/03/2006   Page 5 of 9
Case 1:05-cv-02102-EGS   Document 87   Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC COMMUNICATIONS, INC. and AT&T CORP. | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02103 (EGS) |
| VERIZON COMMUNICATIONS, INC. and MCI INC. | ) | |
| Defendants. | ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Timothy Simeone_, am employed as a _partner_ by _Harris, Wiltshire + Grannis_. I hereby certify that:

1.   I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

Case 1:05-cv-02102-EGS    Document 112    Filed 08/03/2006    Page 6 of 9
Case 1:05-cv-02102-EGS    Document 87    Filed 07/25/2006    Page 7 of 8
Case 1:05-cv-02102-EGS    Document 68-2    Filed 07/20/2006    Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 2nd day of August, 2006.

_____
SIGNATURE

Case 1:05-cv-02102-EGS   Document 112   Filed 08/03/2006   Page 7 of 9
Case 1:05-cv-02102-EGS   Document 87    Filed 07/25/2006   Page 6 of 8
Case 1:05-cv-02102-EGS   Document 68-2  Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC COMMUNICATIONS, INC. and ) AT&T CORP. ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05CV02103 (EGS) |
| VERIZON COMMUNICATIONS, INC. and ) MCI INC. ) | |
| Defendants. ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, Joseph Cavender, am employed as an associate by Harris, Wiltshire & Grannis
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

Case 1:05-cv-02102-EGS   Document 112   Filed 08/03/2006   Page 8 of 9
Case 1:05-cv-02102-EGS   Document 87   Filed 07/25/2006   Page 7 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this _1st_ day of _August_, 2006.

_____
SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2006, a true and correct copy of the NOTICE OF FILING and the AGREEMENTS CONCERNING CONFIDENTIALITY for Christopher J. Wright, Timothy J. Simeone and Joseph C. Cavender were sent by U.S. Mail to:

*Attorneys for the Defendant, Verizon Communications, Inc.*

**Aaron Martin Planner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evan & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
Verizon Communications, Inc.
4445 Warren Street, NW
Washington, DC 20016-2439

**John Thorne**
Verizon Communications, Inc.
1320 North Courthouse Road
8th Floor
Arlington, VA 22201

*Attorneys for the Defendant, AT&T Corp.;*
**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring, LLP
1001 Pennsylvania Ave, NW
Washington DC 20004

*Attorneys for SAVVIS:*

**Christopher J. Wright**
Harris, Wiltshire & Grannis, LLP
1200 18th St. N.W.
Washington, D.C. 20036
[copies retained]

*Attorneys for XO:*

**Thomas W. Cohen**
Kelley, Drye & Warren, LLP
1200 19th St. NW, Suite 500
Washington, DC 20036

*Federal Communications Commission:*
**Samuel L. Feder**
General Counsel
Federal Communications Commission
445 12th Street SW
Washington, DC 20554

_____
Timothy J. Simeone