IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>        Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>        and<br><br>COMPTEL,<br><br>        *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>        Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>        and<br><br>COMPTEL,<br><br>        *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**NOTICE OF FILING**

The Alliance for Competition in Telecommunications ("ACTel") hereby gives Notice of Filing of the following documents pursuant to the Court's Protective Order dated July 25, 2006:

- Agreement Concerning Confidentiality for Michael J. Doane
- Agreement Concerning Confidentiality for Gary L. Reback
- Agreement Concerning Confidentiality for Simon Wilkie
- Agreement Concerning Confidentiality for Michael A. Williams

Dated: August 4, 2006

Respectfully submitted,

_____/s/_____

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the* Alliance *for Competition in Telecommunications*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil Action No. 1:05CV02102 (EGS)<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. ) | |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil Action No. 1:05CV02103 (EGS)<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, __Michael J. Doane__, am employed as a __Director__ by __ERS Group__.
I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this __3__ day of __August__, 2006.

_____
SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>   Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>   Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, __Gary L. Reback__, am employed as an __attorney__ by __Carr & Ferrell LLP__
I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 4th day of August, 2006.

_____
SIGNATURE

7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC COMMUNICATIONS, INC. and AT&T CORP. | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02103 (EGS) |
| VERIZON COMMUNICATIONS, INC. and MCI INC. | ) | |
| Defendants. | ) | |

## **AGREEMENT CONCERNING CONFIDENTIALITY**

I, __Simon Wilkie__, am employed as a _SENIOR FELLOW_ by _USC ANNENBERG CENTER_
I hereby certify that:

    1.    I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this __1__ day of __August__, 2006.

_____
SIGNATURE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC COMMUNICATIONS, INC. and ) <br> AT&T CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON COMMUNICATIONS, INC. and ) <br> MCI INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Michael A. Williams_, am employed as a _Director_ by _ERS Group_. I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

      2.      I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

      3.      I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

      4.      I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

      5.      I make this certificate this __1__ day of __August__, 2006.

_Michael A. Williams_
SIGNATURE