# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

## NOTICE OF NOTIFICATION TO INTERESTED PERSONS PURSUANT TO THE COURT'S PROTECTIVE ORDER OF AUGUST 4, 2006

The United States hereby notifies the Court that, pursuant to the Court's Order of August 4, 2006, it has provided to each Interested Person (AT&T, Verizon, the Office of the Attorney General of the State of New York, the National Association of State Utility Consumer Advocates, and Sprint) a list of Protected Persons (as that term is defined in the Order) and their contact information. The United States provided this information so that the Interested Persons may comply with Paragraph 2(d) of the Order by informing the Protected Persons of the identity of any Outside Consultants that will have access to the Highly Confidential Information.

        Respectfully submitted,


        _____/s/_____
        Laury E. Bobbish
        Assistant Chief

        _____/s/_____
        Claude F. Scott, Jr. (D.C. Bar No. 414906)
        Lawrence M. Frankel (D.C. Bar No. 441532)
        Jared A. Hughes
        Trial Attorneys

        Telecommunications & Media Section
        Antitrust Division
        U.S. Department of Justice
        1401 H Street, N.W., Suite 8000
        Washington, D.C. 20530
        (202) 514-5621
        Attorneys for the United States