RECEIVED
AUG 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and AT&T CORP.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Verizon Communications, Inc. and MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103(EGS) |

## NOTICE OF FILING

COMPTEL hereby gives notice of its filing of the following document pursuant to the Court's Order dated July 25, 2006:

Agreement Concerning Confidentiality executed by Joseph Gillan.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC. and AT&T CORP.<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. and MCI INC.<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, __Joseph Gillan__, am employed as a __Consultant__ by __CompTel__
I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

08-02-06   16:37   Case 1:05-cv-02102-EGS   Document 118   Filed 08/03/2006   Page 3 of 4   T-567 P 003/003 F-418
Case 1:05-cv-02102-EGS   Document 87   Filed 07/25/2006   Page 7 of 8
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 7 of 8

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this __2__ day of __August__, 2006.

_____
SIGNATURE

7

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2006, a true and correct copy of the foregoing Notice of Filing was served on the following parties by hand or by facsimile and U.S. mail:

Aaron Martin Planner
Joseph S. Hall
Mark C. Hansen
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street N.W., Suite 400
Washington, D.C. 20036

John Thorne
Verizon Communications, Inc.
1320 North Courthouse Road, 8th Floor
Arlington, Virginia 22201

Christopher J. Wright
Harris Wiltshire & Grannis
1200 18th Street N.W.
Washington, D.C. 20036

Thomas W. Cohen
Kelley, Drye Collier Shannon
3050 K Street N.W.
Washington, D.C. 20007

Sam Feder
General Counsel
Federal Communications Commission
445 12th Street S.W.
Washington, D.C. 20554

David Earl Wheeler
Verizon Communications, Inc.
4445 Warren Street N.W.
Washington, D.C. 20016

Wilma A. Lewis
William Randolph Smith
Crowell & Moring, LLP
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004

_____
Mary C. Albert