UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>  v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**NOTICE OF FILING**

Sprint Nextel Corporation hereby gives Notice of Filing of the following documents pursuant to the Court's order dated August 4, 2006:

- Agreement Concerning Confidentiality for Christopher J. Wright

- Agreement Concerning Confidentiality for Timothy J. Simeone

- Agreement Concerning Confidentiality for Joseph C. Cavender

Respectfully submitted,

/s/ Timothy J. Simeone
_____
Timothy J. Simeone
  D.C. Bar No. 453700
Christopher J. Wright
  D.C. Bar No. 367384
HARRIS WILTSHIRE & GRANNIS LLP
1200 Eighteenth Street, N.W., 12th Floor
Washington, D.C. 20036
(202) 730-1300

*Counsel for Sprint Nextel Corporation*

August 7, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| United States of America, | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Christopher J Wright_, am employed as an _attorney_ by _Sprint Nextel_. I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 7th day of August, 2006.

_____
SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) | |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, _Tim Simeone_, am employed as a _n attorney_ by _Harris, W. Hshire_/_Grannis_. I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 7th day of August, 2006.

_____
SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States of America, | ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) ) | |
| Defendants. | ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, Joseph Cavender, am employed as an associate by Harris, Wiltshire & Grannis I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.   I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.   I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.   I make this certificate this 7th day of August, 2006.

_____
SIGNATURE