**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:05CV02103 (EGS) |

**UNITED STATES' NOTICE OF FILING UNDER SEAL PURSUANT TO THE
COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing under seal its Submission in Response to the Court's Minute Order of July 25, 2006. The Submission consists of a memorandum, the Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and supporting materials.

Respectfully submitted,

_____/s/_____
Laury E. Bobbish
Assistant Chief

_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
Lawrence M. Frankel (D.C. Bar No. 441532)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: August 7, 2006