IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>  Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>  Defendants. | Civil Action No. 1:05CV02103 (EGS) |

### NOTICE OF FILING

AT&T Inc. hereby gives Notice of Filing of the following documents pursuant to the Court's Order dated August 4, 2006. This notice attaches agreements concerning confidentiality for Wilma Lewis, David Schnorrenberg, Valerie Hinko, and Ryan Tisch, outside counsel for AT&T Inc.

Respectfully submitted,

/s/ Wilma A. Lewis
Wilma A. Lewis (D.C. Bar No. 358637)
Wm. Randolph Smith (D.C. Bar No. 356402)

**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Counsel for Defendant AT&T Inc.

Dated:  August 7, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>        v.                            )<br>                                      )<br> SBC Communications, Inc. and         )<br> AT&T Corp.,                          )<br>                                      )<br>            Defendants.               )<br>_____ ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>        v.                            )<br>                                      )<br> Verizon Communications Inc. and      )<br> MCI, Inc.,                           )<br>                                      )<br>            Defendants.               )<br>_____ ) | Civil Action No.: 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, __Wilma Lewis__, am employed as an __attorney__ by __Crowell & Moring for AT&T Inc.__.
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 7th day of August, 2006.

_____
SIGNATURE
Wilma Lewis, Esq.
Crowell & Moring, LLP

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, <u>David Schnorrenberg</u>, am employed as a<u>n attorney</u> by <u>Crowell & Moring for AT&T Inc.</u>
I hereby certify that:

1.    I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.    I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 7th day of August, 2006.

_____
SIGNATURE

David Schnorrenberg, Esq.
Crowell & Moring, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) ) | |
| United States of America, | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, __Valerie Hinko__, am employed as a<u>n attorney</u> by __Crowell & Moring for AT&T Inc.__
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 7th day of August, 2006.

_____
SIGNATURE

Valerie Hinko, Esq.
Crowell & Moring, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, __Ryan Tisch__, am employed as a__n attorney__ by __Crowell & Moring for AT&T Inc.__
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this  7th  day of  August , 2006.

_____
SIGNATURE
Ryan Tisch, Esq.
Crowell & Moring, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2006, true and correct copies of AT&T Inc.'s Notice of Filing and Agreements Concerning Confidentiality for Wilma Lewis, David Schnorrenberg, Valerie Hinko, and Ryan Tisch were sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff, United States*
Laury E. Bobbish
Lawrence M. Frankel
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC  20530

Matthew C. Hammond
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC  20530

*Attorney for Verizon Communications*
John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for ACTel*
Gary Reback
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303

Thomas W. Cohen
Special Counsel
Kelley, Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, DC  20007

*Attorney for New Jersey Division of the Ratepayer Advocate*
Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ  07101

*Attorney for American Antitrust Institute*
Jonathan L. Rubin, Esquire
Jonathan L. Rubin, P.A.
1717 K Street, N.W.
Suite 600
Washington, DC  20036

Jonathan L. Rubin, Esquire
14121 Saddle River Drive
Potomac, MD  20878

*Attorney for MCI*
Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

*Attorney for COMPTEL*
Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006

*Attorneys for NASUCA*
John R. Perkins
Iowa Consumer advocate
President of NASUCA
Office of Consumer Advocate
310 Maple Street
Des Moines, IA  50319

NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD  20910

Michael Lovern
3713 Park Drive
Edgewater, MD  21037

*Attorneys for Time Warner Telecom, Inc.*
Theodore C. Whitehouse
Benjamin W. Jackson
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC  20006

*Attorney for Sprint Nextel Corporation*
Timothy J. Simeone
Harris Wiltshire & Grannis LLP
1200 – 18th Street, N.W., 12th Floor
Washington, DC  20036

*Attorney for Attorney General for the State of New York*
Jay L. Himes
Chief Antitrust Bureau
120 Broadway
New York, NY  10271

Kathleen F. O'Reilly
414 A Street, SE
Washington, DC 20003

   /s/  Valerie Hinko