# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America, | ) |
| Plaintiff, | )  Civil Action No.:  1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | )  Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing under seal its Supplemental Submission in Response to the Court's Minute Order of July 25, 2006.  The Supplemental Submission consists of the Amended Declaration of Jared A. Hughes and additional statements by retail telecommunications customers to be appended to **Tab 1, Retail Customer Statements**.

Respectfully submitted,


_____/s/_____
Laury E. Bobbish
Assistant Chief


_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
Lawrence M. Frankel (D.C. Bar No. 441532)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: August 8, 2006

2