**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | Civil Action No. 1:05CV02102 (EGS) |
| | ) | |
| **SBC Communications, Inc. and** | ) | |
| **AT&T Corp.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | Civil Action No. 1:05CV02103 (EGS) |
| | ) | |
| **Verizon Communications, Inc. and** | ) | |
| **MCI, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

COMPTEL hereby gives notice of filing an agreement concerning confidentiality for

Peter M. Todaro, outside Counsel for COMPTEL, pursuant to the Court's Order dated July 25,

2006.

Dated:  August 8, 2006                    Respectfully submitted,


_____/s/_____
Kevin R. Sullivan (D.C. Bar No. 411718)
Peter M. Todaro (D.C. Bar. No. 455430)
King & Spalding LLP
1700 Pennsylvania Avenue N.W.,
Washington, D.C. 20006
(202) 737-0500
(202) 626-3737 (fax)

Jonathan D. Lee (D.C. Bar No. 435586)
Mary C. Albert (D.C. Bar No. 347617)
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650
(202) 296-7585 (fax)

*Attorneys for COMPTEL*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | Civil Action No. 1:05CV02102 (EGS) |
| ) | |
| **SBC Communications, Inc. and** ) | |
| **AT&T Corp.,** ) | |
| ) | |
| **Defendants.** ) | |

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | Civil Action No. 1:05CV02103 (EGS) |
| ) | |
| **Verizon Communications, Inc. and** ) | |
| **MCI, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

---

**AGREEMENT CONCERNING CONFIDENTIALITY**


I, __Peter M. Todaro__, am employed as an __attorney__ by __King & Spalding LLP__.

I hereby certify that:


1.      I have read the Protective Order entered in the above-captioned action.  I understand its terms and the obligations imposed upon me by the Order.


2.      I agree to be bound by the terms of the Protective Order entered in the above-captioned action.  I agree to use the information provided to me only for the purposes of this action.


3.      I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.      I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.      I make this certificate this _8th_ day of _August_, 2006.

SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2006, a true and correct copy of COMPTEL's Notice of Filing was filed the Court's ECF system and the following were noticed electronically:

*Attorneys for United States*

David T Blonder
david.blonder@usdoj.gov

Claude F. Scott, Jr.
claude.scott@usdoj.gov

*Attorney for Federal Communications Commission*

James J. Schwartz
james.schwartz@usdoj.gov

*Attorneys for Verizon Communications, Inc.*

Joseph S Hall
jhall@khhte.com

Mark C Hansen
mhansen@khhte.com

Aaron Martin Panner
apanner@khhte.com

John Thorne
john.thorne@verizon.com

David Earl Wheeler
david.e.wheeler@verizon.com

*Attorneys for Time Warner Telecom Inc.*

Benjamin Wallace Jackson
bjackson@willkie.com

Theodore C. Whitehouse
TWhitehouse@willkie.com

*Attorneys for Sprint Nextel Corp.*

Charles Thomas Kimmett, Jr
ckimmett@harriswiltshire.com

Timothy J. Simeone
tsimeone@harriswiltshire.com

*Attorneys for AT&T Corp..*

Michael L. Lazarus
mlazarus@crowell.com

Wilma A. Lewis
wlewis@crowell.com

William Randolph Smith
wrsmith@crowell.com

*Attorney for National Association of State Utility Advocates*

Kathleen F. O'Reilly
kforeilly@igc.org

*Attorney for Alliance For Competition in Telecommunications*

Gary Leland Reback
greback@carrferrell.com

*Attorney for American Antitrust Institute*

Jonathan L. Rubin, Esquire
jrubin@jrubinlaw.com

*Attorney for New Jersey Division of the Ratepayer Advocate*

Christopher J. White
cwhite@rpa.state.nj.us

*Attorney for Eliot Sptizer Attorney General of New York*

Jay L. Himes
jay.himes@oag.state.ny.us

In addition, I hereby certify that on this 8th day of August, 2006, a true and correct copy of COMPTEL's Notice of Filing was sent by U.S. Mail to the following:

*Attorney for MCI, Inc.*

Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

Michael Lovern
3713 Park Drive
Edgewater, MD 21037

Brenda Smith
5445 Old Providence Road
Virginia Beach, VA 23464

Wendy Carrillo
Paralegal