# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC Communications, Inc. and ) <br> AT&T Corp., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Verizon Communications Inc. and ) <br> MCI, Inc., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:05CV02103 (EGS) |

**VERIZON'S OPPOSITION TO BRENDA SMITH'S MOTION TO INTERVENE**

On August 8, 2006, Brenda Smith filed a Motion to Intervene. Her claims have nothing to do with the merger; they appear to relate to an alleged allergic reaction to carbonless copy paper that occurred 15 years ago. The Court should deny the motion.

Respectfully submitted,

/s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Evan T. Leo |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 | Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

August 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2006, I caused a copy of the foregoing Verizon's Opposition to Brenda Smith's Motion to Intervene to be served by overnight mail on the parties below:

| FOR THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Jay L. Himes<br>Chief, Antitrust Bureau<br>Office of the Attorney General<br>120 Broadway<br>26C54<br>New York, NY 10271<br><br>FOR SPRINT NEXTEL<br><br>Charles T. Kimmett<br>Harris, Wiltshire & Grannis LLP<br>1200 Eighteenth Street, N.W.<br>12th Floor<br>Washington, D.C. 20036 | FOR THE NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES<br><br>Kathleen F. O'Reilly<br>414 A Street, S.E.<br>Washington, D.C. 20003<br><br>FOR THE UNITED STATES<br><br>Lawrence M. Frankel<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W.<br>Washington, D.C. 20530 |
|---|---|

_____
LaTanya T. Parker