IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

**UNITED STATES' EMERGENCY MOTION TO AMEND PROTECTIVE ORDER**

On August 8, 2006, the Court entered a Minute Order stating, "In view of the New Jersey Division of Rate Payer Advocates' unique ability to represent the public interest, the organization is permitted to participate as an amicus curiae for the purposes stated by the Court at the July 25, 2006 hearing." However, the protective order entered by the Court on August 4, 2006 does not provide for the New Jersey Division of Rate Payer Advocate, now New Jersey Division of Rate

Counsel ("NJRC"), to have access to Highly Confidential Information submitted by the United States in these proceedings. *See* Order of August 4, 2006 ¶¶ 1(e), 2.

Therefore, the protective order needs to be amended to allow NJRC to obtain access to the Highly Confidential Information. In order to permit third parties who produced confidential information an opportunity to object, the protective order provides a period of three business days after the filing of an Agreement of Confidentiality before access to that information is given. In order to provide NJRC with access to the materials without causing delay to these proceedings, the United States requests that the three business days that NJRC is required to wait under Paragraph 8 of the protective order begin to run as of the date that NJRC signed its Agreement of Confidentiality, or as soon thereafter as the Court has entered the proposed modification to the protective order entered August 4, 2006. The United States has notified the Protected Persons of NJRC's participation in these proceedings by sending each of them a copy of NJRC's Notice of Filing of Agreements of Confidentiality and a copy of this Motion and proposed order. Accordingly, the Protected Persons will have the opportunity to raise any objections to the production of their Highly Confidential Information to NJRC.

The United States submits the attached proposed order which adds NJRC to the definition of "Interested Persons" and gives them access to the Highly Confidential Information three business days after the date of their filing Agreements of Confidentiality (filed August 8, 2006).

Pursuant to Local Rule 7(m), the United States hereby certifies that on August 8, 2006 it circulated a draft of this motion to A&T, Verizon, ACTel, COMPTEL, NASUCA, NJRC, the Office of the Attorney General of the State of New York, and Sprint. AT&T, Verizon,

2

COMPTEL, and NJRC do not object to this motion. ACTel, NASUCA, the Office of the Attorney General of the State of New York, and Sprint did not respond.

          Respectfully submitted,

          _____/s/_____
          Laury E. Bobbish
          Assistant Chief

          _____/s/_____
          Claude F. Scott, Jr. (D.C. Bar No. 414906)
          Jared A. Hughes
          Trial Attorneys

          Telecommunications & Media Section
          Antitrust Division
          U.S. Department of Justice
          1401 H Street, N.W., Suite 8000
          Washington, D.C. 20530
          (202) 514-5621
          Attorneys for the United States

Dated: August 9, 2006