**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | Civil Action No.:  1:05CV02102 (EGS) |
| v. ) | |
| SBC Communications, Inc. and ) AT&T Corp., ) | |
| Defendants. ) | |
| United States of America, ) | |
| Plaintiff, ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. ) | |
| Verizon Communications Inc. and ) MCI, Inc., ) | |
| Defendants. ) | |

<u>**ORDER GRANTING THE UNITED STATES' EMERGENCY MOTION TO AMEND
PROTECTIVE ORDER**</u>

Upon consideration of the United States' Emergency Motion to Amend Protective Order

the motion is hereby **GRANTED.**

The protective order entered by the Court on August 4, 2006 is hereby amended to

include the New Jersey Division of the Ratepayer Advocate, now New Jersey Division of Rate

Counsel ("NJRC") as an "Interested Person" as that term is defined in Paragraph 1(e) of the

protective order.

The protective order entered by the Court on August 4, 2006 is further amended to allow NJRC to receive Highly Confidential Information three business days after the filing of NJRC's signed Agreement of Confidentiality (filed August 8, 2006).

Dated: _____

_____
UNITED STATES DISTRICT JUDGE