IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.:  1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

**UNITED STATES' NOTICE OF PUBLIC FILING OF REDACTED SUBMISSION
PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing a Redacted Submission in Response to the Court's Minute Order of July 25, 2006.  The Redacted Submission consists of: a redacted memorandum, a redacted version of the Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and redacted supporting materials.

          Respectfully submitted,

          _____/s/_____
          Laury E. Bobbish
          Assistant Chief

          _____/s/_____
          Claude F. Scott, Jr. (D.C. Bar No. 414906)
          Lawrence M. Frankel (D.C. Bar No. 441532)
          Jared A. Hughes
          Trial Attorneys

          Telecommunications & Media Section
          Antitrust Division
          U.S. Department of Justice
          1401 H Street, N.W., Suite 8000
          Washington, D.C. 20530
          (202) 514-5621
          Attorneys for the United States

Date: August 9, 2006