# CURRICULUM VITAE

## W. Robert Majure
July 2006

**CONTACT/PERSONAL INFORMATION**

| | | | |
|---|---|---|---|
| Work Address: | Antitrust Division | Telephone: | 202-307-6341 (Office) |
| | U.S. Dept. Of Justice | | 202-514-8862 (Fax) |
| | Suite 10000 (BICN) | | |
| | 600 E Street, NW | | |
| | Washington, D.C. 20540 | | |
| | (20004 for deliveries) | | |

**EDUCATION**

1990        B.A. in Economics and Mathematics
University of Virginia

1994        Ph.D. in Economics (Thesis: *Disequilibrium Game Theory*)
Massachusetts Institute of Technology

**HONORS AND AWARDS**

1990-1993    National Science Foundation Fellowship (Economics)
2002          Antitrust Division Award of Distinction

**WORK EXPERIENCE**

1992        Economic Consultant, The Bank of Portugal
Analyzed effects of deregulation on banking system with particular emphasis on incumbents' response to entry.

1994-1996    Economist, Antitrust Division, U.S. Dept. Of Justice
Analyzed mergers, joint ventures among competitors and business practices of firms with market power for possible violations of antitrust law in numerous industries including telecommunications, banking, computer software, and electronics. Key cases included *U.S. v. Sprint Corp. and Joint Venture Co.* and *U.S. v. Computer Associates and Legent Corp.*

1996-2003    Assistant Chief - Economic Regulatory Section, Antitrust Division, U.S. Dept. Of Justice
Supervised economic analysis in antitrust proceedings, regulatory actions and appellate filings in a variety of industries (including airlines, electricity, and computer software). Practice had a particular emphasis on matters relating to the telecommunications industry including implementation of the 1996 Telecom Act (e.g., §271 evaluations and defending FCC orders implementing the Act), mergers of Bell Operating Companies (including *U.S. v. SBC Communications and Ameritech Corp.* and *U.S. v. Bell Atlantic, GTE, and Vodafone Airtouch*), mergers of long distance carriers (including *U.S. v. WorldCom and Sprint Corp.*), and mergers of cable companies (including *U.S. v. AT&T Corp. and Tele-Communications, Inc.* and *U.S. v. AT&T Corp. and MediaOne Group, Inc.*).

2003-present    Chief - Competition Policy Section, Antitrust Division, U.S. Dept. Of Justice
Duties as above as well as administrative responsibility for a section of economists within the Antitrust Division. Key cases included *U.S. v. Oracle*. and *U.S. v. National Association of Realtors*.

**TESTIMONY AND ADVISORY APPEARANCES**

1996    Before Surface Transportation Board in the merger of the Union Pacific Railroad companies with the Southern Pacific Railroad companies (ICC Finance Docket No. 32760)

2001    FCC Roundtable on Media Ownership Policies
(http://www.fcc.gov/ownership/roundtable.html)

**PUBLICATIONS AND PAPERS**

1994    *An Empirical Analysis of Bank Branching: Portugal 1989-1991* with Luis Cabral, in D. Neven and L.-H. Roller (eds.) The Empirical Analysis of Industrial Organization (CEPR: London).

1998    *Ensuring Fair and Efficient Access to the Telecommunications `Bottleneck'* with Dan Rubinfeld, in C.-D.Ehlermann and L.Gosling (eds.) Third Competition Law Annual 1998: Regulating Telecommunications (Hart Publishing: Oxford).

2005    *The Year in Review: Economics at the Antitrust Division, 2004–2005* with Eric Emch and Ken Heyer, Review of Industrial Organization (2005) 27:197–221.

working paper    *Competition Policy and the Problem of Interconnection: Some Experience from the U.S.*, with George A. Rozanski.