**REDACTED FOR PUBLIC INSPECTION**

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject |
|---|---|---|---|---|
| **Tab 1: Retail Customer Statements** | | | | |
| 1 | DOJ-CUSTLTRS-000001 | SBC | | Statements by retail telecommunications purchasers |
| **Tab 2: AT&T Network Maps** | | | | |
| 2 | DOJ-ATTMAPS-000002 | AT&T | | Maps of Fiber Networks in SBC cities referenced in the complaint |
| **Tab 3: AT&T Buildings List** | | | | |
| 3 | DOJ-ATT-000001 | AT&T | | On Net Building List (cities referenced in the Complaints) |
| **Tab 4: MCI Network Maps** | | | | |
| 4 | DOJ-MCIMAPS-000002 | MCI | | Maps of Fiber Networks in Verizon cities referenced in the complaint |
| **Tab 5: MCI Buildings List** | | | | |
| 5 | DOJ-MCI-000001 | MCI | | On Net Building List (cities referenced in the Complaints) |
| **Tab 6: CLEC Network Maps and Building Lists** | | | | |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | (none) | [REDACTED] | | Maps of fiber networks (not provided in hard copy due to size) |
| 6 | DOJ-███-000001 | [REDACTED] | | On Net Building List |
| 6 | DOJ-███-000024 | | | IP Hub locations |
| 6 | DOJ-███-000026 | | | ILEC collocations |
| 6 | DOJ-███-000090 | [REDACTED] | | POPs and carrier hotels |
| 6 | DOJ-███-000001 | | | POPs and carrier hotels |
| 6 | DOJ-███-000003 | | | On Net Building List |
| 6 | DOJ-███-000001 | [REDACTED] | | On Net Building List with ILEC CLLI |
| 6 | DOJ-███-000004 | | | ILEC collocations |
| 6 | DOJ-███-000006 | [REDACTED] | | On Net Facilities and Circuits |
| 6 | DOJ-███-000001 | | | Switches and ILEC collocations |
| 6 | DOJ-███-000009 | | | POPs |
| 6 | DOJ-███-000001 | | | Switches |

U.S. Department of Justice
Highly Confidential

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject |
|---|---|---|---|---|
| 6 | DOJ--000002 | | | ILEC collocations |
| 6 | DOJ--000003 | [REDACTED] | | POPs, ILEC collocations, and carrier hotels (from subsidiary Focal) |
| 6 | DOJ--000004 | | | POPs, ILEC collocations, and carrier hotels |
| 6 | DOJ--000009 | | | POPs, ILEC collocations, and carrier hotels |
| 6 | DOJ--000001 | | | Network locations |
| 6 | DOJ--000001 | [REDACTED] | | ILEC collocations |
| 6 | DOJ--000005 | | | Switches |
| 6 | (none) | | | On Net Building List (not provided in hard copy due to size) |
| 6 | DOJ--000001 | | | On Net Building List |
| 6 | DOJ--000006 | [REDACTED] | | Switches, POPs and ILEC collocations |
| 6 | DOJ--000001 | | | On Net Building List |
| 6 | DOJ--000065 | | | On Net Building List part 2 |
| 6 | DOJ--000112 | | | On Net Building List part 3 |
| 6 | DOJ--000004 | [REDACTED] | | POPs and interconnection points |
| 6 | DOJ--000005 | | | On Net Building List |
| 6 | DOJ--000001 | | | 2004 rollout ILEC collocations |
| 6 | DOJ--000006 | | | Current ILEC collocations |
| 6 | DOJ--000001 | [REDACTED] | | On Net Building List |
| 6 | DOJ--000016 | | | On Net Building List |
| 6 | DOJ--000001 | | | Switches |
| 6 | DOJ--000007 | | | On Net Building List |
| 6 | DOJ--000050 | [REDACTED] | | ILEC collocations |
| 6 | DOJ--000001 | | | POPs |
| 6 | DOJ--000001 | | | On Net Building List |
| 6 | DOJ--000001 | [REDACTED] | | Switches |
| 6 | DOJ--000003 | | | ILEC collocations |
| 6 | DOJ--000018 | | | POPs |
| 6 | DOJ--000019 | | | On Net Building List |
| 6 | DOJ--000001 | [REDACTED] | | Switches |
| 6 | DOJ--000002 | | | ILEC collocations |
| 6 | DOJ--000007 | | | POP connections |
| 6 | DOJ--000008 | | | On Net Building List |
| 6 | DOJ--000001 | [REDACTED] | | On Net Building List |
| 6 | DOJ--000001 | | | POPs and carrier hotels |
| 6 | DOJ--000004 | | | POPs |
| 6 | DOJ--000001 | | | ILEC collocations |
| 6 | DOJ--000006 | [REDACTED] | | On Net Building List |
| 6 | DOJ--000013 | | | POPs and carrier hotels |
| 6 | DOJ--000016 | | | Switches |
| 6 | DOJ--000001 | [REDACTED] | | Network locations part 1 |
| 6 | DOJ--000041 | | | Network locations part 2 |
| 6 | DOJ--000001 | | | On Net Building List |
| 6 | DOJ--000001 | | | Switches |
| 6 | DOJ--000003 | [REDACTED] | | ILEC collocations |
| 6 | DOJ--000009 | | | Dark Man Nodes |
| 6 | DOJ--000023 | | | POPs and carrier hotels |
| 6 | DOJ--000031 | | | On Net Building List |

