**Tab 4, MCI Network Maps:**

**REDACTED**