**Tab 7, Overlapping CLEC Fiber Maps:**

**DOJ-FIBERMAPS-000001 through -0038**
**REDACTED**

## Note on the Overlapping Fiber Maps

Several carriers, including AT&T and MCI, produced electronic geographic information systems ("GIS") files that allow GIS software to analyze the data geographically and to plot the fiber paths on maps. The maps at Tab 7 were created using GIS software and represent the overlapping fiber networks of the following carriers:

### [REDACTED]

Each of the cities is shown twice. In the Verizon cities, the first map shows MCI fiber in blue, and all other CLECs (including AT&T) in green. The second map shows MCI fiber in blue, AT&T fiber in red, and all other CLECs in green. In the SBC cities, the first map shows AT&T fiber in red, and all other CLECs (including MCI) in green. The second map shows AT&T fiber in red, MCI fiber in blue, and all other CLECs in green.

| Verizon Cities | CLECs shown on overlapping maps |
|---|---|
| Boston | [6 NAMES REDACTED] |
| New York | [8 NAMES REDACTED] |
| Philadelphia | [7 NAMES REDACTED] |
| Portland, ME[1] | [3 NAMES REDACTED] |
| Providence | [2 NAMES REDACTED] |
| Richmond | [2 NAMES REDACTED] |
| Tampa[2] | [6 NAMES REDACTED] |
| Wash.-Balt. | [7 NAMES REDACTED] |

| SBC Cities | CLECs shown on overlapping maps |
|---|---|
| Chicago | [8 NAMES REDACTED] |
| Dallas | [8 NAMES REDACTED] |
| Detroit | [5 NAMES REDACTED] |
| Hartford | [2 NAMES REDACTED] |
| Indianapolis | [4 NAMES REDACTED] |

---

[1]    **[REDACTED]**

[2]    **[REDACTED]**

| | |
|---|---|
| Kansas City | [5 NAMES REDACTED] |
| Los Angeles | [7 NAMES REDACTED] |
| Milwaukee | [3 NAMES REDACTED] |
| San Diego | [5 NAMES REDACTED] |
| San Francisco | [6 NAMES REDACTED] |
| St. Louis | [5 NAMES REDACTED] |

In addition, several CLECs produced information directly to the Department regarding their fiber networks but are not included on these GIS maps. Each CLEC listed below has at least 10 route miles of fiber in each of the cities for which it is listed.

| Verizon Cities | CLECs with known fiber |
|---|---|
| Boston | [2 NAMES REDACTED] |
| New York | [4 NAMES REDACTED] |
| Philadelphia | [4 NAMES REDACTED] |
| Providence | [2 NAMES REDACTED] |
| Richmond | [1 NAME REDACTED] |
| Tampa | [1 NAME REDACTED] |
| Wash.-Balt. | [5 NAMES REDACTED] |

| SBC Cities | CLECs with known fiber |
|---|---|
| Chicago | [2 NAMES REDACTED] |
| Dallas | [4 NAMES REDACTED] |
| Detroit | [1 NAME REDACTED] |
| Hartford | [2 NAMES REDACTED] |
| Indianapolis | [1 NAME REDACTED] |
| Kansas City | [2 NAMES REDACTED] |
| Los Angeles | [3 NAMES REDACTED] |
| San Diego | [2 NAMES REDACTED] |
| San Francisco | [5 NAMES REDACTED] |

St. Louis                [2 NAMES REDACTED]


Finally, it appears from publicly available sources (such as websites) that several other CLECs operate fiber networks in the overlapping cities. The following CLECs appear to operate fiber networks in these cities, though the Department cannot say how extensive their respective networks are:

| Verizon Cities | Additional facilities-based CLECs |
|---|---|
| Boston | [3 NAMES REDACTED] |
| New York | [3 NAMES REDACTED] |
| Philadelphia | [2 NAMES REDACTED] |
| Portland | [3 NAMES REDACTED] |
| Providence | [2 NAMES REDACTED] |
| Tampa | [1 NAME REDACTED] |
| Wash.-Balt. | [3 NAMES REDACTED] |

| SBC Cities | Additional facilities-based CLECs |
|---|---|
| Chicago | [2 NAMES REDACTED] |
| Dallas | [1 NAME REDACTED] |
| Hartford | [1 NAME REDACTED] |
| Indianapolis | [1 NAME REDACTED] |
| Kansas City | [2 NAMES REDACTED] |
| Los Angeles | [1 NAME REDACTED] |
| Milwaukee | [2 NAMES REDACTED] |
| San Diego | [1 NAME REDACTED] |
| San Francisco | [2 NAMES REDACTED] |
| St. Louis | [1 NAME REDACTED] |