**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br>v.<br><br>**SBC Communications, Inc. and AT&T Corp.,**<br><br>    **Defendants.** | Civil Action No.<br>1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br>v.<br><br>**Verizon Communications Inc. and MCI, Inc.,**<br><br>    **Defendants.** | Civil Action No.<br>1:05CV02103 (EGS) |

**NOTICE OF FILING**

Verizon hereby gives Notice of Filing of the following documents pursuant to the Court's Order dated August 4, 2006. This notice attaches agreements concerning confidentiality for Aaron Panner, outside counsel for Verizon, and Mary Ann Endo, a research director at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Respectfully submitted,

/s/ Mark C. Hansen_____

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Evan T. Leo |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |   Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

August 9, 2006

_____

LaTanya T. Parker

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2006, I caused a copy of the foregoing Notice of Filing and Agreement Concerning Confidentiality of Aaron Panner and Mary Ann K. Endo to be served by overnight mail on the parties below:

| FOR THE UNITED STATES | FOR THE UNITED STATES |
|---|---|
| Lawrence M. Frankel<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W.<br>Washington, D.C.  20530<br><br>Matthew C. Hammond<br>U.S. Department of Justice<br>1401 H Street, N.W.<br>Suite 8000<br>Washington, D.C. 20530 | Brenda Smith<br>5445 Old Providence Road<br>Virginia Beach, VA 23464 |