IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and AT&T Corp.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Verizon Communications Inc. and MCI, Inc.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, MARY ANN K. ENDO, am employed as a RESEARCH DIRECTOR by KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC.
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this **9TH** day of **AUGUST**, 2006.

_____
SIGNATURE