# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>    Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

## [PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR MODIFICATION OF MINUTE ORDER

Upon consideration of the United States' Motion for Modification of Minute Order, the motion is hereby **GRANTED.**

The deadline for responses to the United States' Submission in Response to the Court's Minute Order of July 25, 2006 is hereby extended until August 21, 2006. The deadline for the parties to reply is hereby extended until August 31, 2006.

Dated: _____     _____
                   UNITED STATES DISTRICT JUDGE