IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

## NOTICE OF FILING

Pursuant to the Court's Order dated August 4, 2006 ("Protective Order"), COMPTEL hereby gives Notice of Filing the attached Agreement Concerning Confidentiality for Outside Consultant Joseph Gillan. COMPTEL has previously notified all Protected Persons that it intended to use Mr. Gillan as an Outside Consultant, consistent with Section B. 2. (d) of the Protective Order.

August 11, 2006

Respectfully submitted,

*Mary C. Albert*
Mary C. Albert, DC Bar No. 347617
COMPTEL
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, Joseph Gillan, am employed as a Consultant by CompTel. I hereby certify that:

1.   I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.   I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this  8  day of  August , 2006.

_____
SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2006, a true and correct copy of COMPTEL's Notice of Filing was filed with the Court's ECF system and the following were noticed electronically:

Attorneys for the United States

David T. Blonder
David.blonder@usdoj.gov

Claude F. Scott, Jr.
Claude.scott@usdoj.gov

Attorneys for Verizon Communications

Joseph S. Hall
jhall@khhte.com

Mark C. Hansen
mhansen@khhte.com

Aaron Martin Panner
apanner@khhte.com

John Thorne
John.thorne@verizon.com

David Earl Wheeler
David.e.wheeler@verizon.com

Attorneys for Sprint Nextel

Charles Thomas Kimmett, Jr.
ckimmett@harriswiltshire.com

Timothy J. Simone
tsimeone@harriswiltshire.com

Attorneys for AT&T Corp.

Michael L. Lazarus
mlazarus@crowell.com

Wilma A. Lewis
wlewis@crowell.com

William Randolph Smith
wrsmith@crowell.com

Attorneys for NASUCA

Kathleen F. O'Reilly
kforeilly@igc.org

Attorneys for ACTel

Gary Reback
greback@carrferrell.com

Thomas Cohen
tcohen@theKDWGroup.com

Attorney for N.J. Division of Ratepayer Advocate

Christopher J. White
cwhite@rpa.state.nj.us

Attorney for NY Attorney General

Jay L. Himes
jay.himes@oag.state.ny.us

_____
Mary C. Albert

2