# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>**SBC COMMUNICATIONS, INC. and AT&T CORP.,**<br>Defendants.<br><br>**UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>**VERIZON COMMUNICATIONS, INC.**<br>**And MCI INC.,**<br>Defendants. | Civil Case No. 1:05-CV-02102 (EGS)<br><br><br><br><br><br>Civil Case No. 1:05-CV-02193 (EGS) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Declaration of David C. Bergmann, Esq., Amicus, the National Association of State Utility Consumer Advocates ("NASUCA"), by its attorney, Kathleen F. O'Reilly, will, and hereby does, move this Court for the *pro hac vice* admission of David C. Bergmann, Esq., to the bar of this Court for the purpose of representing NASUCA in this action.

Dated: District of Columbia
   August 10, 2006

By: _____
   Kathleen F. O'Reilly
   Attorney at law

Bar Number 05360
Attorney for NASUCA
414 "A" Street, Southeast
Washington , D.C. 20003
(202) 543-5068