# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |

## ACTEL'S NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, *Amicus Curiae* Alliance for Competition in Telecommunications (ACTel) is filing under seal its Response to the United States' Submission under this Court's Minute Order of July 25, 2006. The Response consists of a memorandum and supporting exhibits.

Dated September 5, 2006.

                                                                       Respectfully submitted,

                                                                                           /s/

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*

DC01/REISS/251307.3