UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,   )
               Plaintiff,   )
                          )
      v.                        )
                          )   Civil Action No. 1:05CV02102 (EGS)
SBC COMMUNICATIONS, INC. and   )
AT&T CORP.,   )
               Defendants.   )
_____)
                          )
UNITED STATES OF AMERICA,   )
               Plaintiff,   )
                          )
      v.                        )
                          )   Civil Action No. 1:05CV02103 (EGS)
VERIZON COMMUNICATIONS, INC.   )
and MCI, INC.,   )
               Defendants.   )
_____)

**SPRINT NEXTEL CORPORATION'S
NOTICE OF FILING UNDER SEAL**

        Pursuant to Local Rule 5.4(e)(1) and this court's Protective Order dated August 4, 2006, as amended August 15, 2006, Sprint Nextel Corporation hereby gives notice that it is filing under seal the Response of Sprint Nextel Corporation to the United States' Submission in Response to the Court's Minute Order of July 25, 2006 and attachments.

                                            Respectfully submitted,

                                        ____/s/_____

Sprint Nextel Corporation           Christopher J. Wright (DC Bar No. 367384)
2001 Edmund Halley Drive         Timothy J. Simeone (DC Bar No. 453700)
Reston, VA  20191                   HARRIS, WILTSHIRE & GRANNIS LLP
                                                     1200 Eighteenth Street, N.W., 12th Floor
                                                     Washington, D.C.  20036
                                                     (202) 730-1300

September 5, 2006                     *Counsel for Sprint Nextel Corporation.*