**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:05CV02102 (EGS) |
| SBC Communications, Inc. and AT&T CORP., | |
| **Defendants.** | |
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | Civil Action No. 1:05CV02103(EGS) |
| **v.** | |
| Verizon Communications, Inc. and MCI, Inc., | |
| **Defendants.** | |

**COMPTEL'S NOTICE OF FIILING UNDER SEAL**

Pursuant to Local Rule 5.4(e)(1) and this Court's Protective Orders dated July 25

and August 4, 2006, COMPTEL hereby gives notice that it is filing under seal

COMPTEL's Response To The Department of Justice's Supplemental Submission.

Respectfully submitted,


/s/

September 5, 2006

Jonathan D. Lee
Mary C. Albert
COMPTEL
1900 M Street N.W., Suite 800
Washington, D.C. 20036
(202) 296-6650