

REDACTED - FOR PUBLIC INSPECTION

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

I 95

**Metropolitan Stamford**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

- ■ Known CLEC Lit Buildings
- —— Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit  Buildings
- Non-SBC Territory

**Exhibit 6(d)(1)**

- —— MSA Boundary



# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
▢ SBC Territory
▢ Wire Centers with Known CLEC Lit Buildings
▢ Non-SBC Territory
▢ MSA Boundary

REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA



**Available CLEC Transport Linkages**

— Known Alternate Fiber

≡ 80 Percent of Special Access Demand For DS1 & DS3 Services

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

**Exhibit 6(d)(1)**

REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA

**Available CLEC Transport Linkages**

- ○  COs with Known CLEC Fiber-based Collocation
- ▬  Available Transport Link
- ▨  SBC Territory
- ▨  Wire Centers w/Known CLEC Lit  Buildings
- ▨  Non-SBC Territory
- ▭  MSA Boundary

**Exhibit 6(d)(1)**







REDACTED - FOR PUBLIC INSPECTION
Chicago, IL-MSA
W Hubbard St
W Kinzie St
W Carroll Ave
W Wacker Dr
W Lake St
W Randolph St
W Washington St
W Madison St
W Monroe St
W Jackson Blvd
W Van Buren St
W Congress Pkwy
W Polk St
N Wacker Dr
N Franklin St
N State St
N Wabash Ave
N Michigan Ave
Columbus Dr
S Clinton St
S Canal St
Downtown Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

### Alternate Fiber Routes

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

## Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit Buildings
- ☐ Non-SBC Territory
- ▭ MSA Boundary

**Exhibit 6(d)(1)**



# Cleveland, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

44103

44114

44113

44115

44102

**Metropolitan Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(h)





# Cleveland, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

- Customers of CLECs Served Using SBC Special Access
- Known CLEC Lit Buildings
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Columbus, OH-MSA

### Available CLEC Transport Linkages

| | |
|---|---|
| ▬▬ | Known CLEC Fiber |
| ▤ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| ▨ | SBC Territory |
| ▨ | Wire Centers Served by Known CLEC Fiber |
| ☐ | Non-SBC Territory |
| ▭ | MSA Boundary |

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber
- ▬ Available Transport Link
- ▨ SBC Territory
- ▧ Wire Centers Served by Known CLEC Fiber
- ☐ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

43201

43212

I 670

I 71/I 670

43203

43215

43222

43205

I 70

43206

I 71

I 71

**Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

— ZipCode Boundaries

Esri (r)(r)



Columbus, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Columbus
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

— ZipCode Boundaries



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

Dallas, TX-MSA

Ft.Worth, TX-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Dallas, TX-MSA

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Metropolitan Dallas**
**Customers Served Using Special Access**
**CLEC Lit Buildings**

- △ Customers of CLECs Served Using SBC Special Access
- ■ Known CLEC Lit Buildings
- — Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- — ZipCode Boundaries



# Dallas, TX-MSA

RETRACTED - FOR PUBLIC INSPECTION

75219
75206
75207
75204
75246
75212
75223
75201
75202
75210
75215

**Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▭ ZipCode Boundaries

I 30
I 35 E
I 45

Exhibit 6(d)(1)



# Dallas, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

75204

75202

75207

75201

**Downtown Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC
Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

☐ SBC Territory

☐ Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit 6(d)(F)

Ross Ave
Munger Ave
N Field St
San Jacinto St
N Pearl St
Olive St
N Harwood St
N St Paul St
Live Oak St
N Ervay St
N Central Expy
N Lamar St
N Akard St
Pacific Ave
N Field St
N St Paul St
N Harwood St
Ross Ave
Elm St
Main St
Commerce St
N Houston St
N Market St
Jackson St
Wood St
Young St





# Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

76106

76107

76102

E Weatherford St
E 1st St
E 2nd St
E 3rd St
St Spur 280
US Hwy 377
W Weatherford St
Jones St
Calhoun St
W 3rd St
Commerce St
E 9th St
Taylor St
Throckmorton St
Houston St
Lamar St
Burnett St
E 9th St
W 10th St
Texas St
W 13th St

**Downtown Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△  Customers of CLECs Served Using
    SBC Special Access

■  Known CLEC Lit Buildings

━━  Known Alternate Fiber Routes

☐  SBC Territory

☐  Wire Centers w/Known CLEC Lit Buildings

☐  Non-SBC Territory

☐  ZipCode Boundaries

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Alternate Fiber Routes**

— Known Alternate Fiber

▬ 80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

— MSA Boundary

**Exhibit 6(d)(1)**