

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)





**Detroit, MI-MSA**

REDACTED - FOR PUBLIC INSPECTION

**Downtown Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
⬜ SBC Territory
🟩 Wire Centers w/Known CLEC Lit Buildings
⬜ Non-SBC Territory
🟦 MSA Boundary

Exhibit 6(d)(1)





# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ●    COs with Known CLEC Fiber-based Colloction
- ──    Available Transport Link
- ▢    SBC Territory
- ▢    Wire Centers w/Known CLEC Lit  Buildings
- ▢    Non-SBC Territory
- ▭    MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Kansas City, KS-MO-MSA
US Hwy 24
W 7th St
W 8th St
W 9th St
W 10th St
W 11th St
W 12th St
W 13th St
W 14th St
E 8th St
E 9th St
E 10th St
E 11th St
E 12th St
E 13th St
Walnut St
Grand Blvd
Wyandotte St
Main St
Mcgee St
Oak Trfy
Locust St
US Hwy 71
Downtown Kansas City
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Houston, TX-MSA**

### Alternate Fiber Routes

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Embedded CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6.3(F)



REDACTED - FOR PUBLIC INSPECTION

## Houston, TX-MSA

### Available CLEC Transport Linkages

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



**Houston, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

I 10

I-101/45

77007

77019

77010

77002

77003

77006

I 45

77004

**Metropolitan Houston
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▢ ZipCode Boundaries

Exhibit 6 0(h)





REDACTED - FOR PUBLIC INSPECTION
Houston, TX-MSA
Memorial Dr
I 45 S
Bagby St
Louisiana St
Milam St
Main St
Commerce St
Franklin St
Prairie St
Congress St
Texas St
Rusk Ave
Walker St
Capitol St
Mckinney St
Dallas St
Travis St
Valentine St
I 45 S
77010
Bell St
US Hwy 59
Hutchins St
Bastrop St
Jefferson Ave
Polk St
Travis St
Leeland St
Fannin St
Caroline St
I 45 N
St Joseph Pkwy
Downtown Houston
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Houston, TX-MSA**

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

☐ SBC Territory

☐ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

━━ MSA Boundary

Exhibit 6(d)(f)



# Indianapolis, IN-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(t)(f)



# Indianapolis, IN-MSA

REDACTED

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit  Buildings
- ▢ Non-SBC Territory
- ▢ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

I 65

I 70

**Metropolitan Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings
**Exhibit 6(d)(1)**
Non-SBC Territory

MSA Boundary



# Indianapolis, IN-MSA

REDACTED - FOR PUBLIC INSPECTION

W 9th St
W Saint Clair St
Fort Wayne Ave
N Capitol Ave
N Illinois St
N Delaware St
N East St
N College Ave
E North St
E Michigan St
Massachusetts Ave
E Vermont St
N West St
E New York St
W Ohio St
E Miami St
N Pennsylvania St
N New Jersey St
US Hwy 40
N Delaware St
I 70 W
E Washington St
W Maryland St
Virginia Ave
S College Ave
State Hwy 67
E Louisiana St
S Illinois St
E South St
S Delaware St
E Mccarty St

**Downtown Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County , MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▮ SBC Territory
- ▮ Wire Centers w/Known CLEC Lit Buildings
- ▯ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Los Angeles-Long Beach, CA-MSA
Metropolitan Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)
HWY 101
HWY 110
I 5
I 10
91522
91604
91608
90068
90027
91204
91205
90041
91105
91101
91106
91108
90039
90065
90042
91030
90046
90028
90069
90038
90029
91801
91776
90032
90031
91803
90004
90048
90036
90020
90211
90212
90005
90057
90035
90019
90006
90017
90033
91754
91755
90013
90063
90015
90034
90016
90018
90007
90022
90232
90023
90011
90008
90062
90037
90058
90230
90056
90270
90043
90255
90302
90001
90003
90301
90305
90045
90047
90044
90002



# Los Angeles-Long Beach, CA-MSA

90017

90071

S Figueroa St

S Flower St

Harbor Fwy

Wilshire Blvd

W 3rd St

W 4th St

W 5th St

S Broadway

S Spring St

W 6th St

S Hope St

W 7th St

S Grand Ave

S Olive St

W 8th St

W Olympic Blvd

W 9th St

90014

**Downtown Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

☐ SBC Territory

☐ Wire Centers with Known CLEC Lit Buildings
Exhibit B(9)(f)

☐ Non-SBC Territory

━━ ZipCode Boundaries



**Orange County, CA-MSA**

REDACTED - FOR PUBLIC INSPECTION

92844
92843
92703
92701
92782
92602
92780
92704
92708
92707
92620
92606
92604
92614
92626
92618
92646
92612
92697
92660
92603

HWY 55
I-405

Exhibit 6(d)(1)

**Metropolitan Orange County
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries



# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92704
92707
92606
92604
92626
92627
92612
92697
92660

W Macarthur Blvd
S Main St
S Bristol St
Macarthur Blvd
Red Hill Ave
Barranca Pkwy
Armstrong Ave
Alton Pkwy
Megaw Ave
Jamboree
Harvard Ave
Main St
I 405 S
Paularino Ave
Baker St
State Hwy 55 N
Campus Dr
Michelson Dr
Dupont Dr

**Downtown Irvine
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
   Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

▢ ZipCode Boundaries

Exhibit 6(a)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
□ Non-SBC Territory
▭ MSA Boundary

Exhibit 6(d)(1)



**Milwaukee, WI-MSA**

*Lake Michigan*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6 (9/11)



REDACTED - FOR PUBLIC INSPECTION

**Milwaukee, WI-MSA**

*Lake Michigan*

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ━━ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- ▬ MSA Boundary

Exhibit 6(d)(4)