

Milwaukee, WI-MSA

REDACTED FOR PUBLIC INSPECTION

143

I 94

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Exhibit 6(d)(1)

Non-SBC Territory

MSA Boundary





REDACTED - FOR PUBLIC INSPECTION
Milwaukee, WI-MSA
E Knapp St
State Hwy 145
N Broadway St
N Water St
N Van Buren St
N Cass St
N Marshall St
State Hwy 32
W State St
N 3rd St
E Kilbourn Ave
N 6th St
State Hwy 32
N Prospect Ave
E Wells St
N Jefferson St
W Wells St
E Mason St
W Wisconsin Ave
E Wisconsin Ave
US Hwy 18
W Michigan St
N Lincoln Memorial Dr
W Clybourn St
I 794
N 6th St
N Plankinton Ave
N Broadway St
N Milwaukee St
Downtown Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(T)

REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

**Exhibit 6(d)(1)**



# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

I 35/I 44

I 40

I 44

I 35

**Metropolitan Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
▬ Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Oklahoma City, OK-MSA
NW 10th St
NW 10th St
N Lee Ave
N Walker Ave
N Hudson Ave
N Harvey Ave
N Robinson Ave
N Oklahoma Ave
Harrison Ave
US Hwy 77
NE 3rd St
NW 2nd St
NE 2nd St
Couch Dr
Colcord Dr
Santa Fe Plz
W Main St
E Main St
E Sheridan Ave
W California Ave
W Reno Ave
S Robinson Ave
Downtown Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

REDACTED FOR PUBLIC INSPECTION

# Sacramento, CA-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED FOR PUBLIC INSPECTION

# Sacramento, CA-MSA

### Available CLEC Transport Linkages

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

**Exhibit 6(d)(1)**



# Sacramento, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

I 5

BUS 80

HWY 160

HWY 16

HWY 50

HWY 16

HWY 99

**Metropolitan Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
▬ Known Alternate Fiber Routes
▢ SBC Territory
▢ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Sacramento, CA-MSA
State Hwy 160
13th St
14th St
State Hwy 160
C St
7th St
8th St
9th St
10th St
11th St
State Hwy 99 N
5th St
F St
G St
J ST
K St
H St
I St
J ST
15th St
8th St
Capitol Ave
N St
O St
P St
Downtown Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Alternate Fiber Routes**

| | |
|---|---|
| ▬▬▬ | Known Alternate Fiber |
| ▤▤▤ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| ▨ | SBC Territory |
| ▨ | Wire Centers w/Known CLEC Lit Buildings |
| ▢ | Non-SBC Territory |
| ▭ | MSA Boundary |

**Exhibit 6(d)(1)**

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



**San Antonio, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

78215

I 35

I 10

I 37

78202

I 10/ I 35

78205

**Metropolitan San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

Customers of CLECs Served

Exhibit 6(d)(1)



# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

☐ SBC Territory

☐ Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit B(5)(f)

San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access

△ Customers of CLECs Served Using
SBC Special Access
■ Known CLEC Lit Buildings
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**San Diego, CA-MSA**

Exhibit 6(d)(1)

**Alternate Fiber Routes**

—— Known Alternate Fiber

▬▬ 80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

—— MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**San Diego, CA-MSA**

### Available CLEC Transport Linkages

○ COs with Known CLEC Fiber-based Collocation

— Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

— MSA Boundary

Exhibit 6(d)(1)



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

I 5

HWY 163

HWY 94

HWY 75

Exhibit 6(d)(1)

**Metropolitan San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary







REDACTED - FOR PUBLIC INSPECTION

St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

⚫ COs with Known CLEC Fiber-based Collocation

━━ Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)





# St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown St. Louis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
　 SBC Territory
　 Wire Centers w/Known CLEC Lit Buildings
　 Non-SBC Territory
　 MSA Boundary

Exhibit 6(d)(1)