

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

I 95

**Metropolitan Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

- ■ Known CLEC Lit Buildings
- — Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)F

REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA



**Available CLEC Transport Linkages**

— Known Alternate Fiber

▬ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**

**Chicago, IL-MSA**

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber-based Collocation

— Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Chicago, IL-MSA

REDACTED - FOR PUBLIC INSPECTION

I 90/I 94

I 290

**Metropolitan Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Chicago, IL-MSA
W Hubbard St
W Kinzie St
W Carroll Ave
W Wacker Dr
W Lake St
W Randolph St
W Washington St
W Madison St
W Monroe St
W Jackson Blvd
W Van Buren St
W Congress Pkwy
W Polk St
N Wacker Dr
N Franklin St
N State St
N Wabash Ave
N Michigan Ave
Columbus Dr
S Clinton St
S Canal St
Downtown Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

**Alternate Fiber Routes**

— Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

## Cleveland, OH-MSA

*Lake Erie*

### Available CLEC Transport Linkages

⬤  COs with Known CLEC Fiber-based Collocation

▬  Available Transport Link

▨  SBC Territory

▨  Wire Centers w/Known CLEC Lit  Buildings

▯  Non-SBC Territory

▭  MSA Boundary

**Exhibit 6(d)(1)**



# Cleveland, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

44103

44114

44113

44115

44102

## Metropolitan Cleveland
### Customers Served Using Special Access And CLEC Lit Buildings

▲ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 60(h)



# Cleveland, OH-MSA

**Downtown Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit 6(b)(1)



**Cleveland, OH-MSA**

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

▲ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

Known CLEC Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber

━━ Available Transport Link

▮ SBC Territory

▮ Wire Centers Served by Known CLEC Fiber

▢ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Columbus, OH-MSA
43201
43212
43203
43215
43222
43205
43206
I 670
I 71/I 670
I 70
I 71
Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known CLEC Fiber Routes
SBC Territory
Wire Centers Served by Known CLEC Fiber
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION
Columbus, OH-MSA
Downtown Columbus
Customers Served Using Special Access
CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known CLEC Fiber Routes
SBC Territory
Wire Centers Served by Known CLEC Fiber
Non-SBC Territory
ZipCode Boundaries
43203
43215
43205
E Sycamore St
N High St
Sturbridge Ct
Ealy Ct
Earhart Ave
W Beechwold Blvd
E Oakland Ave
E Livingston Ave
E Main St
N Remington Rd
Oakwind Dr
E Fulton St
E Plum St
E Gay St
W Clearview Ave
Earman Dr
Sanbrooke Rd
Scenic Club Dr
Bryden Rd
East Fwy
Westmoor Pl
E Winter St
W Gay St
Sandy Ct
Integrity Dr N
Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings, Known CLEC Lit Buildings, and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**

# Dallas-Ft.Worth, TX-PMSA



*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)







REDACTED - FOR PUBLIC INSPECTION

# Dallas, TX-MSA

Exhibit 6(d)(1)

# Dallas, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

75204

75202

75207

75201

**Downtown Dallas**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC
Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit 6(g)(f)

Ross Ave
Munger Ave
N Field St
San Jacinto St
N Pearl St
Olive St
N Ervay St
N Harwood St
N St Paul St
Live Oak St
N Lamar St
Pacific Ave
N Field St
N Akard St
N Central Expy
Ross Ave
N St Paul St
N Harwood St
Elm St
Main St
Commerce St
N Houston St
N Market St
Jackson St
Wood St
Young St





**Ft. Worth, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

76106

76107

76102

E Weatherford St
E 1st St
E 2nd St
E 3rd St
St Spur 280
US Hwy 377
W Weatherford St
Jones St
W 3rd St
Calhoun St
Commerce St
E 9th St
Taylor St
Throckmorton St
Houston St
Lamar St
Burnett St
E 9th St
W 10th St
Texas St
W 13th St

**Downtown Ft. Worth**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

▲ Customers of CLECs Served Using
   SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▭ SBC Territory

▭ Wire Centers w/Known CLEC Lit Buildings

▭ Non-SBC Territory

▭ ZipCode Boundaries

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA



*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

▲ Customers of CLECs Served Using
    SBC Special Access

■ Known CLEC Lit Buildings

  SBC Territory

  Wire Centers with Known CLEC Lit Buildings

  Non-SBC Territory

  MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)