

Milwaukee, WI-MSA

REDACTED FOR PUBLIC INSPECTION

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Milwaukee, WI-MSA
Downtown Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(T)
E Knapp St
State Hwy 145
N Broadway St
N Water St
N Van Buren St
N Cass St
N Marshall St
State Hwy 32
N 3rd St
W State St
E Kilbourn Ave
N 6th St
State Hwy 32
N Prospect Ave
E Wells St
N Jefferson St
W Wells St
E Mason St
W Wisconsin Ave
E Wisconsin Ave
W Michigan St
US Hwy 18
N Lincoln Memorial Dr
W Clybourn St
I-794
N 6th St
N Plankinton Ave
N Broadway St
N Milwaukee St

REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Alternate Fiber Routes**

— Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

⦿ COs with Known CLEC Fiber-based Collocation
— Available Transport Link
▢ SBC Territory
▢ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▢ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Oklahoma City, OK-MSA**

I 35/I 44

I 40

I 44

I 35

**Metropolitan Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

▬▬▬ Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Oklahoma City, OK-MSA
NW 10th St
NW 10th St
Harrison Ave
US Hwy 77
N Lee Ave
N Walker Ave
N Hudson Ave
N Harvey Ave
N Robinson Ave
N Oklahoma Ave
NE 3rd St
NW 2nd St
NE 2nd St
Couch Dr
Colcord Dr
Santa Fe Plz
W Main St
E Main St
E Sheridan Ave
W California Ave
W Reno Ave
S Robinson Ave
Downtown Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

# Sacramento, CA-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Sacramento, CA-MSA

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Sacramento, CA-MSA
State Hwy 99 N
5th St
7th St
8th St
9th St
10th St
11th St
State Hwy 160
13th St
14th St
State Hwy 160
C St
F St
G St
H St
I St
J ST
J ST
K St
15th St
8th St
Capitol Ave
N St
O St
P St
Downtown Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Alternate Fiber Routes**

| | |
|---|---|
| ▬▬▬ | Known Alternate Fiber |
| ▤▤▤ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| ▨ | SBC Territory |
| ▨ | Wire Centers w/Known CLEC Lit Buildings |
| ▢ | Non-SBC Territory |
| ▭ | MSA Boundary |

**Exhibit 6(d)(1)**

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▭ SBC Territory
- ▭ Wire Centers w/Known CLEC Lit Buildings
- ▭ Non-SBC Territory
- ▬ MSA Boundary

Exhibit 6(d)(1)



# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

78215

78202

78205

I 35

I 10

I 37

I 10/I 35

**Metropolitan San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

Customers of CLECs Served

Exhibit 6(d)(1)



# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

78205

**Downtown San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

☐ SBC Territory

Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit B(b)(7)

Street labels: N Main Ave, N Augusta St, Navarro St, Lexington Ave, Avenue B, Broadway St, N Alamo St, Gonzales, E Martin St, Jefferson St, N St Marys St, E Travis St, 3rd St, 4th St, E Houston St, E Commerce, N Presa St

# San Antonio, TX-MSA



**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit  Buildings

☐ Non-SBC Territory

━ MSA Boundary

Exhibit 6(d)(1)



**San Diego, CA-MSA**

Exhibit 6(d)(1)

**Alternate Fiber Routes**

—— Known Alternate Fiber

▬▬ 80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
San Diego, CA-MSA
California St
San Diego Fwy
1st Ave
3rd Ave
4th Ave
W Cedar St
Beech St
Kettner Blvd
India St
Ash St
A St
Pacific Hwy
C St
Broadway
E St
State St
F St
F St
G St
6th Ave
7th Ave
8th Ave
9th Ave
Market St
Market St
Island Ave
J St
W Harbor Dr
Exhibit 6(d)(1)
Downtown San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary





# St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
St. Louis, IL-MO-MSA
Lucas Ave
Washington Ave
Locust St
Pine St
Olive St
Chestnut St
Market St
N 16th St
N 15th St
N 11th St
N 9th St
N 6th St
N Broadway
Washington Ave
N Memorial Dr
I 64 W
E 21st St
S 14th St
S Broadway
S 4th St
Chouteau Ave
Park Ave
US Hwy 40
Downtown St. Louis
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)