Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 27 of 94

1   is, in fact, zero.  Market experience (including the bankruptcy of Winstar) has
2   demonstrated that such fixed wireless services are not functional substitutes for fiber
3   optic facilities for mission-critical enterprise applications, due to their susceptibility to
4   atmospheric interference, other types of service interruptions, and security concerns.[35]
5   To estimate IDT's fiber, Verizon uses the figure of 10,000 "route miles" it obtained
6   from the *2002 CLEC Report*, whereas in the *2003 CLEC Report*, NPRG had reduced
7   that figure to 5,000,[36] and had reported it as "n/a" in the *2004 CLEC Report*.
8   Apparently, Verizon interpreted "n/a" in the 2004 NPRG document as being less
9   reliable than the 10,000 figure from the 2002 document, a figure that NPRG had itself
10  obviously believed to be questionable.  According to IDT's most recent 10-Q report, it
11  *still* doesn't own any fiber.[37]  Therefore, it would appear that the correct figure for IDT
12  fiber route miles is zero, not n/a, and certainly not the 10,000 miles that Verizon
13  suggests.
14

---

34. (...continued)
its customers, and apparently continues to operate those WinStar assets in only three of the 22 cities in which Winstar had, prior to its April 18, 2001 bankruptcy, provided service.

35. Fixed wireless technology has not proven to afford adequate reliability and security, and is not receiving very much attention in the marketplace.  See discussion at paras. 108-112, *infra*.

36. New Paradigm Research Group, *CLEC Report 2003*, Chapter 6 at Winstar Communications, p. 1.

37. IDT Corp., First Quarter 2004 10Q Report filed with the US Securities and Exchange Commission, June 14, 2004, at 24.



Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 28 of 94

1    *Cablevision Lightpath*

2    Verizon reports that Cablevision Lightpath has 7,000 route miles of fiber[38] – when in
3    fact two separate sources, including Cablevision's own website, report that the company
4    has only 2,700 fiber route miles.[39]
5

6    *Buckeye Telesystem*

7    Verizon reports that Buckeye Telesystem has 900 "on-net" buildings, but cites a third-
8    party analyst report that actually does not specify these connections as "on-net."[40]
9    Buckeye's website does not specify the number of buildings.
10

11   40.  In some cases, Verizon's data appears to be totally wrong.  For example, Attachment 8

12   to the *Verizon July 2, 2004 ex parte* identifies a number of MSAs in which Pac-West Telecomm,

13   Inc. (Pac-West) is being claimed to have constructed its own fiber optic networks.  According to

14   Verizon, Pac-West has fiber in fourteen MSAs:  Los Angeles-Long Beach-Santa Ana, California;

15   San Francisco-Oakland-Fremont, California; Riverside-San Bernardino-Ontario, California;

16   Phoenix-Mesa-Scottsdale, Arizona; Seattle-Tacoma-Bellevue, Washington; San Diego-Carlsbad-

17   San Marcos, California; Denver-Aurora, Colorado; Sacramento-Arden-Arcade-Roseville,

---

38. *Verizon July 2, 2004 ex parte*, at Attachment 9, citing Kevin Curran, vice president, Product Management and Marketing, presentation, *Metro Networks: Rising to the Data Challenge*, http://www.lightpath.net/technology/presentations/index.html.

39. Lightpath, "For the Press: Lightpath's Network Advantage" Webpage, available at http://www.lightpath.net/Interior188.html (accessed September 30, 2004); Kuhl, Craig, "Getting Down to Business: Looking for Big Money, Cable is...," *Communications, Engineering & Design*, November 2003, available at: http://www.cedmagazine.com/ced/2003/1103/11a.htm (accessed September 30, 2004).

40. *Verizon July 2, 2004 ex parte*, Source Appendix, at 2, citing http://www.cedmagazine.com/ced/2003/1103/11a.htm.



Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 29 of 94

1 California; San Jose-Sunnyvale-Santa Clara, California; Las Vegas-Paradise, Nevada; Fresno,

2 California; Bakersfield, California; Stockton, California; and Salinas, California. However, in an

3 *ex parte* letter from Pac-West filed with the Commission on September 7, 2004 in CC Docket

4 No. 01-338 *et al*, Pac-West states that "[t]he information being proffered by Verizon as it

5 pertains to Pac-West Telecomm is wrong. In fact, *Pac-West owns no fiber. Pac-West serves all*

6 *customers via facilities obtained from other carriers, with much of that being obtained from the*

7 *ILECs.*"[41] A copy of Pac-West's *ex parte* letter is provided herewith as Attachment 2.

