Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 48 of 94



**Figure 7.** The actual presence of CLEC point-to-point transport capacity is in reality to be found in only a handful of routes. (Illustrative)

ECONOMICS AND TECHNOLOGY, INC.