

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

I 95

**Metropolitan Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)



# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers with Known CLEC Lit Buildings
  Non-SBC Territory
— MSA Boundary

Chicago, IL-MSA

**Available CLEC Transport Linkages**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Chicago, IL-MSA**

**Available CLEC Transport Linkages**

- ○ COs with Known CLEC Fiber-based Collocation
- — Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)







REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

## Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

**Exhibit 6(d)(1)**



# Cleveland, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

44103

44114

44113

44115

44102

**Metropolitan Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

  SBC Territory

  Wire Centers w/Known CLEC Lit Buildings

  Non-SBC Territory

— ZipCode Boundaries

Exhibit 6(h)



# Cleveland, OH-MSA

**Downtown Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries

Exhibit B(6)(f)





REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- Known CLEC Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers Served by Known CLEC Fiber
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber
- ▬▬ Available Transport Link
- ▮ SBC Territory
- ▮ Wire Centers Served by Known CLEC Fiber
- ▯ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

43201
43212
I 670
I 71/I 670
43203
43215
43222
43205
I 70
I 71
43206

**Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known CLEC Fiber Routes

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

━━ ZipCode Boundaries

Esri nt (c)(i)



Columbus, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

43203

43215

43205

E Sycamore St
N High St
Sturbridge Ct
Ealy Ct
Earhart Ave
W Beechwold Blvd
E Oakland Ave
E Livingston Ave
E Main St
N Remington Rd
Oakwind Dr
N Burton St
E Plum St
E Gay St
W Clearview Ave
Earman Dr
Sanbrooke Rd
Scenic Club Dr
Bryden Rd
East Fwy
Westmoor Pl
W Gay St
Sandy Ct
E Winter St
Integrity Dr N

**Downtown Columbus**
**Customers Served Using Special Access**
**CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

— ZipCode Boundaries

Exhibit BK(1)

43206



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access**

▲ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA



Dallas, TX-MSA

Ft.Worth, TX-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit  Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

**Exhibit 6(d)(1)**



# Dallas, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

75206
75219
75214
75204
75207
75246
75202
75223
75212
75226
75201
75210
75215

I 30

I 45

I 35 E

**Metropolitan Dallas
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
▬ Known Alternate Fiber Routes
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▭ ZipCode Boundaries

Exhibit 6(d)(1)



Dallas, TX-MSA

RETACTED - FOR PUBLIC INSPECTION

75219
75206
75207
75204
75246
75223
75212
75201
75202
75210
I 30
I 45
75215
I 35 E

Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
▢ SBC Territory
▢ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▢ ZipCode Boundaries

Exhibit 6(d)(1)



**Dallas, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

75204

75202

75207

75201

Ross Ave

N Pearl St

Olive St

N Harwood St

Live Oak St

San Jacinto St

Munger Ave

N Field St

N Ervay St

N St Paul St

N Central Expy

N Lamar St

N Akard St

N Field St

N St Paul St

N Harwood St

Ross Ave

Pacific Ave

Elm St

Main St

Commerce St

Jackson St

Wood St

Young St

N Houston St

N Market St

**Downtown Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC
   Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

  SBC Territory

  Wire Centers with Known CLEC Lit Buildings

  Non-SBC Territory

━━ ZipCode Boundaries

Exhibit 6(d)(F)



# Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

76106

76107

I 35 W

76111

76102

I 30

76104

I 30

**Metropolitan Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served by Using
SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries

Exhibit 6(d)(1)



Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**