

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Available CLEC Transport Linkages**

⬤   COs with Known CLEC Fiber-based Collocation

━━   Available Transport Link

▨   SBC Territory

▨   Wire Centers w/Known CLEC CLLI Buildings

▢   Non-SBC Territory

▭   MSA Boundary

Exhibit 6(d)(4)



REDACTED - FOR PUBLIC INSPECTION

# Detroit, MI-MSA

I 94

I 96

I 75

**Metropolitan Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(i)



REDACTED - FOR PUBLIC INSPECTION
Detroit, MI-MSA
Henry St
I 75 S
E Adams St
State Hwy 1
State Hwy 3
Rivard St
St Antoine St
I 75 N
Cass Ave
2nd Blvd
John R St
E Lafayette Blvd
Gratiot Ave
E Congress St
US Hwy 12
Griswold St
1st St
3rd Ave
E Jefferson Ave
6th St
W Congress St
W Jefferson Ave
Downtown Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)



# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(b)(1)



# Kansas City, KS-MO-MSA

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▢ MSA Boundary

Exhibit 6(d)(1)



# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

I 29/I 35

I 70

I 670

I 35

**Metropolitan Kansas City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings
**Exhibit 6(d)(1)**

Non-SBC Territory

MSA Boundary





REDACTED - FOR PUBLIC INSPECTION

# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Houston, TX-MSA**

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers with CLEC Lit Buildings

Non-SBC Territory

MSA Boundary



**Houston, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

Exhibit 6(d)(1)

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary



**Houston, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

I 10

I-10/I 45

77007

77019

77010

77002

77003

77006

I 45

77004

**Metropolitan Houston**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

▬▬ Known Alternate Fiber Routes

▬ SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

▬▬ ZipCode Boundaries

Exhibit 6 0(h)





REDACTED - FOR PUBLIC INSPECTION

# Houston, TX-MSA

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▬ MSA Boundary

Exhibit 6(d)(1)



# Indianapolis, IN-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Indianapolis, IN-MSA

REDACTED

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber-based Collocation

▬ Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(4)



REDACTED - FOR PUBLIC INSPECTION

I 65

I 70

**Metropolitan Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■    Known CLEC Lit Buildings

—    Known Alternate Fiber Routes

    SBC Territory

    Wire Centers w/Known CLEC Lit Buildings

**Exhibit 6(d)(1)**

    Non-SBC Territory

☐    MSA Boundary



# Indianapolis, IN-MSA

REDACTED - FOR PUBLIC INSPECTION

W 9th St
W Saint Clair St
Fort Wayne Ave
N Capitol Ave
N Illinois St
N Delaware St
N East St
N College Ave
E North St
E Michigan St
Massachusetts Ave
N West St
E Vermont St
W Ohio St
N Pennsylvania St
E New York St
E Miami St
N Delaware St
N New Jersey St
I 70 W
US Hwy 40
E Washington St
W Maryland St
Virginia Ave
S College Ave
State Hwy 67
S Delaware St
E Louisiana St
S Illinois St
E South St

**Downtown Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(d)(1)

E Mccarty St



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County, MSA*

Exhibit 6(d)(1)

**Alternate Fiber Routes**

| | |
|---|---|
| ▬▬▬ | Known Alternate Fiber |
| ▤▤▤ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| ▨ | SBC Territory |
| ▨ | Wire Centers w/Known CLEC Lit Buildings |
| ▢ | Non-SBC Territory |
| ▭ | MSA Boundary |



**REDACTED - FOR PUBLIC INSPECTION**

# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County , MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



Los Angeles-Long Beach, CA-MSA
REDACTED - FOR PUBLIC INSPECTION
Metropolitan Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)
HWY 101
HWY 110
I5
I 10
91522
91604
91608
90068
90027
91204
91205
90041
91105
91101
91106
91108
90039
90065
90042
91030
90046
90028
90069
90038
90029
91801
91776
90032
90031
90004
91803
90048
90036
90020
90057
90211
90212
90005
90035
90019
90017
90006
90013
90033
91754
91755
90063
90015
90034
90016
90018
90007
90022
90232
90023
90011
90008
90062
90037
90058
90230
90056
90270
90043
90255
90302
90001
90003
90301
90305
90045
90047
90044
90002



**Los Angeles-Long Beach, CA-MSA**

REDACTED - FOR PUBLIC INSPECTION

90017

90071

90014

S Figueroa St

S Flower St

W 3rd St

W 4th St

W 5th St

S Broadway

S Spring St

Harbor Fwy

Wilshire Blvd

W 6th St

W 7th St

S Hope St

S Grand Ave

W 8th St

S Olive St

W 9th St

W Olympic Blvd

**Downtown Los Angeles**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

▲ Customers of CLECs Served
   Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

☐ SBC Territory

Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit B(9)(f)



**Orange County, CA-MSA**

**Metropolitan Orange County
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

—— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

—— ZipCode Boundaries

REDACTED - FOR PUBLIC INSPECTION

Exhibit 6 (4)(1)

92844
92843
92703
92701
92782
92602
92780
92704
92708
92707
92620
92606
92604
92626
92614
92618
92646
92612
92697
92660
92603
HWY 55
I-405



# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92704
92707
92606
92604
92626
92627
92612
92697
92660

W Macarthur Blvd
S Main St
S Bristol St
Macarthur Blvd
Red Hill Ave
Barranca Pkwy
Armstrong Ave
Alton Pkwy
Mcgaw Ave
Jamboree
Main St
Harvard Ave
I 405 S
Paularino Ave
Baker St
State Hwy 55 N S
Michelson Dr
Campus Dr
Dupont Dr

**Downtown Irvine**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries

Exhibit B(9)(f)



REDACTED - FOR PUBLIC INSPECTION

# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)



**Milwaukee, WI-MSA**

*Lake Michigan*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6 (9/17)



REDACTED - FOR PUBLIC INSPECTION

**Milwaukee, WI-MSA**

*Lake Michigan*

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ━ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)4