

Milwaukee, WI-MSA

REDACTED FOR PUBLIC INSPECTION

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Milwaukee, WI-MSA
Downtown Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(T)
E Knapp St
State Hwy 145
N Broadway St
N Water St
N Van Buren St
N Cass St
N Marshall St
State Hwy 32
W State St
N 3rd St
E Kilbourn Ave
N 6th St
State Hwy 32
N Prospect Ave
N Jefferson St
E Wells St
W Wells St
E Mason St
W Wisconsin Ave
E Wisconsin Ave
US Hwy 18
W Michigan St
N Lincoln Memorial Dr
W Clybourn St
I 794
N Plankinton Ave
N 6th St
N Broadway St
N Milwaukee St



# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

NW 10th St
NW 10th St

Harrison Ave

US Hwy 77

N Lee Ave
N Walker Ave
N Hudson Ave
N Harvey Ave
N Robinson Ave
N Oklahoma Ave

NE 3rd St
NE 2nd St

NW 2nd St
Couch Dr
Colcord Dr
W Main St

Santa Fe Plz
E Main St

E Sheridan Ave

W California Ave
W Reno Ave

S Robinson Ave

**Downtown Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
▢ SBC Territory
▢ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▢ MSA Boundary

Exhibit 6(d)(1)



# Sacramento, CA-MSA

**Alternate Fiber Routes**

— Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED FOR PUBLIC INSPECTION

# Sacramento, CA-MSA

## Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Sacramento, CA-MSA

**Downtown Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Alternate Fiber Routes**

—— Known Alternate Fiber

▤ 80 Percent of Special Access Demand
For DS1 & DS3 Services

▦ SBC Territory

▦ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ MSA Boundary

**Exhibit 6(d)(1)**

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown San Antonio**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

━━━ ZipCode Boundaries

Exhibit B(i)(f)

San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

- Customers of CLECs Served Using SBC Special Access
- Known CLEC Lit Buildings
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**San Diego, CA-MSA**

Exhibit 6(d)(1)

**Alternate Fiber Routes**

— Known Alternate Fiber

▬ 80 Percent of Special Access Demand
   For DS1 & DS3 Services

   SBC Territory

   Wire Centers w/Known CLEC Lit Buildings

   Non-SBC Territory

— MSA Boundary





San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Metropolitan San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

I 5

HWY 163

HWY 94

HWY 75

Exhibit 6(d)(1)







# St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



