**Attachment 4**

**Verizon June 2004 *ex parte* submission
in FCC *Triennial Review* proceeding, WC Docket No. 01-338
containing maps of CLEC fiber routes
in principal MSAs within Verizon region**



Before the
Federal Communications Commission
Washington, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Review of the Section 251 Unbundling | ) | |
| Obligations of Incumbent Local Exchange | ) | CC Docket No. 01-338 |
| Carriers | ) | |
| | ) | |
| Implementation of the Local Competition | ) | |
| Provisions of the Telecommunications Act of | ) | CC Docket No. 96-98 |
| Act | ) | |
| | ) | |
| Deployment of Wireline Services Offering | ) | CC Docket No. 98-147 |
| Advanced Telecommunications Capability | ) | |
| | ) | |

**EX PARTE**

**Competing Providers Are Successfully Providing High-Capacity Services
To Customers Without Using Unbundled Elements**

Michael E. Glover
Edward Shakin
Sherry A. Ingram
VERIZON
1515 North Court House Road
Suite 500
Arlington, Virginia 22201
(703) 351-3065
(703) 351-3658 (fax)

June 2004

**Competing Providers Are Successfully Providing High-Capacity Services
To Customers Without Using Unbundled Elements**

During the course of the Triennial Review proceeding, Verizon and others submitted voluminous evidence demonstrating that competing providers were successfully providing high-capacity services using a combination of their own or other alternative facilities and special access services purchased from incumbent LECs.

- With respect to the availability of competitive facilities, the evidence showed that competing providers had deployed an average of more than 15 networks in each of the top 50 MSAs.

- Verizon submitted voluminous evidence demonstrating that competitors were using special access circuits purchased from Verizon to provide high-capacity services to customers of all shapes and sizes.

Today, there is even more evidence of competition in the provision of high-capacity services than there was at the time of the Triennial Review, both as a general matter, and with respect to the particular markets served by Verizon.

- The following outline and accompanying maps demonstrate that, in each of the Top 20 MSAs in Verizon's serving area where high capacity demand is most heavily concentrated, competing providers are using a combination of competitive facilities and special access services purchased from Verizon to provide high-capacity services throughout these MSAs.

- This evidence shows that, in each of these 20 MSAs, competing providers have deployed extensive fiber networks that connect to hundreds of buildings, with the heaviest concentration in the areas and buildings where there is the most significant demand for high-capacity services.

- The evidence also demonstrates that competing providers are using special access services to extend the reach of their fiber networks to serve areas where there is high-capacity demand throughout each of these 20 MSAs, and to serve customers ranging from florists, gas stations, hair dressers and travel agents to large enterprises.

- This evidence is summarized in the maps in Attachment 5.









