

# Dallas-Fort Worth-Arlington, TX

COs Served by Known CLEC Fiber,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access

▲ Customers of 6 Select CLECs
Served Using Verizon Special Access

■ Known CLEC Lit Building
Overlaid on Special Access Data

Within MSA Boundary:
Verizon Service Territory
COs Served by Known CLEC Fiber

Non-Verizon Service Territory



Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings

■ Known CLEC Lit Building

— Known CLEC Fiber Route

Within MSA Boundary:

Verizon Service Territory
Verizon COs Served by Known CLEC Fiber
Non-Verizon COs Served by Known CLEC Fiber
Non-Verizon Service Territory



Downtown Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings Overlayed on
Top of Special Access Data

▲ Customers of 6 Select CLECs
Served Using Verizon Special Access

— Known CLEC Fiber Route

■ Known CLEC Lit Buildings

Within MSA Boundary:

☐ Verizon Service Territory
☐ Verizon COs Served by Known CLEC Fiber
☐ Non-Verizon COs Served by Known CLEC Fiber

☐ Non-Verizon Service Territory



Metropolitan Dallas
Customers of 6 Select CLECs
Served Using Verizon Special Access

▲ Customers of 6 Select CLECs
Served Using Verizon Special Access

— Known CLEC Fiber Route

Within MSA Boundary:

Verizon Service Territory
COs Served by Known CLEC Fiber

Non-Verizon Service Territory



# Seattle-Tacoma-Bellevue, WA

Washington

COs Served by Known CLEC Fiber,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access

▲   Customers of 6 Select CLECs
Served Using Verizon Special Access

■   Known CLEC Lit Building
Overlaid on Special Access Data

Within MSA Boundary:
    Verizon Service Territory
    Verizon COs Served by Known CLEC Fiber
    Non-Verizon COs Served by Known CLEC Fiber
    Non-Verizon Service Territory



Metropolitan Seattle
Known CLEC Fiber and Known
CLEC Lit Buildings

■ Known CLEC Lit Building

— Known CLEC Fiber Route

Within MSA Boundary:
Verizon Service Territory
Verizon COs Served by Known CLEC Fiber
Non-Verizon COs Served by Known CLEC Fiber  (
Non-Verizon Service Territory