

# Providence-New Bedford-Fall River, RI-MA

Massachusetts

Connecticut

Rhode Island

**COs Served by Known CLEC Fiber, Known CLEC Lit Buildings, and CLEC Customers Served Using Special Access**

▲ Customers of 5 Select CLECs Served Using Verizon Special Access

■ Known CLEC Lit Building Overlaid on Special Access Data

Within MSA Boundary:

▢ Verizon Service Territory

▢ Verizon COs Served by Known CLEC Fiber

▢ Non-Verizon Service Territory



Metropolitan Providence
Known CLEC Fiber and Known
CLEC Lit Buildings

■ Known CLEC Lit Building

—— Known CLEC Fiber Route

Within MSA Boundary:

Verizon Service Territory
Verizon COs Served by Known CLEC Fiber

Non-Verizon Service Territory



Downtown Providence
Known CLEC Fiber and Known
CLEC Lit Buildings Overlayed on
Top of Special Access Data

▲ Customers of 5 Select CLECs
   Served Using Verizon Special Access

── Known CLEC Fiber Route

■ Known CLEC Lit Buildings

Within MSA Boundary:

▢ Verizon COs Served by Known CLEC Fiber

▢ Non-Verizon Service Territory



Metropolitan Providence
Customers of 5 Select CLECs
Served Using Verizon Special Access

▲    Customers of 5 Select CLECs
      Served Using Verizon Special Access

——    Known CLEC Fiber Route

Within MSA Boundary:
      Verizon Service Territory
      Verizon COs Served by Known CLEC Fiber

      Non-Verizon Service Territory