# EXHIBIT 2

**List of recent cases in which**

**Nicholas Economides has testified**

**LIST OF CASES WITH EXPERT TESTIMONY AND/OR DEPOSITIONS AND/ON TRIAL TESTIMONY BY NICHOLAS ECONOMIDES IN FOUR YEARS PRIOR TO 9/1/2006**

| | |
|---|---|
| 2001-2002 | Judicial Review, eircom p.l.c. v. The Director of Telecommunications Regulation, Republic of Ireland, 2001, No. 539JR, for the Director of Telecommunications Regulation. Expert report. |
| 2001-2002 | VTech v. Lucent. Expert report on the valuation of Lucent Consumer Products business. |
| 2002 | David Peck v. AT&T Wireless. Expert report on valuation of class action settlement. |
| 2002 | United States v. Microsoft. Amicus Brief on the Revised Proposed Final Judgment. |
| 2002-3 | MobileCom bankruptcy proceeding. Damages and competition issues testimony. |
| 2003-4 | California Public Utilities Commission: 95-04-043, 95-04-044, TRO issues; On Behalf of AT&T. Direct and Reply Testimonies and Oral Testimony at CPUC hearing. |
| 2003-4 | Public Utility Commission of Texas: Docket no. 28607, Impairment Analysis of Local Circuit Switching for the Mass Market; On Behalf of AT&T. Opening and Rebuttal Testimonies, Deposition, and Oral Testimony at PUCT hearing. |
| 2004-6 | Wireless Telephone Services Antitrust Litigation, 02 Civ. 2637 (DLC), Expert Reports and Deposition. |
| 2004-6 | Spartanburg Regional Healthcare System vs. Hillenbrand Industries, Inc., Hill-Rom, Inc., and Hill-Rom Company, Inc. Expert Reports and Depositions. |
| 2005-6 | Wireless Telephone Services Antitrust Litigation (Freeland), Expert Report and Deposition. |
| 2006 | Zill et al. v. Sprint, Expert Report and Deposition |

1