**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> SBC Communications, Inc. and AT&T Corp., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 1:05CV02102 (EGS) |
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Verizon Communications Inc. and MCI, Inc., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.: 1:05CV02103 (EGS) |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION
FOR MODIFICATION OF THE COURT'S MINUTE ORDER OF AUGUST 15, 2006**

Upon consideration of the United States' Motion for Modification of the Court's Minute Order of August 15, 2006, the motion is hereby **GRANTED.**

The deadline for the parties to reply to the Court's Minute Order of July 25, 2006, as modified by its Minute Order of August 15, 2006, is hereby extended until September 19, 2006.

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE