**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC COMMUNICATIONS, INC. and | ) | |
| AT&T CORP., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:05CV02103 (EGS) |
| VERIZON COMMUNICATIONS, INC. | ) | |
| and MCI, INC., | ) | |
| Defendants. | ) | |
| | ) | |

**SPRINT NEXTEL CORPORATION'S**
**NOTICE OF FILING**

Sprint Nextel Corporation hereby gives notice of filing of redacted versions of its

Response of Sprint Nextel Corporation to the United States' Submission in Response to

the Court's Minute Order of July 25, 2006 and attachments.

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| Sprint Nextel Corporation | Christopher J. Wright (DC Bar No. 367384) |
| 2001 Edmund Halley Drive | Timothy J. Simeone (DC Bar No. 453700) |
| Reston, VA 20191 | HARRIS, WILTSHIRE & GRANNIS LLP |
| | 1200 Eighteenth Street, N.W., 12th Floor |
| | Washington, D.C. 20036 |
| | (202) 730-1300 |
| | |
| September 7, 2006 | *Counsel for Sprint Nextel Corporation.* |