**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>)<br>Defendants, )<br>)<br>The Alliance for Competition in )<br>Telecommunications )<br>)<br>and )<br>)<br>COMPTEL, )<br>)<br>*Amicus-Curiae*. )<br>) | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Verizon Communications Inc. and )<br>MCI, Inc., )<br>)<br>Defendants, )<br>)<br>The Alliance for Competition in )<br>Telecommunications )<br>)<br>and )<br>)<br>COMPTEL, )<br>)<br>*Amicus-Curiae*. )<br>) | Civil Action No.: 1:05CV02103 (EGS) |

**NOTICE OF FILING ACTEL'S CORRECTED RESPONSE TO THE**
**UNITED STATES' SUBMISSION PURSUANT TO THE**
**COURT'S MINUTE ORDER OF JULY 25, 2006**

With this notice, the Alliance for Competition in Telecommunications ("ACTel") hereby gives notice of its filing under seal of its Corrected Response to the United States' Submission Pursuant to the Court's Minute Order of July 25, 2006 (the "Response").

After re-reviewing its response filed with the Court on September 5, 2006, Counsel identified several typographical errors that are now being corrected. There are no substantive changes to the filing. The corrections are listed below:

1.  Page 8: two lines above "D. Entry analysis," the cite to Majure Decl. at para. 12.

    Correction: Majure Decl. at para. 16.

2.  Page 11: Midway down the last complete paragraph on the page, the cite to Majure Decl. at para. 12.

    Correction: Majure Decl. at para. 16

3.  Page 16: Footnotes 18-21 cite to "Tab 6."

    Correction: Tab 9

4.  Page 31: End of the first complete paragraph quoted text.

    Correction: Quotation marks to be moved from after the word "mergers" to after the word "strategy." The quote is from a document designated as confidential and therefore cannot be quoted more fully in this notice.

5.  Page 31: Footnote 51

    Correction: Moved footnote 51 to page 30, 1st full paragraph after the words "Local Private Lines."

6.  Page 31: Footnote 52

    Correction: Moved footnote 52 to fifth line on page 31 after the words "Verizon's wholesale rates."

7.  Page 32: Footnote 54 cite to "N.42 *supra*"

    Correction: n. 41 *supra*.

8.  Page 32: Footnote 55 cite to "AT&T Delivers Strong Second Quarter Earnings," http://finanzen.net/news/nets_detail.asp?newsNR=416588 ("'[W]e plan to ramp up the share repurchase program we outline in March,'' Whitacre said.").

    Correction: "AT&T Delivers Strong Second Quarter Earnings," http://broadband.wordpress.com/2006/07/25/att-delivers-strong-second-quarter-earnings/ ( "'[W]e plan to ramp up the share repurchase program we outlined in March,' Whitacre said.").

A corrected version of ACTel's Response has been filed under seal and served on the parties.

Dated: September 11, 2006

                                        Respectfully submitted,

                                        _____/s_____

                                        Gary Reback (Bar No. 218594)
                                        Carr & Ferrell LLP
                                        2200 Geng Road
                                        Palo Alto, CA 94303
                                        650-812-3489 (phone)
                                        650-812-3444 (facsimile)
                                        greback@carrferrell.com

                                        Thomas Cohen (Bar No. 269332)
                                        Kelley Drye & Warren, LLP
                                        3050 K Street, N.W., Suite 400
                                        Washington, D.C. 20005
                                        (202) 342-8400 (phone)
                                        (202) 342-8451 (facsimile)
                                        tcohen@kelleydrye.com

                                        *Attorneys for the Alliance for
                                        Competition in Telecommunications*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2006, a true and correct copy of ACTel's Corrected Response to the United States' Submission Pursuant to the Court's Minute Order of July 25, 2006 was filed with the clerk's office and copies were sent by U.P.S. overnight to the following:

                                                _____/s/_____
                                                Gary L. Reback
                                                *Attorney for the Alliance for*
                                                *Competition in Telecommunications*

| | |
|---|---|
| *AT&T CORP* | *NEW JERSEY DIVISION OF THE RATEPAYER ADVOCATE* |
| **Wilma A. Lewis** | **Christopher J. White** |
| CROWELL & MORNING LLP | STATE OF NEW JERSEY |
| 1001 Pennsylvania Avenue, NW | Division of the Ratepayer Advocate |
| Washington, DC 20004-2595 | 31 Clinton Street |
| | 11th Floor |
| *COMPTEL* | Newark, NJ 07101 |
| **Kevin R. Sullivan** | |
| KING & SPAULDING | *SBC COMMUNICATIONS INC.* |
| 1730 Pennsylvania Avenue, NW | **William Randolph Smith** |
| Washington, DC 20006 | CROWELL & MORING, L.L.P. |
| | 1001 Pennsylvania Avenue, NW |
| *FEDERAL COMMUNICATIONS COMMISSION* | Washington, DC 20004-2595 |
| **James J. Schwartz** | *ELIOT SPITZER* |
| U.S. DEPARTMENT OF JUSTICE | *Attorney General of New York* |
| 20 Massachusetts Avenue, NW | **Jay L. Himes** |
| Washington, DC 20001 | NEW YORK DEPARTMENT OF LAW |
| | 120 Broadway |
| *NATIONAL ASSOCIATION OF STATE UTILITY ADVOCATES* | New York, NY 10271 |
| **Kathleen F. O'Reilly** | *SPRINT NEXTEL CORPORATION* |
| 414 A Street, SE | **Charles Thomas Kimmett, Jr.** |
| Washington, DC 20003 | HARRIS, WILTSHIRE & GRANNIS |
| | 1200 18th Street, NW` |
| | 12th Floor |
| | Washington, DC 20036 |

4

*TIME WARNER TELECOM INC.*
**Benjamin Wallace Jackson**
1875 K Street, NW
Washington, DC 20006

*UNITED STATES OF AMERICA*
**Claude F. Scott, Jr.**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
1401 H Street, NW
Suite 8000
Washington, DC 20530

*VERIZON COMMUNICATIONS INC.*
**Joseph S. Hall**
KELLOGG HUBER HANSEN TODD
& EVANS, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036