# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
|         Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
|         Defendants. | ) |
| United States of America, | ) |
|         Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
|         Defendants. | ) |

**UNITED STATES' NOTICE OF FILING ITS REPLY SUBMISSION UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order August 4, 2006, plaintiff United States is filing under seal its Reply Submission in Response to the Court's Minute Order of July 25, 2006. The Submission consists of a memorandum, the Reply Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and supporting materials.

                    Respectfully submitted,

                    _____/s/_____
                    Laury E. Bobbish
                    Assistant Chief

                    _____/s/_____
                    Claude F. Scott, Jr. (D.C. Bar No. 414906)
                    John M. Snyder (D.C. Bar No. 456921)
                    Jared A. Hughes

                    Trial Attorneys

                    Telecommunications & Media Section
                    Antitrust Division
                    U.S. Department of Justice
                    1401 H Street, N.W., Suite 8000
                    Washington, D.C. 20530
                    (202) 514-5621
                    Attorneys for the United States

Date: September 19, 2006