**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) Civil Action No. ) 1:05CV02102 (EGS) SBC Communications, Inc. and ) AT&T Corp., ) ) Defendants. ) | |
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) Civil Action No. ) 1:05CV02103 (EGS) Verizon Communications Inc. and ) MCI, Inc., ) ) Defendants. ) | |

**NOTICE OF VERIZON OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, Verizon is filing under seal declarations of customers who supported the Verizon/MCI merger. These declarations accompany Verizon's Reply to Comments Regarding the Department's Supplemental Submission, which is not confidential and is being filed today on the electronic case filing ("ECF") system.

        Respectfully submitted,

        /s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Mark L. Evans |
| Verizon Communications Inc. | Aaron M. Panner |
| 1515 N. Courthouse Road | Evan T. Leo |
| Arlington, Virginia 22201 | Kellogg, Huber, Hansen, Todd, |
| Telephone: (703) 351-3000 |   Evans & Figel, P.L.L.C. |
| Facsimile: (703) 351-3670 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

September 19, 2006

**REDACTED**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2006, I caused a copy of the foregoing Notice of Filing of Verizon Under Seal Pursuant to the Court's Order of August 4, 2006 to be served by overnight mail on the parties below:

| | |
|---|---|
| FOR THE UNITED STATES<br><br>Lawrence M. Frankel<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W.<br>Washington, D.C.  20530<br><br>Matthew C. Hammond<br>U.S. Department of Justice<br>1401 H Street, N.W.<br>Suite 8000<br>Washington, D.C. 20530 | |

_____
LaTanya T. Parker