**REDACTED FOR PUBLIC INSPECTION**

## ATTACHMENT: CRITIQUE OF DR. WILKIE'S ANALYSIS

### I. Summary of ACTel Data Analysis

**[REDACTED]**

The Department worked with this information to determine if the data would shed light on the markets being reviewed and possibly support an antitrust theory of harm.  [REDACTED]  the Division received Dr. Wilkie's studies as to **[REDACTED]**

.[1]  The Division analyzed his results.  We describe here several significant issues that led us to discount the data and Dr.Wilkie's studies.

### A. Review of the Pricing Data

**[REDACTED]**

[2]

_____

[1]  **[REDACTED]**

Dr. Wilkie had previously reported the results of his analysis.  Declaration of Dr. Simon J. Wilkie Submitted on Behalf of the Alliance for Competition in Communications (May 4, 2006) ("Wilkie ACTel Decl."), attached to ACTel's Motion for *Amicus Curiae* and Intervenor Status Pursuant to the Tunney Act (May 5, 2006).  **[REDACTED]**

[2]  **[REDACTED]**

1

**[REDACTED]**

The data, however, did not present the clear picture of AT&T as an aggressive competitor painted by Dr. Wilkie.

**[REDACTED]**

These facts are inconsistent with the proposition that the loss of AT&T as a bidder would have a significant impact on competition but were consistent with other evidence (party documents, sales data, and customer interviews) that demonstrated that AT&T did not have a large presence in the wholesale market.

**[REDACTED]**

Our review of the data also identified issues relating to its use for making predictions about the entire market for LPL. It can be misleading to use data to predict the future economic impact of a merger unless it reflects actual commercial transactions. Consequently, information obtained other than through the normal course of business should be used cautiously, if at all, in antitrust analysis. Likewise, to form a reliable basis for predicting the economic future, the number of transactions reflected in the data should be large enough to provide a fair representation of how competition occurs.[3] The data supplied by ACTel was deficient in both regards.

**[REDACTED]**

---

[3]

**[REDACTED]**

2

The data Dr. Wilkie addressed include approximately [REDACTED]  circuits – a very small subset of the hundreds of thousands of circuits that are sold annually.

**[REDACTED]**

The small sample coupled with the unusual circumstances under which the pricing was generated cast significant doubt on whether reliable predictions could be obtained from this data.

## B. Dr. Wilkie's Regressions Are Unreliable

The Division's review of Dr. Wilkie's results demonstrated that they are not reliable. Dr. Wilkie uses a regression model to analyze the data. Simply put, a regression is a mathematical model used by economists to understand how different factors (e.g., prices, costs, concentration) may be interrelated. The models then allow the user to predict the impact of a change to one of those factors while leaving everything else unchanged. Whether the results are reliable often depends on whether the analyst selected a model that fits the industry and on the quality of the data used by the model.

At its most fundamental level, Dr. Wilkie's analysis compares price to a measure of concentration (number of bidders) to determine if the number of bidders impacts pricing. He concludes that his studies support the propositions that removing AT&T as a bidder in SBC's territory and MCI as a bidder in Verizon's territory would result in higher prices (i.e., lower discounts). The fundamental flaw with Dr. Wilkie's analysis is that he ignores the possibility of "endogeneity," namely that something other than the variable being tested (in this case the number of bidders) could be affecting both the price and the number of bidders. For example, the cost of providing a circuit, which is not included in Dr. Wilkie's analysis, might affect both the price and the number of bidders. When we tested Dr. Wilkie's results by controlling for market characteristics at the LATA level, some of which may be causing an endogeneity problem, we obtained dramatically different results inconsistent with Dr. Wilkie's findings.[4]

---

[4] These omitted factors can affect both prices and the number of bidders, and can cause a regression to 'confuse' the effect of these omitted factors with the effect of the number of bidders. To try to reduce this problem, we estimated what is commonly called a "fixed-effects regression" and used LATAs (or regions) as the fixed-effect. Unlike Dr. Wilkie's analysis, this model controls for factors that are constant at the LATA level, for example, the fact that the cost of providing a circuit in New York City may differ from the cost in Kansas City. In both the    **[REDACTED]**

3

As an example, consider

**[REDACTED]**

These dramatic differences, which resulted solely from the inclusion of market characteristics at the LATA level, led us to conclude that Dr. Wilkie's analysis lacked sufficient robustness to be relied upon. This flaw is present in all of the regressions performed by Dr. Wilkie.

Finally, ACTel does not submit portions of Dr. Wilkie's analysis that are seemingly inconsistent with its arguments.

**[REDACTED]**

---

**[REDACTED]**    The dramatically different results we obtained with this reasonable change to the model led us to suspect that other factors not considered in Dr. Wilkie's analysis were significantly influencing his results.