# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, )<br>)<br>  Plaintiff, )<br>  v. )<br>)<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>)<br>  Defendants, )<br>)<br>The Alliance for Competition in )<br>  Telecommunications )<br>)<br>  and )<br>)<br>COMPTEL, )<br>)<br>  *Amicus-Curiae*. )<br> ) | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>  v. )<br>)<br>Verizon Communications Inc. and )<br>MCI, Inc., )<br>)<br>  Defendants, )<br>)<br>The Alliance for Competition in )<br>  Telecommunications )<br>)<br>  and )<br>)<br>COMPTEL, )<br>)<br>  *Amicus-Curiae*. )<br> ) | Civil Action No.: 1:05CV02103 (EGS) |

**PROPOSED ORDER GRANTING ACTel's
MOTION FOR LEAVE TO FILE SURREPLY**

Upon consideration of ACTel's Motion and Memorandum of Points and Authorities for Leave to File a Surreply to the United States' Reply Submission in Response to the Court's Minute Order of July 25, 2006, as well as the record herein, it is hereby ORDERED that ACTel's motion is GRANTED.

Dated:_____                    _____

                                                                   Judge Emmet G. Sullivan

                                                                   UNITED STATES DISTRICT JUDGE