IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |

**UNITED STATES' NOTICE OF PUBLIC FILING OF ITS OPPOSITION TO ACTEel's MOTION FOR LEAVE TO FILE SURREPLY PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing for the public record its Opposition to ACTel's Motion for Leave to File Surreply. The United States previously filed its Opposition under seal on September 28, 2006. Having reviewed ACTel's redacted motion and exhibits, the United States has determined that its Opposition contains no confidential information and may be publicly filed in its entirety. The Opposition consists of a memorandum and a proposed order.

        Respectfully submitted,

        _____/s/_____
        Laury E. Bobbish
        Assistant Chief

        _____/s/_____
        Claude F. Scott, Jr. (D.C. Bar No. 414906)
        John M. Snyder (D.C. Bar No. 456921)
        Jared A. Hughes
        Trial Attorneys

        Telecommunications & Media Section
        Antitrust Division
        U.S. Department of Justice
        1401 H Street, N.W., Suite 8000
        Washington, D.C. 20530
        (202) 514-5621
        Attorneys for the United States

Date: September 29, 2006