**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SBC Communications, Inc. and AT&T Corp., | )<br>)<br>) |
| Defendants. | )<br>) |
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| Verizon Communications Inc. and MCI, Inc., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER DENYING ACTel's MOTION FOR LEAVE TO FILE SURREPLY**

Upon consideration of ACTel's Motion and Memorandum of Points and Authorities in Support of Motion for Leave to File Surreply, as well as the record herein, it is hereby

**ORDERED** that ACTel's Motion for Leave to File Surreply is **DENIED.**

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE