**RECEIVED**

OCT 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | **MICHAEL LOVERN, SR. ET AL's** |
| SBC Communications, Inc. and | ) | **(AMICUS CURIAE) MOTION FOR** |
| AT&T Corp., | ) | **LEAVE TO FILE SUPPLEMENTAL** |
| | ) | **EVIDENTIARY BRIEF, [with Xxhibits]** |
| | ) | **FOR INTERVENTION AND** |
| Defendants. | ) | **APPEARANCE PURSUANT TO** |
| | ) | **Rule 15 – F.R.Civ.P.** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL EVIDENTIARY
BRIEF, [with Exhibits] BY MICHAEL
LOVERN, SR., ET AL (AMICUS CURIAE) - CASE NO. 1:05CV02102 (EGS),
and, CASE NO. 1:05CV02103 (EGS) TO AMICUS CURIAE'S INTERVENTION**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**
*Amici's Motion For Leave to File Supplemental Evidentiary Brief*

The undersigned, Michael Lovern, Sr., et al (Lovern) respectfully submits this

Motion For Leave to file a supplemental evidentiary brief pursuant to Rule 15,

F.R.Civ.P., to Intervenor's original petition to intervene.

Lovern, unlike all the other participants, has not yet been allowed to address the Court regarding the antitrust issues associated with the Intercompany Settlement System and the two pending mergers. Lovern also has raised timely and proper claims that are not being addressed by the government, which Lovern has a right to adjudicate in this proceeding.

In addition, Lovern now brings before the Court another, yet **[new evidence]**, "SMOKING GUN," in the form of an affidavit [Lovern Exhibit P, attached to brief], just received, from a long time industry expert on billing and collection who has personal knowledge of the preferential billing services provided AT&T [post divestiture], which said services, having been offered to AT&T exclusively, violated Judge Greene's Modified Final Judgment, resulting in enormous FINANCIAL damage to Consumers and AT&T's competitors, over and above Lovern. All of this has been outlined in Lovern's Motion To Intervene.

The affidavit of Mr. Mark Dahlen corroborates Lovern's allegations in his Motion to Intervene, and this Court needs to take this evidence, and the supporting evidence in the attached brief, into consideration in these proceedings, along with Lovern's previous filings.

(2)

For these reasons Lovern respectfully asks this Court to grant his motion for leave to supplement his Motion to Intervene.

Respectfully submitted,

Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

American TeleDial Corp. &
National Teleprocessing, Inc.

By: Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of October, 2006, copies of the foregoing Motion For Leave to Supplement the Petition OF MICHAEL LOVERN, SR., ET AL, (INTERVENORS) AS AMICUS CURIAE, with supporting brief and exhibits, was served by U.S. Mail, or e-mail, on counsel of record as follows:

Lawrence M. Frankel (D.C. Bar No. 441532)
Matthew C. Hammond
Trial Attorneys
Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

(3)

FOR DEFENDANT
SBC COMMUNICATIONS, INC.
Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2700


FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-808


FOR DEFENDANT VERIZON COMMUNICATIONS, INC. / MCI

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201


ATTORNEYS FOR ACTel

Gary Reback, Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303


ATTORNEYS FOR NEW JERSEY DIV.
OF THE RATEPAYER ADVOCATE

Christopher J. White
Dep. Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101


(4)

ATTORNEY FOR AMERICAN ANTITRUST INSTITUTE

Jonathan L. Rubin, Esq.
1717 K Street, N.W., Ste 600
Washington, D.C. 20036


ATTORNEY FOR COMPTEL

Kevin R. Sullivan
King & Spalding
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006


ATTORNEYS FOR NASUCA

John R. Perkins
Iowa Consumer Advocate
Office of Consumer Advocate
310 Maple Street
Des Moines, IA 50319


Michael Lovern, Sr., et al
3713 Parke Drive
Edgewater, Maryland 21037
(206)-202-9074
pratgen@myway.com


October 3, 2006


(5)