# AMICI, MICHAEL LOVERN, SR., LIST OF EXHIBITS

Exhibit D: - Southwestern Bell Telephone (SWBT) InterCompany Settlements and Calling Card / Third Number System (CATS) Agreement.

Exhibit E: - Southwestern Bell Telephone "Contract Administrator Agreement"

Exhibit F: - First (9) pages of 300+ page Bellcore Document

Exhibit G: - AT&T - "Request for CMDS I Proposal"

Exhibit H: - "Smoking Gun" Bellcore Proprietary Document [Reverse Translation, AT&T Billing Options]

Exhibit I: - "Smoking Gun" Bellcore Proprietary Document, Acknowledgement of $.05 price, explanation of reverse translation, laundering stolen money

Exhibit J: - Bellcore, Formatting Reverse Translation

Exhibit K: - Bellcore assignment of AT&T CIID numbers

Exhibit L: - Bellcore memo from Ron Seigle

Exhibit M: - Memorandum from Pete Nowak

Exhibit N: - 29 page Billing Exchange Accounting Report System (BEARS) Project Charter Document

Exhibit O: - AT&T - ESRD message processing Document

Exhibit P: - Mark Dahlen Affidavit

Exhibit Q: - Business Week Article on John Ashcroft