Lovern - Supplemental Brief -
Exhibit D

INTER-COMPANY SETTLEMENTS (ICS)

CALLING CARD AND THIRD NUMBER SYSTEM (CATS)

AGREEMENT

### Background

Today, the Inter-Company Settlements (ICS) Plan provides for the transfer of revenues generated by certain calling card and third number calls from the billing point to the point due those revenues. This transfer is achieved through the use of two mechanized systems in conjunction with the existing domestic, off-shore, and international settlement arrangements. The first is the Calling Card and Third Number System (CATS) which performs a bookkeeping function by crediting and debiting the Revenue Accounting Offices (RAOs) based on the credit card and third number messages transmitted over the Centralized Message Data System (CMDS) and are marked as ICS. CATS accumulates these figures and reports the net credits and debits to the second mechanized system that performs the Division of Revenue process - the Interstate Settlement Information System (ISIS). ISIS actually effects the transfer of funds due by one Bell Operating Company (BOC) to another. In order to furnish interstate services at uniform rates, ISIS must equitably divide the interstate revenues among the Associated Companies and Long Lines. ICS messages are not interstate, but to effect the transfer of revenues they are netted to the transfer of interstate revenues in Division of Revenue Settlements. Currently, both CATS and ISIS are maintained and operated by Long Lines in Atlanta.

### Impact of Divestiture

With divestiture, Division of Revenue Settlements and ISIS disappear. Therefore, the existing CATS will not correctly process post-divestiture ICS messages. BOC and independent Telephone Company (ITC) ICS messages will be redefined as exchange carriers' messages billed by another company.

### Inter-Company Settlements (ICS) Plan

With the advent of divestiture, the BOCs have provisioned a data transmission system to move messages from the earning company to the billing company.

The ICS plan provides for the tracking of revenues generated by certain calling card and third number messages transmitted over CMDS. The bookkeeping function will be performed by a newly developed Calling Card and Third Number System (CATS). This system will be co-located with CMDS at the Southwestern data center located in Kansas City, Missouri, and operated under contract from the CSO.

### ICS Billing Charge

ICS messages will be billed by each company and a billing charge will be retained by the billing company. The billing charge will be initially $.10 per message based on the "per message billed with inquiry charge" in the Access Service Tariff filed by the ECA. This charge will be subject to change as the "per message billed with inquiry charge" in the Access Service Tariff changes. The billing charges and revenue will be tracked by CATS.

### Method of Settlement

ICS charges and credits, along with billing charges, will be accumulated and netted by company in the CATS reports. The report will include messages transmitted over CMDS for the 26th of one month through the 25th of the next month. Reports from CATS showing the net affect of the movement of these messages and revenues will be transmitted via CMDS to each participating company. This report will facilitate the transfer of ICS revenues and billing charges. Each participating company, upon receipt of the settlement report, should bill all companies that owe them revenues.

### ICS/CATS Participants

Direct participants in the ICS plan will be Bell Operating Companies that sign the ICS agreement.

Indirect participants will be all Independent companies in the continental United States that have contracts for BOC CMDS services.

We agree to participate in the BOC Inter-Company Settlement Plan.

_____     12/5/83
Assistant Vice President-             Date
   Customer Services Systems

Southwestern Bell Telephone Company

SWB