EXHIBIT F

Title:  Market Pricing Considerations for the Billing and Collection
        Portion of the Access Services Tariff (Exclusive of 8.2.2
        Private Line Billing Service and 8.3 Billing Analysis Service).

I.  Executive Summary                                              TAB
                                                                    A

II.  Introduction                                                   B

    A.  Purpose:

    B.  Task Force Identification

    C.  History/Background

        1.  Relationship between Billing and Colections and Other
            Portions of the Access Service Tariff
        2.  Evolution of Billing and Collections as a LOB

    D.  Overall, Pricing, Considerations

        1.  Interstate Regulatory and Judicial
        2.  Intrastate vs Interstate
        3.  Market Price vs FCC Cost Assignment
        4.  Market Price vs RBOC Incremental Cost
        5.  Stakeholder Considerations
        6.  Tariff Structure

    E.  Summary of Market Pricing Approach

III.  Methods                                                       C

    A.  Overview and Flow Charts

B.   **Build/Buy Committee**

D

     1.   Task on preliminary carrier configurations

     2.   Task on final carrier configurations

     3.   Task on eliminating non-practical carrier configurations

     4.   Task on defining practical carrier configurations

     5.   Task on defining rate categories by configurations

     6.   Task on other supplier cost functions

     7.   Task on other supplier BOC rate category versus cost matrix

     8.   Task on demand estimates by Build Rate Category

     9.   Task on Build/Buy Combinations

     10.  Task on cost function unit measure by rate categories

C.   **Market Analysis Committee**

E

     1.   Task on listing carriers

     2.   Task on listing current suppliers

     3.   Task on listing potential suppliers

     4.   Task on financial statement analysis

     5.   Task on listing and defining product differentials

2

6. Task on quantification of product differentials

7. Task on quantification of product differentials by rate categories

8. Task on translating market analysis rate categories into build/buy rate categories

D. **Cost Analysis Committee**                                                    F

1. Task on identification of cost functions

2. Task on identification of BOC rate categories: individual marketable segments of the service

3. Task on rate categories vs. cost functions

4. Task on detailing the cost functions

5. Task on rate element vs. rate category considerations

6. Task on other supplier cost functions

7. Task on build cost rates by category

8. Task on starting BOC unit price per rate category

9. Task on programming support

10. Task on cost data for supporting market analysis quantification of product differentials

11. Task on identification of what ATTIX pays today

12. Task on 1, 3, 5 year pricing

7515h

3

E.   Inputs

    1.   Input 1

    2.   Input 2

    3.   Input 3

    4.   Input 4

IV.   Summary of Worksheets                                    G

V.   Resulting Parameters for Market Pricing (Filled-in worksheets)  H

VI.   Conclusions                                             I

Appendix A. Tariff Detail                                     J

Appendix B. Tariff Summary                                    K

I. Executive Summary

## Billing Services Pricing Methods Task Force

### General

The above indicated Task Force was created to develop a method for
pricing those Access Services called "Billing and Collections" by the FCC
Third Report and Order, Docket 78-72. In early April, 1983, said order
introduced a dramatic policy change as to how the Billing and Collections
portion of the Access Services Tariff was to be regulated. Under the
order, the Billing and Collections rate of return is no longer
regulated. In addition, if Billing and Collection revenues are above or
below the FCC allowed rate of return for the other Access Services, such
overages or underages are not imputed back to other services by lowering
or raising the rates for other services. This sudden shift in pricing
parameters necessitated an immediate re-evaluation of Billing and
Collection pricing policies.

On April 20, 1983, CSO Marketing, Billing Services Division, met with the
Open Billing Steering Committee, and proposed a method for pricing a
major portion of Billing and Collections based upon market
considerations. The proposal was approved and the Task Force was formed.

The effort went from April 28th through May 29th. The short time frame
mandated that the best already available information be used. Such
information was provided by key experts from the RBOCs and CSO. The
Southeast, Northeast, Southwest, Mid-Atlantic and Great Lakes Regions
participated. Because key people were involved, with multiple
commitments, there were constant changes in personnel, with many
individuals participating only two or three days at a time.

- 2 -

Consequently, the process of the method was stressed as the primary objective. Although there are some 300 pages of significant data on National Parameters, which collated into price driving conclusions, it is still the process which should be emphasized. Each Region should carefully evaluate the National Parameters, and their underlying data, to confirm the reasonableness for its own geographical area.

