**AT&T**
Communications

A215-0101

Customer Service and Billing
20 Knightsbridge Road
Piscataway, NJ 08854

*NOTICE THAT CBT IS not included*

August 29, 1985

Purchase Order #035-24-**-ZZ-X-GUS-1

To: Monte Baggs (Pacific)
Richard Brown (NYNEX)
Mark Dahlen (PNB)
Harold Hopkins (BellSouth)
Frank Kunkel (Mountain)

John Mazor (Ameritech)
Gene Rudloff (Southwestern)
Larry Shearer (Northwestern)
Ron Weber (Bell Atlantic)

Subject: Request for CMDS I Proposal

Dear Account Managers:

The process of negotiating the transfer of Message Telecommunications Services (MTS) billing responsibility from the LECs to AT&T Communications has begun. In order to maintain a smooth transference of MTS billing responsibility, it has been determined that a medium is required for AT&T Communications to transmit outcollect billing data to the unconverted LECs via CMDS I. An interface to satisfy this requirement must be provided through a sponsoring LEC for some or all LEC traffic similar to that interface Southern Bell provides for the International Overseas Billing System (IOBS).

To minimize the impact on the telecommunications industry, AT&T Communications is seeking willing participation from you as a sponsoring LEC. We are requesting you to prepare a formal proposal to provide the interface between AT&T Communications and CMDS I for the transmission of outcollects.

The proposal should include subscriber options that you wish to offer, such as data packed transmission versus unpacked, data editing services, etc. Also, please provide detailed specifications on all interface requirements indicating any constraints where applicable. The main areas of concern will be record formatting, data transport, data volumes, timetables and processing requirements.

*Sept 30*
A prompt response is requested to ensure a continued success in meeting all conversion schedules. Please provide your formal proposal within 30 business days or sooner if at all possible. Your assistance in this project is greatly appreciated.

*LOVERN SUPPLEMENTAL BRIEF*

*EXHIBIT G*

AT&T COMMUNICATIONS · PROPRIETARY
Use pursuant to Company Instructions

Customer Service and Billing

- 2 -

Technical questions regarding the formal proposal can be directed to
Gary Andrew on (201) 562-2746. Any Open Billing questions should be
directed to Cindy Gess on (201) 457-1769 or Bill Hodge on
(201) 457-7740.

RECOMMENDED BY:                          APPROVED BY:


Shirley J. Craig                         A. Marvin Roscoe, Jr.
District Manager                         Division Manager
Conversion (WATS/800 & MTS)              Open Billing Management

BH:cs

cc:  Mr. G. Andrew
     Ms. J. Baker
     Ms. K. Rafferty
     Mr. J. Schwetje
     Mr. E. Wagner
     Ms. L. Gess

AT&T COMMUNICATIONS - PROPRIETARY
Use pursuant to Company instructions