**Bellcore**
Bell Communications Research

*Customer Billing & Information Systems*

# NEWSLETTER

NP-RGS-000009
Issue: 90-111
Date: April 30, 1990

Contact: J. E. Dahlin (201) 699-7903
Project No 480200 (Customer Billing Systems) *Customer Record Information System*

---

To: District Level Staff Managers - CRIS Message Processing

Subject: Card Issuer Identifier (CIID) Processing Guidelines

Attached for your information and review is a copy of the Card Issuer Identifier (CIID) Processing Guidelines. This revision incorporates suggestions made at the March CIID Billing Workshop in St. Louis. Please refer questions and comments to me on (201) 699-7652 or to Jim Dahlin.

Information contained in this Newsletter is of interest to Independent Exchange Carriers. Accordingly, we have requested the Bellcore Exchange Carrier Relations organization to distribute copies of this Newsletter to their contacts.

*W. R. Micou*

W. R. Micou
District Manager
Message Processing

Attachment

Copy to: Fourth Level Billing Contacts
Message Exchange Technical Review Group
P. C. Nowak


LOVERN - SUPPLEMENTAL BRIEF

EXHIBIT H

1. **Background**

   The "Card Issuer Identifier" CIID card has been developed in response to an Industry desire for a telecommunications use only, 14-digit non-line-number-based credit card in the "10+4" format. That is, a 10-digit special billing number plus a 4-digit personal identification number (PIN).

   The assignment and control of CIIDs are centrally administered by Bellcore in accordance with Bellcore Special Report SR-BDS-001511, Administration Guidelines for Card Issuer Identifier (CIID).

   This document addresses distribution, billing and settlement issues that arise when a CIID card is used for billing LEC [1] provided services (i.e. intra-LATA toll, local messages, Directory Assistance, etc.)

   It assumes that arrangements exist that allow the LEC operator to validate the CIID.

2. **Card Issuer Identifiers**

   Bellcore will publish a list of CIIDs along with an identification of the assigned entity, the validation data base used and the billing agent/host. This information will be published as products of the Bellcore Rating Administrative Data System (BRADS) as follows:

   - For local exchange carrier use:
     - Terminating Point Master (TPM) tape (as a separate CIID data set)
     - Operating Telephone Company Numbering Plan Guide (OTCNPG) microfiche

   - For interexchange carrier use:
     - NPA/NXX V&H Coordinates tape (as a separate CIID data set)
     - Industry Numbering Plan Guide (INPG) microfiche

   See attachment 1 for format of BRADS Data Set for CIID Information. (Note: if the Card Issuer does not have a CMDS Host / CMDS Collector, field 16 - Billing Agent / Host RAO Code will be zeros).

   REFERS TO Caribbean LEC
   AT&T "joint use card"

---

[1] For the purpose of this paper, the term Local Exchange Carrier (LEC) is used to identify all local companies including Bellcore Client Companies (BCC). The term BCC however, is used to identify only local companies that are also CMDS participants.

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall
be distributed or routed only within Bellcore
and its authorized clients, except
with written permission of Bellcore.

4/23/90

3. **Format of the Card Issuer Identifier**

The Card Issuer Identifier (CIID) is a six-digit code.

The format of the CIID when used as part of a 14-digit telecommunications billing card is as follows:

| | |
|---|---|
| NXXWXX | Card Issuer Identifier (assigned by Bellcore) [2] |
| XXXX | Customer Account Number (assigned by the card issuer) |
| (NXXX) | Personal Identification Number (PIN) (assigned by the card issuer) [3] |

where:   $N = 2$ through 9

$X = 0$ through 9

$W = 0$ or 1 [4]

Example:   825001 2345 (6789)

In the above example the Billing Number in the EMR would be formatted as follows:

| RAO | NPA | NXX | LINE |
|---|---|---|---|
| 825 | 000 | 001 | 2345 |

Also, as with other messages that are charged to a Special Billing Number or Special Calling Card, indicator 11 should have a value of 4.

