THE USE OF THE WORD POTENTIAL IS JUST A PLOY AS THIS
DOCUMENT WAS RELEASED AFTER INSTRUCTIONAL BULETINS
WERE RELEASED BY BELLCORE.  IT'S PART OF THE "SHELL GAME."

## POTENTIAL BCC SETTLEMENT ARRANGEMENTS WITH IC CIID CARD ISSUERS

## INCLUDING INDEPENDENT EC ORIGINATED INTRALATA CALLS

## BILLED TO A CIID CARD

LOVERN
SUPPLEMENTAL BRIEF

EXHIBIT
I

The introduction of CIID cards will enable LEC customers to bill intralata calls carried over LEC facilities to an IC's CIID card. This has led to the development of several new potential settlement arrangements between the BCCs and IC CIID card issuers which are described on the following pages. Bellcore's Customer Billing & Information Systems group has already designed a new tracking system (PARIS) and made modifications to BRADS and the EMR/EMI records in support of these new arrangements. Copies of these documents are attached for your review.

The potential settlement arrangements between BCCs and IC CIID card issuers are depicted in Figures 1, 2 & 3 and are further described in the following paragraphs.

1. **POTENTIAL "BCC CATS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUERS - NO PURCHASE OF ACCOUNTS RECEIVABLE**

   Figure 1 shows a settlement arrangement that represents an extension of today's BCC Calling Card and Third Party Billing System (BCC CATS). LEC intralata calls billed to a CIID card are passed through BCC CATS twice with an intervening step in which the Billing Number translation is performed by the IC. An IC CIID card issuer that does not have billing and collection agreements with all the LECs and does not wish to purchase intralata messages billed to its CIID cards from the LECs would be a candidate for this arrangement.

   The BCC and the IC CIID card issuer would have to develop a suitable procedure for performing the billing number translation function and returning the messages to BCC CATS for final billing. The IC CIID card issuer would also have negotiate with the various LECs providing operator service functions to accept, validate and properly record its CIID messages. These messages would have to be earmarked for inclusion in BCC CATS for the process to work.

   The settlement arrangement shown in Figure 1 operates as follows. Intralata messages carried by a LEC and billed to a CIID card are treated as LEC revenue. In the first pass through CATS the originating/earning LEC is credited with the revenue and taxes less the 5 cent billing charge and the billing company is debited a like amount. However, at this point several additional steps are taken. The billing company is also acting as the BCC CIID CMDS host and is responsible for delivering the messages to the IC for Billing Number translation and then returning the messages via CMDS and CATS to the intended billing location. In the second pass through CATS the BCC CIID CMDS host becomes the earning company and the intended billing location becomes the billing company. The host is credited with the revenue and taxes less the 5 cent billing charge and the billing company is debited a like amount.

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its ...

- 2 -

These CIID messages would appear on the LEC page of the bill. CIID card issuers which desire to have their calls appear on a separate page of the bill would have to enter into billing and collection agreements with the LECs. They would then employ the settlement arrangements shown in Figures 2 & 3.

2. **POTENTIAL "BCC CATS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUER PURCHASING ACCOUNTS RECIEVABLE**

Figure 2 also treats intralata messages carried by a LEC and billed to a CIID card as LEC revenue. In the first pass through CATS the revenue and taxes are credited to the earning company less the 5 cent billing charge and a like amount is debited to the billing company which is also the BCC CIID CMDS host. The host then accumulates the CIID billable messages and sells them to the IC CIID Card Issuer, thereby recovering the BCC CATS indebtedness.      *very import*

This is the first step in the arrangement and may conclude the process if the IC bills its own customers. A somewhat similar arrangement exists today between Cincinnati Bell and AT&T, in which Cininnati Bell is host to AT&T's Stargate operation. AT&T has issued Special Billing Number (SBN) calling cards using the 308 & (677) ∅7' RAO codes. Intralata calls billed to these AT&T SBN cards are directed via CMDS and CATS to Cincinnati Bell's host RAO location. Cincinnati Bell settles with the originating companies through CATS and then sells the messages to AT&T. In this case, Cincinnati also does the billing for AT&T.

The IC CIID card issuer, having purchased the accounts receivable from the BCC CIID CMDS host and performed the billing number translation may chose to return the billable messages to the LECs for billing using one or both of the following methods.

1. Where the IC has no Billing & Collection agreement with the billing LEC, it may opt to return the messages via BCC CATS. In this case the billable messages are earmarked for CATS and resold to the BCC CIID host which then reenters them into CMDS and BCC CATS. The revenues and taxes are credited to the host less the 5 cent billing charge and a like amount is debited the billing company. The CIID messages appear on the LEC page of the bill.

2. Where the IC has a Billing & Collection agreement with the LEC, it may opt to return the billable messages to the billing LEC via CMDS but not through CATS. In this case the billing company would repurchase the messages directly from the IC. The messages would not be earmarked for CATS and the BCC CIID host would simply retransmit the messages via CMDS on behalf of the IC. These messages would appear on the IC page of the bill.

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its authorized clients, except with written permission of Bellcore.

- 3 -

3. **POTENTIAL "PARIS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUER PURCHASING ACCOUNTS RECIEVABLE**

   In Figure 3, intralata calls carried by a LEC and billed to a called Purchase of Accounts Receivable Information System (PARIS). The PARIS reports treat the originating LEC as the earning company and the IC CIID card issuer as the billing company. The revenue and taxes are credited to the originating LEC (earning company) and the IC CIID card issuer (billing company) is debited a like amount. The PARIS reports provide a vehicle for the IC to purchase the accounts receivable directly from the originating/earning company. The BCC CIID host is not involved in the initial settlement process.

   The CIID card issuer, having purchased the accounts receivable via PARIS and performed the billing <u>number translation</u> may chose to bill its customers directly or return the billable messages under the same two options described in Figure 2 depending on whether or not Billing & Collecting agreements exist.

These potential serving arrangements are intended to provide a basis for determining which solution best meets the needs of each BCC and the Independents it hosts onto CMDS.

PCN 5/7/90

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its authorized clients, except with written permission of Bellcore.

# FIGURE 1

## POTENTIAL "BCC CATS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUERS

## CIID CARD ISSUER DOES NOT PURCHASE ACCOUNTS RECEIVABLE



PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its authorized clients, except with written permission of Bellcore.

PCN 5/7/90



**FIGURE 2**

**POTENTIAL "BCC CATS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUERS**

**CIID CARD ISSUER PURCHASES ACCOUNTS RECEIVABLE**

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its authorized clients, except with

## FIGURE 3

## POTENTIAL "PARIS" SETTLEMENT ARRANGEMENTS WITH CIID CARD ISSUERS

## CIID CARD ISSUER PURCHASES ACCOUNTS RECEIVABLE



PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
This document contains proprietary information that shall be distributed or routed only within Bell Communications Research (Bellcore) and its authorized...