ISSUE 11, MAY 1991
Revision 2, December 1991

## Indicator 19 - LATA Identifier

| VALUE | INDICATES | DEFINITION |
|---|---|---|
| 0 | Not Applicable | Valid only for unrated (Cat. 10) and Telegram Records (01-01-14). |
| 1 | IntraLATA - Exchange Carrier Message | Indicates that the message originated and terminated within the same LATA and was carried by an Exchange Carrier. Revenue belongs to the Exchange Carrier. |
| 2 | InterLATA - Interexchange Carrier Message | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Interexchange Carrier. Revenue belongs to the Interexchange Carrier. |
| 3 | InterLATA - Exchange Carrier Message | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Exchange Carrier (Corridor Traffic). Revenue belongs to the Exchange Carrier. |
| 4 | InterLATA - Exchange Carrier Message Purchased by Interexchange Carrier | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Exchange Carrier (Corridor Traffic). However, the revenue belongs to an Interexchange Carrier due to purchase of accounts receivable. |
| 5 | IntraLATA - Interexchange Carrier Message | Indicates that the message originated and terminated within the same LATA and was carried by an Interexchange Carrier. Revenue belongs to the Interexchange Carrier. |
| 6 | IntraLATA - Exchange Carrier Message Purchased by Interexchange Carrier | Indicates that the message originated and terminated within the same LATA and was carried by an Exchange Carrier. However, the revenue belongs to an Interexchange Carrier due to purchase of accounts receivable. |
| 7 | IntraLATA - Interexchange Carrier Message Purchased by Exchange Carrier | Indicates that the message originated and terminated within the same LATA and was carried by an Interexchange Carrier. However, the revenue belongs to an Exchange Carrier due to purchase of accounts receivable agreement. |
| 8 | InterLATA - Interexchange Carrier Message Purchased by Exchange Carrier | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Interexchange Carrier. However, the revenue belongs to an Exchange Carrier due to purchase of account receivable agreement. |
| 9 | Not determined. | Indicates that the LATA was not determined. (Valid on Category 11 records only). |

*Handwritten annotations:*
- "MR MANUAL" (left margin, pointing to value 9)
- "ONLY AT&T enjoys this luxury. This type of message can go on AT&T's bill page on the LEC bill page" (bottom left)

PROPRIETARY - BELLCORE AND AUTHORIZED CLIENTS ONLY
See proprietary restrictions on title page.

Exhibit 2-49

LOVERN SUPPLEMENTAL BRIEF

EXHIBIT J