

## Customer Billing & Information Systems
# NEWSLETTER

NP-RGS-000009
Issue: 93-173
Date: August 18, 1993

Contact: V. A. Basinski (201) 740-4175
Project No. 480200 (Customer Billing Support)

To: Third Level Billing Contacts - CRIS Message Processing

Subject: Card Issuer Identifiers (CIIDs)

Attached is an updated listing of all Card Issuer Identifier (CIID) codes assigned to date. (For additional information regarding CIIDs, see Bellcore Special Report SR-OPT-001511, Issue 3, November 1992.)

Revisions will be reflected on the Bellcore Rating Administrative Data System (BRADS) CIID data set on the September 1993 products.

Information contained in this Newsletter is of interest to Independent Exchange Carriers. Accordingly, we have requested the Bellcore Exchange Carrier Relations organization to distribute copies of this Newsletter to their contacts.

If you have any questions, please call me (201-740-4179) or Vic Basinski (201-740-4175).

*WP Howell*

Yvonne C. Reigle
Director - Billing Services

Attachment

Copy to: Client Company Billing Contacts (w/o Attachments)
ABS Billing Subcommittee
Message Exchange Technical Review Group
P. C. Nowak
E. R. Rodriguez

LOVERN SUPPLEMENTAL BRIEF

EXHIBIT K

Page 1 of 4
August 5, 1993

**Card Issuer Identifier (CIID) Assignments**
(All new/revised information is highlighted and marked with a |)

*Handwritten annotations:*
- 308, 503, 506, 507, 508, 677 } ALL MATCH ALL ORIGINAL RAO CARDS
- Really CBT 677 to → Subtract 677 to →

| Card Issuer | CIID(s) | Card Issuance Date(s) | Validation Data Base Operator | Billing Agent/Host | CMDS Host Code | Latest BRADS Activity |
|---|---|---|---|---|---|---|
| Allnet Communication | 444001-444177 | 7/91 | | (TBD) | (N/A) | 10-15-90 |
| AT&T Communications | 308001-308199 | 7/90 | AT&T | Cincinnati Bell | 308 | 12-15-91 |
| | 503001-503199 | | | BellSouth | 503 | 12-15-91 |
| | 506001-506199 | | | Barbados | 506 | 12-15-91 |
| | 507001-507199 | | | Granada (sw) | 507 sw | 12-15-91 |
| | 508001-508199 | | | Trinidad + Tobago | 508 | 12-15-91 |
| | 677001-677121 | | | Cincinnati Bell | 308 | 12-15-91 |
| | 677124-677125 | | | | | 12-15-91 |
| | 677127-677128 | | | | | 12-15-91 |
| | 677130-677132 | | | | | 12-15-91 |
| | 677134-677135 | | | | | 12-15-91 |
| | 677137-677138 | | | | | 12-15-91 |
| | 677140-677142 | | | | | 12-15-91 |
| | 677145-677149 | | | | | 12-15-91 |
| | 677160-677169 | | | | | 12-15-91 |
| | 677180-677199 | | | | | 12-15-91 |
| | 836001-836199 | | | | | 12-15-91 |
| | 837001-837199 | | | | | 12-15-91 |
| | 838001-838199 | | | | | 12-15-91 |
| | 840001-840199 | 11/90 | | | | 12-15-91 |
| | 841001-841199 | | | | | 12-15-91 |
| | 842001-842199 | | | | | 12-15-91 |
| | 843001-843199 | | | | | 12-15-91 |
| | 844001-844199 | | | | | 12-15-91 |
| | 845001-845199 | | | | | 12-15-91 |
| | 846001-846199 | | | | | 12-15-91 |

