Subject: New Canadian CIID code for ITTS

No.    93-14

Date: October 27, 1993

To:    CMDS Coordinators
       METRG Members

*ORIGINAL CATS SYSTEM*

### NEW CANADIAN CIID CODE FOR ITTS

Unitel, a Canadian Long Distance company, was issued a CIID code that AT&T plans to include within their Intercompany Transport and Tracking System (ITTS) process. This will allow the LECs to honor the Unitel card for local calls and be reimbursed by AT&T.

When the LECs complete calls billed to the Unitel CIID cards, the billing records should be forwarded to Mail (Send To) RAO "498". This will exclude it from the BCC CATS settlements and include it within AT&T's ITTS settlements with the BCCs. The billing records should be populated as follows:

      Indicator 5 = 1
      Indicator 19 = 1 or 3
      Indicator 23 = 4

It is expected that Unitel will have this card in the Canadian marketplace by December, 1993.

**IF FURTHER INFORMATION IS REQUIRED, CONTACT DON VALICENTI ON 201-644-1545.**

**INFORMATION CONTAINED IN THIS NOTICE IS OF INTEREST TO INDEPENDENT EXCHANGE CARRIERS.**

*Ron*

RON SEIGLE
MANAGER - MESSAGE PROCESSING

*LOVERN - SUPPLEMENTAL*
*BRIEF*
*EXHIBIT   L*