*Ron, FYI.*

*Pete*

# Bellcore

@ Bell Communications Research

| | |
|---|---|
| Date: **June 28, 1995** | From: **Pete Nowak** |
| | **46310/LCC 2B231** |
| Subject: **New CATS/BEARS Reports Proposed by Tim Yelton** | **(201) 740-4714** |

To: Exchange Carrier Relations Billing Group

During the recent ICS Task Force Meetings we have been reviewing several proposals for new reporting capabilities from BEARS including corridor traffic, collect calls and invoice processing details. This letter contains an updated version of the two "Invoice Number Processing" reports proposed by Tim Yelton of BellSouth Exchange Carrier Relations along with comments from Tim describing the need for and value of these reports. I would like to thank Tim for his efforts to enhance the usefulness of existing CATS/PARIS reports as well as develop new reporting capabilities as proposed in this letter.

Please review this material and pass along your comments to Tim or myself. Please call me on (201-740-4714) if you have any questions.

*Pete*

**Pete Nowak**
**Manager**
**Exchange Carrier Relations**

LOVERN - SUPPLEMENTAL
BRIEF

EXHIBIT M