U.S. Department of Justice
Highly Confidential

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject |
|---|---|---|---|---|
| 6 | DOJ-[REDACTED]-000001 | | | On Net Building List part 1 |
| 6 | DOJ-[REDACTED]-000029 | | | On Net Building List part 2 |
| 6 | DOJ-[REDACTED]-000054 | | | Switches, POPs and ILEC collocations |
| 6 | DOJ-[REDACTED]-000001 | | | ILEC collocations |
| 6 | DOJ-[REDACTED]-000014 | | | Switches |
| 6 | DOJ-[REDACTED]-000016 | | | On Net Building List |
| 6 | DOJ-[REDACTED]-000001 | | | On Net Building List |
| 6 | DOJ-[REDACTED]-000002 | | | Switches and ILEC collocations |
| 6 | DOJ-[REDACTED]-000001 | | | On Net Building List |
| 6 | DOJ-[REDACTED]-000001 | | | On Net Building List |
| **Tab 7: Overlapping CLEC Fiber Maps** | | | | |
| 7 | (none) | DOJ | | Note on Overlapping Fiber Maps |
| 7 | DOJ-FIBERMAPS-000001 | Various | | Overlapping Fiber Map of Baltimore |
| 7 | DOJ-FIBERMAPS-000002 | Various | | Overlapping Fiber Map of Baltimore (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000003 | Various | | Overlapping Fiber Map of Boston |
| 7 | DOJ-FIBERMAPS-000004 | Various | | Overlapping Fiber Map of Boston (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000005 | Various | | Overlapping Fiber Map of Chicago |
| 7 | DOJ-FIBERMAPS-000006 | Various | | Overlapping Fiber Map of Chicago (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000007 | Various | | Overlapping Fiber Map of Dallas |
| 7 | DOJ-FIBERMAPS-000008 | Various | | Overlapping Fiber Map of Dallas (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000009 | Various | | Overlapping Fiber Map of Detroit |
| 7 | DOJ-FIBERMAPS-000010 | Various | | Overlapping Fiber Map of Detroit (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000011 | Various | | Overlapping Fiber Map of Hartford |
| 7 | DOJ-FIBERMAPS-000012 | Various | | Overlapping Fiber Map of Hartford (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000013 | Various | | Overlapping Fiber Map of Indianapolis |
| 7 | DOJ-FIBERMAPS-000014 | Various | | Overlapping Fiber Map of Indianapolis (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000015 | Various | | Overlapping Fiber Map of Kansas City |
| 7 | DOJ-FIBERMAPS-000016 | Various | | Overlapping Fiber Map of Kansas City (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000017 | Various | | Overlapping Fiber Map of Los Angeles |
| 7 | DOJ-FIBERMAPS-000018 | Various | | Overlapping Fiber Map of Los Angeles (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000019 | Various | | Overlapping Fiber Map of Milwaukee |
| 7 | DOJ-FIBERMAPS-000020 | Various | | Overlapping Fiber Map of Milwaukee (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000021 | Various | | Overlapping Fiber Map of New York |
| 7 | DOJ-FIBERMAPS-000022 | Various | | Overlapping Fiber Map of New York (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000023 | Various | | Overlapping Fiber Map of Philadelphia |
| 7 | DOJ-FIBERMAPS-000024 | Various | | Overlapping Fiber Map of Philadelphia (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000025 | Various | | Overlapping Fiber Map of Portland, ME |
| 7 | DOJ-FIBERMAPS-000026 | Various | | Overlapping Fiber Map of Providence |
| 7 | DOJ-FIBERMAPS-000027 | Various | | Overlapping Fiber Map of Providence (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000028 | Various | | Overlapping Fiber Map of Richmond |
| 7 | DOJ-FIBERMAPS-000029 | Various | | Overlapping Fiber Map of Richmond (AT&T shown separately) |
| 7 | DOJ-FIBERMAPS-000030 | Various | | Overlapping Fiber Map of San Diego |
| 7 | DOJ-FIBERMAPS-000031 | Various | | Overlapping Fiber Map of San Diego (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000032 | Various | | Overlapping Fiber Map of San Francisco |
| 7 | DOJ-FIBERMAPS-000033 | Various | | Overlapping Fiber Map of San Francisco (MCI shown separately) |