8

9     41. The combined effect of reversing four specific overstatements of buildings being served

10 by CLEC-owned fiber – KMC, McLeod, TelCove and IDT – is to revise Verizon's 48,350

11 figure downward by 41%, to only 28,450 (see Table 1 below). However, even that number is an

12 overstatement of the actual number of buildings being served by CLEC fiber, given, for example

13 that Verizon's figure for Cox is based upon an entirely undocumented estimate.

---

    41. *Ex Parte* Submission of Pac-West Telecomm, Inc. in CC Docket No. 01-338, filed September 7, 2004 ("*Pac-West September 7, 2004 ex parte*"), at 2, emphasis supplied.

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 30 of 94

| | Markets | | Original Verizon Figures | | Corrected Figures | |
|---|---|---|---|---|---|---|
| **Table 1** **Analysis of Verizon Data regarding CLEC Fiber Networks** | | | | | | |
| | Cities | States | Route Miles of Fiber | On-Net Buildings | Route Miles of Fiber | On-Net Buildings |
| AT&T | 84 | 35 | 20,600 | 6,400 | 20,600 | 6,400 |
| Buckeye | n/a | 2 | 250 | 900 | 250 | 900** |
| Cablevision Lightpath | n/a | 3 | 7,000 | 1,620 | **2,700** | 1,620 |
| Cavalier | 16 | 5, DC | 2,000* | n/a | 2,000* | n/a |
| ChoiceOne | 37 | 12 | 1,429 | n/a | 1,429 | n/a |
| Cinergy | n/a | n/a | 1,000* | n/a | 1,000* | n/a |
| Comcast Business | n/a | n/a | 1,600* | 265 | 1,600* | 265 |
| Cox Communications | 20 | n/a | 9,500* | 6,600* | 9,500* | 6,600* |
| Grande Communications | 6 | 1 | 3,100 | n/a | 3,100 | n/a |
| ICG Communications | 24 | 5 | 2,166 | 913 | 2,166 | 913 |
| IDT Solutions | 2 | 1, DC | 10,000 | 3,500 | **0** | **0** |
| Integra Telecom | n/a | 5 | 85* | n/a | 85 | n/a |
| ITC^DeltaCom | 22 | 7 | 14,488 | n/a | 14,488 | n/a |
| KMC Telecom | 35 | n/a | 2,400 | 15,600 | 2,400 | **1,700** |
| Level 3 | 27 | n/a | 4,000 | 550 | 4,000 | 550 |
| MCI | 60 | 35, DC | 9,000 | n/a | 9,000 | n/a |
| McLeodUSA | 108 | 25 | 5,000 | 1,500 | 5,000 | **0** |
| NewSouth | n/a | 9 | n/a | n/a | n/a | n/a |
| NTS Communications | 7 | 1 | 7,000* | 50* | 7000* | 50* |
| Qwest | 27 | 14, DC | 1,800 | 250 | 1,800 | 250 |
| SIGECOM | 2 | 1 | 880 | n/a | 880 | n/a |
| TelCove | 35 | n/a | 19,186* | 3,500 | 19,186* | **2,500** |
| Time Warner Telecom | 44 | n/a | 11,345 | 3,854 | 11,345 | 3,854 |
| XO | 50 | n/a | 23,700 | 2,374 | 23,700 | 2,374 |
| Xpedious | 52 | 24, DC | 3,500 | n/a | 3,500 | n/a |
| Yipes | 10 | n/a | 21,000 | 474 | 21,000 | 474** |
| | | Total | 182,029 | 48,350 | 167,729 | 28,450 |

Notes:   Bolded numbers represent updated figures.
   * Indicates that the figures are "NPRG Estimates."
   ** Indicates that the on-net figure may represent on-net and off-net buildings.

Source:   Where the numbers do not differ from Original Verizon Figures, see Verizon White Paper at Attachment 9.  Where the numbers do differ (identified by bold typeface) see Attachment 3 for sources.