The Task Force did not develop prices. However, each Region could calculate revenue maximizing prices, using the process and the National Parameters, in a matter of days, once the Regional Parameter evaluation was completed.

## Specifics of the Process

The Billing and Collection Service Category contains five basic elements;

> Recording
> Billing Service Switched (Switched Messages)
> Billing Service Dedicated (Private Line)
> Billing Information Service
> Billing Analysis Service

Although all the elements just mentioned can be market priced, the Task Force did not address private line, or billing analysis service. For the balance, additional subrate categories were developed that represented the parts of the offering that could be chosen by the carriers on an exclusive, individual basis. The result was a series of rate categories, for which individual market prices could be determined. The method evaluates three items.

The first activity was to determine by rate category what the carrier's cost of building their own system would be.

Second was to determine whether there were other suppliers or potential suppliers who could offer the same services to the carrier.

- 3 -

Third was to determine whether or not there were any significant differences in products between an offering by the RBOCs and what the carrier would have in the way of a system if they built their own. By combining such build costs with alternative supply purchase opportunities and with product differentials between the RBOCs and the carrier's build opportunity a price could be determined which would encourage the carrier to purchase all of their billing service from the RBOCs. Any tariff structure that encouraged the carrier towards some build configuration would tend to represent a secondary or inferior tariff offering, since any build decision would tend to reduce the level of revenues that the RBOCs would receive from the offering.

## Structure of Task Force

The Task Force was conducted by the use of three working committees.

These were:

1. Market Analysis
2. Build/Buy
3. Cost Analysis

These committees worked in concert through a series of specific tasks that were woven together into sets of series and parallel activities that were summarized into computer inputs to carry out the mechanics.

## Regional Needs

It is important that Regional teams contain individuals with good analytical skills, and certain disciplines as they are needed for a proper evaluation of both parameters and results.

The Market Analysis Committee should have individuals familiar with evaluating product differences from a pricing difference standpoint.

- 4 -

The Build/Buy Committee should have representation from CRIS system planners, network planners, comptrollers operations and RSC/BSC operations.

The Cost Analysis Committee should have individuals familiar with incremental costing, service cost methods and RBOC product related cost accounting.

Conclusion

This method takes advantage of the FCC order which recognized that prices for this serivce could be based upon the market and not upon the FCC's fully distributed cost derived revenue requirement. A potential problem, however, is that it is being assumed that we are in a competitive environment with regard to this service. Since the FCC has ordered that whatever revenues we generate for this service become associated only with the costs for this service, the FCC revenue requirements assigned to Billing and Collections could be greater than revenues generated by the market price.

If, indeed, the situation develops where the revenues from the market prices are less than the revenues assigned to the open billing category by the FCC, a strategy needs to be developed with regard to what actions the Operating Companies wish to take under such a condition. There appear to be two basic responses to having the revenue assignment higher than the market price. First, it could be assumed that the market price is based upon too subjective, qualitative, information, subject to many assumptions, and consequently, not the most reliable kind of information. Under such an opinion with regard to the market price, the decision could be made to ignore the market price and increase rates until the level of prices is such that the FCC assigned fully distributed types of revenue requirement is covered.

- 5 -

The second approach could be to accept the market price as valid and begin to conduct operational changes in order to effectively drive costs down below the market price. This of course assumes that the Operating Companies are capable of reducing their costs to be profitable under the market price that has been determined.

Also, if data suggest that the market price is indeed a valid number and a good representation of what the market will pay over some reasonable planning period, it may not be in the best interest of any part for the rate levels to be changed in order to meet some FCC assigned revenues requirement. It may be better to adopt a strategy that convinces the FCC that they were improper in assigning revenues in excess of what would be defined as the economic cost of providing these services. In most cases, we would expect that the RBOCs true cost of providing this service would be lower than the market price, since we have an existing system and can share some billing costs with our local service billing. One caution needs expression, however. Rating messages (called Message Processing in the offering) may be cheaper under a new system with current technology. For message rating, we may need to decide that the best long run strategy is to price out of the message rating market.

## Future Considerations

It appears that the process established by these methods offers a good way to evaluate new ventures for the RBOCs in general. The working committees that were identified appear to offer this kind of product team structure suited for Business Case and Profit Center Analysis.

## Current Distribution

These methods were distributed at the Access Service Filing Training Sesssion from May 22 to May 27. They were presented there in Training Session #4.