4. **AMA Recording**

The Operator Services Systems (OSSs) do not record the first three digits of a Special Calling Card number. That is, the Billing NPA field of an OSS AMA record contains zeros.

---

2. In order to avoid any confusion with the CCITT telecommunications credit card, no assignments will be made beginning with "88" or "89".

3. This PIN is only used for validation and is never considered a part of the Customer Account Number. It is never to be recorded or included in message billing records.

4. A zero (0) or one (1) is required in the fourth digit of the card number to avoid any conflict with a Numbering Plan Area (NPA)-NXX format. This results in the issuer-assigned Customer Account Number being limited to four (4) digits. Therefore, 10-digit-telephone-number-based billing cards cannot be issued using this CIID format.

PROPRIETARY − BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

4/23/90

For a local exchange carrier (LEC) special calling card, the format is RAO-0/1XX-XXXX-PINN. The RAO code is loaded by the DBAS into the "Billing RAO" field of the BVA/LIDB. This code is returned in the inquiry response to the OSS and is recorded in the "Billing RAO" field of the OSS AMA tape. While the entire 10-digit billing number is available to the OSS, only the last seven digits are recorded (i.e., the billing number field contains "000" in the Billing NPA, "0/1XX" in the Billing NXX, and "XXXX" in the Billing Line Number).

The CIID is a six-digit code identifying the card issuer and is in the format NXXWXX. The first three digits are "lost" on the OSS AMA tape.

Until the OSS software can be changed to record all digits, the solution to this problem is to have the DBAS continue to populate the "Billing RAO" field in the BVA/LIDB with the first three digits of the card number. This information would then record in the "Billing RAO" field of the OSS AMA tape as it does today for LEC calling cards.

Care should also be taken that the CIID is recognized as a CIID and that the process of subtracting "600" from the recorded Billing RAO of a Special Calling Card (RAO Calling Card) is not followed. (For RAO Calling Cards, "600" is subtracted from the RAO if the RAO is greater than "599". To prevent this from happening to a CIID the process should be limited to RAOs greater than "599" but less than "800").

5. **Message Distribution**

The method for distribution of messages can either be local or by using CMDS. If a local distribution process such as mailing of tapes or transmitting directly to an Interexchange Carrier (IC) is used, the settlement process will also be a local one.

- Format requirements for local (non CMDS) message distribution:

    - Message
        - Billing Entity: 000
        - Indicator 5 (ICS): 1
        - Indicator 11 (Billing Number Characteristics): 4 (Special Calling Card)
        - Indicator 19 (LATA): 1 or 3
        - Indicator 23 (Type of Credit Card): 4 (CIID)
        - Message Type: 3 (Credit Card)

    - Pack Header and Trailer
        - Record ID: 20-22-01, 02
        - Send to RAO: 000
        - From RAO: From RAO associated with originating LEC
        - Carrier Identification: Billing Entity or Alternate Billing Entity associated with Carrier

PROPRIETARY – BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

4/23/90

AT&T messages can be settled two ways; CATS or PARIS

- If CMDS is used there are two centralized, Bellcore supported, settlement systems that are available: BCC CATS (Credit Card and Third Number Settlement System) and PARIS (Purchase of Accounts Receivable Information System).

"will not be uniquely identified" is how the use of CATS is disguised.

BCC CATS establishes the originating BCC as the earning entity and the host BCC as the billing entity. Settlement information will be included along with the regular BCC CATS detail and will not be uniquely identified.

PARIS also establishes the originating BCC as the earning entity but the billing entity is the IC as identified by the issuer code in the message. PARIS reports will be broken out the same as BCC CATS reports (by BCC and by Independent Company).