# Card Issuer Identifier (CIID) Assignments
(All new/revised information is highlighted and marked with a | )

Page 2 of 4
August 5, 1993

| Card Issuer | CIID(s) | Card Issuance Date(s) | Validation Data Base Operator | Billing Agent/Host | CMDS Host Code | Latest BRADS Activity |
|---|---|---|---|---|---|---|
| AT&T Communications | 847001-847199 | 11/90 | AT&T | Cincinnati Bell | 308 | 12-15-91 |
|  | 848001-848199 |  |  |  |  | 12-15-91 |
|  | 850001-850199 | 1/91 |  |  |  | 12-15-91 |
|  | 851001-851199 |  |  |  |  | 12-15-91 |
|  | 854001-854199 | 8/91 |  |  |  | 12-15-91 |
|  | 855001-855199 |  |  |  |  | 12-15-91 |
|  | 856001-856199 |  |  |  |  | 12-15-91 |
|  | 857001-857199 |  |  |  |  | 12-15-91 |
|  | 858001-858199 |  |  |  |  | 05-15-92 |
|  | 863001-863199 | 6/92-6/93 |  |  |  | 05-15-92 |
|  | 864001-864199 |  |  |  |  | 05-15-92 |
|  | 865001-865199 |  |  |  |  | 05-15-92 |
|  | 866001-866199 |  |  |  |  | 05-15-92 |
|  | 867001-867199 |  |  |  |  | 05-15-92 |
|  | 868001-868199 |  |  |  |  | 05-15-92 |
|  | 869001-869199 |  |  |  |  | 01-15-93 |
|  | 870001-870199 | 2/93-2/94 |  |  |  | 01-15-93 |
|  | 874001-874199 |  |  |  |  | 01-15-93 |
|  | 875001-875199 |  |  |  |  | 01-15-93 |
|  | 876001-876199 |  |  |  |  | 01-15-93 |
|  | 877001-877199 |  |  |  |  | 01-15-93 |
|  | 879001-879199 |  |  |  |  | 01-15-93 |
|  | 920001-920199 |  |  |  |  | 01-15-93 |
| AT&T of Puerto Rico | 861001-861030 | 4Q91 | AT&T | Cincinnati Bell | 308 | 11-15-91 |
| AT&T of the Virgin Islands | 862001-862012 | 4Q91 | AT&T | Cincinnati Bell | 308 | 11-15-91 |

**Card Issuer Identifier (CIID) Assignments**
(All new/revised information is highlighted and marked with a | )

Page 3 of 4
August 5, 1993

| Card Issuer | CIID(s) | Card Issuance Date(s) | Validation Data Base Operator | Billing Agent/Host | CMDS Host Code | Latest BRADS Activity |
|---|---|---|---|---|---|---|
| Beehive Telephone Co. Inc. | 923001 | ASAP | U S WEST | (N/A) | (N/A) | 03-15-93 |
| Capital Network System | 871001-871002 | 10/92-10/93 | CNSI | CNSI | (N/A) | 11-15-92 |
| ConQuest Operator Service | 990001-990199 | 2/92-12/92 | ConQuest | ZPDI | (N/A) | 02-15-92 |
| Cooperative Long Distance | 921001 | 1/93 | Cooperative | Cooperative | (N/A) | 01-15-93 |
| Dial Services, Limited | 873001-873002 | 10/92-10/93 | TCIC | Dial Services, Limited | (N/A) | 12-15-92 |
| Cooperative Long Distance | 922001 | 2/93-12/94 | TCIC | Dial Services, Limited | (N/A) | 3-15-93 |
| First Phone - New England | 834001<br>771001-771006 | 3/90-6/90<br>1/92-12/92 | Card*Tel<br>First Phone | Integretel<br>First Phone | (N/A)<br>(N/A) | 04-15-90<br>04-15-92 |
| Fone America | 852001-852045 | 2/92 | (N/A) | (N/A) | (N/A) | 12-15-91 |
| MCI Telecommunications | 950001-950199 | 1Q91 | MCI | MCI | (N/A) | 08-15-90 |
| Opticom | 849001-849030 | 1/91 | USW Service Link | ZPDI | (N/A) | 12-15-90 |
| Pentagon Computer Data | 835001 | 3/90-11/90 | USW Service Link | (TBD) | (N/A) | 05-15-90 |
| Roamer Services, Inc. | 839001-839005 | 9/90-9/91 | Card*Tel | Telecom*USA | (N/A) | 08-15-90 |
| Long Distance Savers | 859001-859009 | ASAP | TEC | LDS/TEC | (N/A) | 05-15-92 |
| Telefonica Larga Distancia de Puerto Rico | 853001-853006 | 6/91 | U.S. Intelco | P. R. Tel. Co. | 490 | 05-15-91 |
| Telesphere | 872001-872003 | 10/90 | Nat'l Data Corp. | Telesphere | (N/A) | 09-15-90 |
| TRT/FTC International | 878011 | 1/91 | TRT/FTC | TRT/FTC | (N/A) | 12-15-90 |

Card Issuer Identifier (CIID) Assignments
(All new/revised information is highlighted and marked with a |)

Page 4 of 4
August 5, 1993

| Card Issuer | CIID(s) | Card Issuance Date(s) | Validation Data Base Operator | Billing Agent/Host | CMDS Host Code | Latest BRADS Activity |
|---|---|---|---|---|---|---|
| US Sprint | 826001-826199<br>827001-827199<br>828001-828199<br>829001-829199<br>830001-830199<br>831001-831199<br>832001-832199<br>833001-833078 | (TBD) | US Sprint | (N/A) | (N/A) | 04-15-90<br>04-15-90<br>04-15-90<br>04-15-90<br>04-15-90<br>04-15-90<br>04-15-90<br>04-15-90 |
| Unitel Communications Inc. | 924001-924199 | 10/93 | AT&T | AT&T | (N/A) | 9-15-93 |
| Vyvx Telecom | 860001 | 1/92 | USW Service Link | U. S. Intelco | (N/A) | 11-15-91 |

Total: 24 Entities — 10,133 CIIDs