U.S. Department of Justice
Highly Confidential

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject |
|---|---|---|---|---|
| 7 | DOJ-FIBERMAPS-000034 | Various | | Overlapping Fiber Map of St. Louis |
| 7 | DOJ-FIBERMAPS-000035 | Various | | Overlapping Fiber Map of St. Louis (MCI shown separately) |
| 7 | DOJ-FIBERMAPS-000036 | Various | | Overlapping Fiber Map of Tampa |
| 7 | DOJ-FIBERMAPS-000037 | Various | | Overlapping Fiber Map of Washington |
| 7 | DOJ-FIBERMAPS-000038 | Various | | Overlapping Fiber Map of Washington (AT&T shown separately) |

**Tab 8: CLEC Business Plans**

| 8 | DOJ-BUSPLANS-[REDACTED]-000001 | [REDACTED] | | [REDACTED] |
| 8 | DOJ-BUSPLANS-[REDACTED]-000001 | | | |
| 8 | DOJ-BUSPLANS-[REDACTED]-000001 | | | |
| 8 | DOJ-BUSPLANS-[REDACTED]-000017 | | | |
| 8 | DOJ-BUSPLANS-[REDACTED]-000001 | | | |
| 8 | DOJ-BUSPLANS-[REDACTED]-000001 | [REDACTED] | | |
| 8 | DOJ-BUSPLANS-[REDACTED]-000013 | | | |

**Tab 9: CLEC Interrogatory Responses**

| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000005 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000004 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000018 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000013 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000003 | [REDACTED] | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |
| 9 | DOJ-BUILDEVALS-[REDACTED]-000001 | | | Interrogatory Response to CID (excerpt) |