1   42.   Verizon's analysis relies heavily upon "estimates" obtained from the *CLEC Report*

2   *2004*" published by the New Paradigm Research Group (NPRG).  NPRG describes the data that



Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 31 of 94

1   it reports as being based upon "direct input ... [from] NPRG inquiries"[42] but also adds that "when

2   a company has chosen not to provide information or respond directly to NPRG's inquiries,

3   NPRG has provided estimates based on [NPRG's] expert opinions and knowledge developed

4   since [it] began coverage of this industry."[43]  For these "estimates," however, NPRG provides no

5   specific documentation or sources either for its methodology or for much of its data and, as noted

6   with respect to at least one CLEC – Pac-West – NPRG's information is decidedly incorrect.

7   Verizon relies upon NPRG specifically for its estimates of "Route Miles of Fiber" for Cavalier,

8   Cinergy, Comcast Business, Cox Communications, IDT Solutions, Integra Telecom, NTS

9   Communications, and TelCove (formerly Adephia Business Solutions).  Most importantly,

10  however, Verizon relies upon NPRG estimates for "On-Net Buildings" for Cox Communications

11  and NTS Communications.  No Cox or independent source for NPRG's "estimate" of 6,600 Cox

12  on-net buildings has been identified, yet Verizon has accepted this figure as fact.

13

14       43.  For the most part, the various NPRG-sourced inputs to Verizon's "analysis" cannot be

15  independently verified and, as Pac-West has admonished in its September 7, 2004 *ex parte* filing,

16  "[i]n view of the clearly erroneous information submitted by Verizon with respect to Pac-West

17  Telecomm, the information being submitted with respect to other CLECs' deployment of fiber

---

42. New Paradigm Research Group, *CLEC Report 2004*, Table of Contents, at 4.

43. *Id.*



Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 32 of 94

1   networks must be independently verified before if may be accepted as fact and relied upon by the

2   Commission."[44]

3

4       44.  In any event, whether the correct number of "lit" buildings is 48,000, 28,000 or less, that

5   still leaves roughly *three million commercial premises nationwide* at which, even by Verizon's

6   own reckoning, *no CLEC-owned facilities are available*, and where the only means by which a

7   CLEC can provide service is through the use of ILEC-owned facilities.

8

9       45.  My determination that the RBOCs have overstated and exaggerated even the extremely

10  limited amount of CLEC self-provisioned loop and transport facilities is confirmed and

11  corroborated by evidence submitted on October 4, 2004 by Comptel *et al* in an *ex parte* filing in

12  this docket, transmitting a study recently completed by QSI Consulting, Inc. ("QSI").[45] The QSI

13  study evaluated state-specific loop and transport data filed by ILECs and CLECs in twelve state

14  TRO proceedings.[46] In its study, QSI had reviewed *public* data from these state proceedings,

15  including pre-filed testimony, responses to staff and other party discovery requests, and where

16  issued, state PUC orders in those proceedings. QSI reports that in those proceedings, as in the

---

44. *Pac-West September 7, 2004 ex parte*, at 2.

45. QSI Consulting, Inc., "Analysis of State Specific Loop and Transport Data, October, 2003, *Ex parte* letter from CompTel/Ascent *et al.* to Marlene Dortch, FCC, dated October 4, 2004, CC Docket No. 04-313 ("*QSI Report*").

46. QSI examined data from Michigan, Ohio, Wisconsin, Illinois, Indiana, Missouri, Oklahoma, Texas, Florida, Tennessee, Georgia, Washington, New York and California. Loop data was not available for New York and Washington.


ECONOMICS AND TECHNOLOGY, INC.

Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 33 of 94

*RBOC ex parte* submissions filed with the Commission in July and August 2004, the RBOCs had exaggerated the extent of CLEC-provisioned fiber overall, in part due to the RBOCs' reliance upon the very same third-party sources that formed the basis for their evidence filed with this Commission, such as the so-called GeoResults database. QSI determined that the GeoResults database consistently *overstated* the extent to which CLEC-provisioned loop and transport facilities actually existed in the market. With respect to the ILEC trigger filings, QSI noted that:

> In many states, the ILECs attempted to add to the identified building locations by using a third party database called GeoResults, which proved to be highly inaccurate based upon the sworn information provided by the CLECs themselves. GeoResults relied upon identifying equipment owned by CLECs and other parties that may be connected to fiber optic equipment, but it provided no actual validation as to whether there were any CLEC-owned facilities actually going into any building. This practice caused the ILECs to count buildings in which CLEC equipment may have been present but for which there was no evidence that the CLEC actually owned or operated loop facilities.[47]

Indeed, QSI noted, at footnote 10, that "SBC [had] eliminated the buildings for which it relied upon GeoResults in Michigan, which significantly reduced the total number of buildings SBC proposed that met the self-provisioning trigger" and also (at footnote 11) that "[i]n fact, often the equipment presented as "CLEC owned" was in fact owned by non-CLEC end user customers, such as banks and retail establishments."

46. QSI's findings relative to the self-provisioning and wholesale triggers for loop facilities corroborates my own conclusions that the RBOC figures are overstated. For the twelve states

---

47. *QSI Report*, at 9-10, footnotes omitted.

ETI ECONOMICS AND TECHNOLOGY, INC.

Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 34 of 94

1   that QSI had studied, QSI found that ILECs had consistently overstated the actual availability of

2   CLEC fiber – and by a substantial amount. QSI's results are summarized in Table 2 below:

3

| Table 2 QSI Consulting, Inc. Analysis of Claimed vs. Actual CLEC loop facilities | | |
|---|---|---|
| **Trigger** | **ILEC claim** | **QSI finding** |
| Self-provisioning, DS-3 | 954 | 130 |
| Dark Fiber | 954 | 0 |
| Wholesale DS-3 | 719 | 49 |
| Wholesale DS-1 | 724 | 36 |
| Source: QSI Consulting, Inc., "Analysis of State Specific Loop and Transport Data, October, 2004, at 11-16. | | |

15

16   ***The RBOCs' own evidence demonstrates CLECs' near-total dependence upon ILEC***
17   ***hicap loop facilities as the sole means of providing service to the vast majority of CLEC***
18   ***enterprise customers.***
19

20      47. The lack of CLEC-owned facilities and the extreme dependence of CLECs upon ILEC

21   high capacity loops is compellingly demonstrated by the maps and data submitted by the RBOCs

22   themselves. While identifying the presence of competitive facilities, all of the RBOC map

23   submissions also purport to show extensive use *by CLECs* of RBOC-provided special access

24   facilities. SBC, for example, has produced extremely detailed maps of the central business

25   districts of several major cities within its operating territory that confirm widespread use of SBC

ECONOMICS AND TECHNOLOGY, INC.

Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 35 of 94

1  special access services *even on streets where competing fiber optic facilities are portrayed as*
2  *being in place*. Figure 3 below reproduces SBC's map of the San Francisco financial district,
3  filed with its August 18, 2004 *ex parte*, in which more than 436 instances where SBC special
4  access services is being provided to customer locations along streets where competitive fiber is in
5  place.[48] In fact, an analysis of those SBC maps that separately identify CLEC "on-net" buildings
6  and SBC special access buildings underscores the pervasive use of SBC facilities even in markets
7  that SBC itself considers to be the most competitive of all. Table 3 below presents the results of
8  my analysis for several of the MSAs in SBC's footprint, which appear to be representative of all
9  of the MSAs for which maps have been provided:

| Table 3 | | | |
|---|---|---|---|
| **Most CLEC enterprise customers are being served using special access, even on streets where CLEC-owned fiber has been deployed** | | | |
| City | All locations | | SBC Spc. Access on streets with CLEC fiber |
| | SBC Spc. Access | CLEC fiber | |
| San Francisco (city wide) | 1160 | 71 | 658 |
| San Francisco (financial dist.) | 719 | 68 | 436 |
| Oakland | 181 | 18 | 111 |
| San Jose | 95 | 24 | 63 |
| Dallas | 124 | 27 | 109 |

---

48. *SBC August 18, 2004 ex parte*, at Attachment A.

ETI ECONOMICS AND TECHNOLOGY, INC.

Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 36 of 94



**Figure 3.** SBC map of Downtown San Francisco showing CLEC enterprise customers being served using Special Access and CLEC "lit" buildings.