- Format requirements for message inclusion in BCC CATS:

  - Message
    - Billing Entity: 000
    - Indicator 5 (ICS): 1
    - Indicator 11 (Billing Number Characteristics): 4 (Special Calling Card)
    - Indicator 19 (LATA): 1 or 3
    - Indicator 23 (Type of Credit Card): 4 (CIID)
    - Message Type: 3 (Credit Card)

  - Pack header and trailer
    - Record ID: 20-20-01, 02
    - Send to RAO: Send to RAO associated with host
    - From RAO: From RAO associated with originating LEC

- Format requirements for message inclusion in PARIS:

  - Message
    - Billing Entity: 000
    - Indicator 5 (ICS): 1
    - Indicator 11 (Billing Number Characteristics): 4 (Special Calling Card)
    - Indicator 19 (LATA): 4 or 6
    - Indicator 23 (Type of Credit Card): 4 (CIID)
    - Message Type: 3 (Credit Card)

  - Pack header and trailer
    - Record ID: 20-20-01, 02
    - Send to RAO: Send to RAO associated with host
    - From RAO: From RAO associated with originating LEC

PROPRIETARY – BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

4/23/90

*Formatting being the same helps in hiding process*

**Card Issuer Identifier (CIID) Processing Guidelines**             Page 5 of 8

- **Returned Messages**

  It is expected that a Host BCC will perform certain edits in the process of accepting messages on behalf of their client IC. In today's BCC CATS process, unbillable messages that are returned from the billing company to the originating company cause a revenue reversal on the settlement reports. This process will apply to messages that were charged to CIID cards regardless if the settlement process is BCC CATS or PARIS. Formatting requirements are the same as for current BCC CATS returns:

  > Indicator 3 (Return/Rebill): 1
  > Indicator 5 (ICS): 2 (Return)
  > Return Code: Appropriate Value

- **Billing of Messages**

  *Three (3) options for billing consumer*

  Options for billing the end user include the IC directly billing the customer (in which case the LEC is no longer involved) or the IC forwarding the message to a LEC for billing. If billing is done by the LEC, the IC will have to replace the Issuer Code in the message with a valid Billing Number.

  In cases where the LEC bills the end user, the message could appear on either the IC page of the bill or on the LEC page. A message that appears on the IC page of the bill would fall under Billing and Collecting agreements between the IC and LEC and could be sent to the billing LEC via CMDS using the following format criteria:

  Format requirements for messages sent via CMDS to a LEC for billing (to appear on IC bill page):

  *Format for IC or AT&T transported call*

  - Message
    - Billing Entity: Carriers
    - Indicator 5 (ICS): 0
    - Indicator 19 (LATA): 2 or 5
    - Indicator 23 (Type of Credit Card): 4 (CIID)
    - Message Type: 3 (Credit Card)

  - Pack header and trailer
    - Record ID: 20-22-03, 04
    - Send to RAO: Send to RAO Associated with Billing LEC
    - From RAO: Host RAO

  *Explains how calls transported by carriers other than AT&T lost their money because messages were returned marked unbillable, yet collected on behalf of AT&T*

  An IC that chooses not to purchase the messages from the LEC (i.e. BCC CATS was used for initial settlement) can choose to use BCC CATS to reverse the transaction. Under this arrangement messages would be sent via CMDS, after billing number translation, to the billing LEC and would appear on the LEC page

PROPRIETARY – BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

4/23/90

of the bill.

Format requirements for messages to appear on the LEC bill page (original settlement was via BCC CATS):

LEC transported call

- Message
  - Billing Entity: 000
  - Indicator 5 (ICS): 1
  - Indicator 19 (LATA): 1 or 3
  - Indicator 23 (Type of Credit Card): 4 (CIID)
  - Message Type: 3 (Credit Card)

- Pack header and trailer
  - Record ID: 20-20-01, 02
  - Send to RAO: Send to RAO associated with Billing LEC
  - From RAO: Host RAO

Note: If the IC purchased the message using PARIS, the transaction cannot be reversed using PARIS. If the LEC bills the message it must be on the IC's page of the bill.

- **Cancel/Correction Records**

  Cancel and Correction records (Category 51 and 71) are used to "adjust" BCC CATS. Cancel records reduce the amount earned and correction records increase the amount earned (the same as Category 01 billing records). This same process will apply to PARIS.