**Tab 10: Documents Pertaining to CLECs as Providers of Access**

| 10 | ATT140024376 | AT&T | 2/2/2005 | [REDACTED] |
| 10 | DOJ-COMPINTEL-[REDACTED]-0000001 | [REDACTED] | | |

U.S. Department of Justice
Highly Confidential

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject |
|---|---|---|---|---|
| 10 | MCI-DOJ-TT0032025 | MCI | 1/28/2004 | |
| 10 | SBC-004249185 | SBC | 10/24/2004 | |
| 10 | SBC-005905607 | SBC | 8/25/2004 | |
| 10 | SBC-018072096 | SBC | 7/22/2004 | [REDACTED] |
| 10 | SBC-018072098 | SBC | 7/21/2004 | |
| 10 | SBC-018072134 | SBC | 7/21/2004 | |
| 10 | VZ-074-0117279 | Verizon | 9/9/2003 | |
| 10 | VZ-072-0014190 | Verizon | 6/27/04 | |
| 10 | VZ-066-0004678 | Verizon | 12/16/2004 | |
| 10 | DOJ-CLECVENDORS-ATT-000001 | AT&T | | CID Interrogatory Response |
| 10 | DOJ-CLECVENDORS-MCI-000001 | MCI | | CID Interrogatory Response |
| 10 | DOJ-CLECVENDORS-MCI-000007 | MCI | | CID Interrogatory Response |
| 10 | DOJ-CLECVENDORS-[REDACTED]-000001 | [REDACTED] | | CID Interrogatory Response |
| 10 | DOJ-CLECVENDORS-[REDACTED]-000001 | | | CID Interrogatory Response |
| 10 | DOJ-CLECVENDORS-[REDACTED]-000001 | | | CID Interrogatory Response |
| **Tab 11: AT&T Documents** | | | | |
| 11 | ATT130000848 | AT&T | 3/30/2004 | |
| 11 | ATT151006032 | AT&T | 2/4/2004 | [REDACTED] |
| 11 | ATT401007830 | AT&T | 10/14/2004 | |
| **Tab 12: MCI Documents** | | | | |
| 12 | MCI-DOJ-QQ0001028 | MCI | 3/21/2005 | |
| 12 | MCI-DOJ-QQ0001024 | MCI | 3/21/2005 | |
| 12 | MCI-DOJ-DD0036067 | MCI | 4/4/2005 | |
| **Tab 13: Letter from C. Douglas Jarrett, Keller and Heckman, to Marlene H. Dortch, FCC (Sept. 27, 2005)** | | | | |
| 13 | DOJ-ETUGAPI-000001 | FCC | 9/27/2005 | Public filing in FCC proceedings by eTUG and API |
| **Tab 14: Declaration of Charles H. Carnes, Jr. (Verizon) (Aug. 4, 2006)** | | | | |
| 14 | (none) | Verizon | 8/4/2006 | Declaration of Charles H. Carnes, Jr. |
| **Tab 15: Declaration of Michael E. Todd (AT&T) (Aug. 3, 2006)** | | | | |
| 15 | (none) | AT&T | 8/3/2006 | Declaration of Michael E. Todd |
| **Tab 16: Divestiture Assets Purchase Agreements** | | | | |
| 16 | DOJ-AGREEMENTS-000001 | AT&T | 2/20/2006 | Master Agreement between AT&T and ▮ |
| 16 | DOJ-AGREEMENTS-000111 | AT&T | 4/10/2006 | First Amendment to the Master Agreement between AT&T and ▮ |
| 16 | DOJ-AGREEMENTS-000186 | AT&T | 2/20/2006 | Master Agreement between AT&T and ▮ |
| 16 | DOJ-AGREEMENTS-000272 | AT&T | 4/4/2006 | First Amendment to the Master Agreement between AT&T and ▮ |
| 16 | DOJ-AGREEMENTS-000408 | AT&T | 2/21/2006 | Master Agreement between AT&T and ▮ |

U.S. Department of Justice
Highly Confidential

Index to Materials Provided as Attachments to the Declaration of W. Robert Majure

| TAB | Document Beginning Bates # | Source | Date (if known) | Title/Subject | | |
|---|---|---|---|---|---|---|
| 16 | DOJ-AGREEMENTS-000619 | AT&T | 5/2/2006 | First Amendment to the Master Agreement between AT&T and the San Diego and Dallas MSAs) | [REDACTED] | (with respect to |
| 16 | DOJ-AGREEMENTS-000698 | AT&T | 5/2/2006 | First Amendment to the Master Agreement between AT&T and the Indianapolis MSA) | [REDACTED] | (with respect to |
| 16 | DOJ-AGREEMENTS-000740 | AT&T | | Revised schedules for the Master Agreement between AT&T and | [REDACTED] | |

U.S. Department of Justice
Highly Confidential