- **Tax Issues**

  For the purpose of this discussion, two terms need to be defined:

  "Foreign" state tax - This refers to taxes that apply to a call that is billed to a customer in a state that is different from the state in which the call originated. "Foreign" state tax is calculated by the originating company during the rating process and the amounts are populated in the individual messages. This process is used because the "foreign" billing company does not know what taxes are applicable from the originating company.

  "Home" state tax - This refers to the taxes that apply to a call that is billed to a customer in the same state that the call originated. The application of "home" state tax is done at the time the messages are billed. This calculation is applied to all qualifying messages as a group.

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

The 14 digit credit card is geographically specific, therefore, the determination as to whether a message is foreign or home billed can be made. The CIID credit card, however, is not geographically specific. Therefore, the rating company will always have to populate the applicable tax fields. After the message goes to the IC and the issuer code is translated into a billing telephone number (BTN), if this message ends up going back to the same jurisdiction for billing where it was originated and rated, the "foreign" tax in the record must be recognized as a "home" tax and treated accordingly.

- **Independent Company Issues**

    It seems reasonable to expect that CIID cards will be issued to customers of local exchange carriers. As is the case with the BCCs, business arrangements will have to be made between the local exchange carrier and the IC for validation and billing. There are also agreements between the local exchange carrier and the BCC that may need modifying.

    It is possible that card honoring agreements will have to be modified where operator services are provided by the BCC to a local exchange carrier (or visa versa). There could also be impacts on arrangements between BCCs and local exchange carriers for message provisioning. For example, a call could be validated and recorded by a local exchange carrier and sent to the BCC for submission to CMDS. In this situation the BCC would also have to have established agreements with the IC to properly handle the message distribution. Another example is the distribution of translated messages from the IC's host to the local exchange carrier for billing. Agreements would have to be in place between the local exchange carrier and the BCC to allow the distribution of a variety of different carriers messages (after purchase) that are being sent via CMDS, through an interfacing BCC, to the billing local exchange carrier.

- **Host Responsibilities**

    The CMDS Host collects CIID billed messages that are recorded by the different LECs and forwarded via CMDS. As is stated in the "Returned Messages" section of this paper, it is expected that the Host BCC will perform certain edits on the messages. Messages that fail these edits could be returned to the originating LEC as unbillable. Messages that are accepted by the Host are forwarded from the Host to the IC. For messages that were settled using BCC CATS, the Host will have to have a subsequent settlement process with the IC (since BCC CATS identified the Host as "Billing Company" on the BCC CATS reports and thus the Host owes all of the originating LECs for the messages). If PARIS was used as the settlement process, there is no subsequent revenue settlement required between the Host and the IC (with the exception of messages that originated within the Host's territory). Under both of the above scenarios, the Host is

LEC transported call *(margin annotation)*

PROPRIETARY – BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

4/23/90

This refers to collecting money for AT&T

performing a provisioning service for the IC.

For messages that are to be billed by the LECs, the Host collects the messages from the IC and forwards them to the billing company via CMDS. The Host should perform edits to insure that the messages are coded (or recoded) and packed correctly for submission into CMDS. If the messages are to be billed on the IC's page of the bill (billing entity is the IC's), there is no further BCC CATS or PARIS involvement. If the messages are to be billed on the LEC bill page (billing entity is 000), the Host will need to have a settlement arrangement with the IC due to the fact that the Host will be credited with the revenue by BCC CATS. As in the process of receipting messages, the Host is performing a provisioning service in the sending of messages for the IC.

AT&T or IC transported call

BCC (Bellcore client co.)

— Bellcore client companies

you only need settlement arrangement with AT&T if AT&T transports the call which means the money belongs to them.

This explains how the (9) BCCs are to settle IC or AT&T transported calls charged to AT&T CIID or joint use cards. (NOTE) If the call was to go on the LEC portion of the bill, [AT&T's option] see pg. 5
BCC is instructed to code (billing entity with "000" even though an IC transported the call

****YOU MUST KEEP IN MIND THERE ARE NO OTHER 100% accepted IC cards other than AT&T.

**PROPRIETARY — BELLCORE AND AUTHORIZED CLIENTS ONLY**
See proprietary restrictions on title page.

4/23/90