

# Kansas City Data Center

# Fax

Ⓐ **Southwestern Bell**
**Telephone**

*Facsimile* Cover Sheet

Following is ___28___ page(s) including this page.

If you have transmission problems, please call 816-275-___2716___.

Please deliver this fax to:

Name: _Ron Seigle_ at _____ fax _908-336-6585_

From:

Name: _Brian Irvin_ at _816-275-0197_ fax _____

Thank you

LOVERN - SUPPLEMENTAL
BRIEF

EXHIBIT **N**

# Billing Exchange Accounting Report System (BEARS)

## Project Charter

Prepared By: Brian Irvin

**DATE: FEBRUARY 6, 1995**

# Table Of Contents

TABLE OF CONTENTS                                                     2

INTRODUCTION                                                          4

EXECUTIVE SUMMARY                                                     5

PROJECT DEFINITION                                                    7

    MISSION STATEMENT                                                7
    OBJECTIVES                                                       7
    PROBLEMS BEING RESOLVED                                          7
    CRITICAL SUCCESS FACTORS                                         7
    CONSTRAINTS                                                      8
    BENEFITS                                                         8

✱ PROJECT ORGANIZATION                                               9

    STAKEHOLDERS FOR DEVELOPMENT                                     9
    ROLES                                                            9
    ROLE DEFINITION                                                  9

PROJECT SCOPE                                                        10

    ASSUMPTIONS                                                     10
    ISSUES                                                          11
    CONTEXT DIAGRAM                                                 13
        CONTEXT DIAGRAM DEFINITIONS                             13
    DATA MODEL & DEFINITIONS                                        15
    SYSTEM REQUIREMENTS                                             20
        MESSAGE CRITERIA                                        20
        EDITS                                                  20
        DATA                                                   20
        REPORT NEEDS                                            21

GLOSSARY                                                            22

## APPENDIX

23

CONTEXT DIAGRAM DEFINITION (HOW TO READ)
DATA MODEL DEFINITION (HOW TO READ)                    24
DATA MODEL                                             25
PROJECT SCHEDULE                                       26
                                                       27

# Introduction

The purpose of the project charter is to define the scope of the Billing Exchange Accounting Report System (BEARS) and the approach that will be used to conduct the project. This document is the first major deliverable of the project and sets the stage for future deliverables that will be produced. Variances from the information contained in the project charter must be filtered through the project team for approval and inclusion into the stated requirements of the system.

## Executive Summary

Historically there has been a need to provide for the transfer of revenues generated by certain calling card and third number calls from the billing point to ~~the point due those revenues. Various documents governed this process,~~ beginning with the Division of Revenue process defined in M-284A Volume III, Part 15 and progressing through the CRIS Divestiture Implementation Guide (DIG) Volume C, Part 15, which was replaced by Bellcore practice BR-981-200-110 (CATS). Although there is still a need for this process, there is also a need to handle new services.

In the evolving telecommunications industry, it is generally recognized that new competitive services will continue to be offered. Although there are a number of ways the billing and subsequent exchange of revenue of these services can take place, members of an inter-industry task force recommended that a system be designed to address this process.

Several brainstorming sessions were held to discuss system requirements and desired aspects of the new system called Billing Exchange Accounting Reports System (BEARS). The reports could be designed to provide netting of revenues if requested. This would allow BEARS to facilitate settlements between billing exchange participants. (BCCs) Bellcore Client Companies [Hosts]

BEARS will be designed to provide an optional Billing Charges Matrix with supporting updating mechanism. This capability would allow users to either assess their own billing charges or to request BEARS to calculate their billing charges based on agreements with reciprocating parties.

The input to BEARS could be received from the CMDS (using dedicated or dial-up transmission facilities into CMDS), or directly from sources other than CMDS (e.g., physical tape files). Hosting arrangements would still be possible, if CMDS were used.

The benefits of adding BEARS to the CMDS family of applications include the following. It would make the use of CMDS more attractive because it would provide a centralized reporting function which could reduce the local reporting requirements and potential discrepancies. In addition, while the CATS reporting is limited to intraLATA LEC-transported regulated messages, BEARS could be used for reporting messages and revenues for interexchange carriers messages (interLATA or intraLATA), wireless messages, interactive video transactions, etc., as well as intraLATA LEC messages.

The Customer Billing Advisory Group (CBAG) approved the development of BEARS at their December 8, 1994 conference call.  The objective implementation date is 1/1/96.

# Project Definition

## *Mission Statement*

To develop a system that allows for the reporting of billed and earned revenue of messages exchanged between companies for the purpose of intercompany settlement.

## *Objectives*

Provide the requested billed and earned data or reports to Clients on the date requested as opposed to a predetermined regimented cycle. Standard reports will be available on a calendar month basis or on a customer requested interval.

Be able to process new clients by their effective date in BRADS (TPM) for telephone service providers.

## ✓ *Problems Being Resolved*

Inflexible reporting capabilities of the existing system to handle evolving customer needs. Need reports on a more timely basis. Ability to create ad hoc reports.

✓ Need to provide for a variety of billing charge arrangements.

## *Critical Success Factors*

Agreement on BEARS requirements by the ICS Task Force.

Key issues must be resolved in a timely manner in order to meet agreed upon implementation date, currently targeted as 1/1/96.

Prioritization of project from the METRG (Message Exchange Technical Review Group), which may affect the targeted implementation date of 1/1/96.

A team spirit between all stakeholders that focuses on project objectives. Stakeholders are listed in the Project Organization section of this document.

Bellcore practice must be completed including interface methods.

Awareness and education of all impacted users.

### Constraints

The requirement to use the EMR/EMI format for the processing of messages.

Future services that will use BEARS are unknown at this time and their implementation may require changes to the system.

### Benefits

Identifiable corridor settlement.

Minimized overhead for the owners due to centralized development and processing.

Flexible reporting capabilities for the customer based upon the availability of summarized data.

✓ Customers ability to adjust billing charges based upon agreements with reciprocating parties.

✓ There will be no incremental expense to the direct participants of the current ICS processes.

Error correction capabilities for BEARS rejected data.

## Project Organization

The following is a list of key organizations who will participate in the planning, specification, design, and implementation of the BEARS development effort. Each participant will have varying degrees of responsibilities throughout the development life cycle.

### Stakeholders for Development

Bellcore
ICS Taskforce
Project Team
Kansas City Data Center (KCDC)

### Roles

| | |
|---|---|
| Project Manager: | Bellcore |
| Project Developers: | KCDC |
| Owners, Clients, SMEs, Requirement Providers: | Bell Operating Companies |
| Client: | Independent Telephone Companies, Interexchange Carriers, Certified Local Exchange Carriers |
| Project Team: | Bellcore, ICS Task Force, KCDC |

### Role Definition

| | |
|---|---|
| Client: | Participant within the scope of the system who is willing to pay for use of the system. |
| Owner: | Finances the project |
| Project Developer: | Responsible for the specification, building, testing, and implementation of the system |
| SME: | Subject Matter Expert, provide expertise in system design |
| Project Manager: | Plan, design, coordinate, and monitor BEARS development. |

# Project Scope

## *Assumptions*

The following list of assumptions identifies the premises on which the
foundation of the project is built.

1) Will predominantly receive input and control data from CMDS and
   BRADS respectively.
2) Development and processing will be performed on a mainframe
   platform.
3) Settlement reports with the optional netting of revenue between
   entities will be created.
4) The system will allow for optional amounts for the billing charge.

JUN 08 '95 15:35 FR SWBT/KCDC      816 275 0683 TO ██████████      P.12

*Issues*

1)    The participants will be "telecommunications providers". What is the
      definition of "telecommunications providers"? If all telecommunications
      providers are eligible to participate and if a cable company meets our
      definition, it is possible that they will not use NPA-NXX-line number.
      How should this condition be addressed? **Priority: Closed**

      • Recommendation: Create a unique header/trailer, and possibly
        detail records, that could be used to identify different types of
        providers. Companies that are not telecommunications providers,
        i.e., cable companies, would require a new identifier, in the header.
        Could use ABEC (Alternate Billing Entity Code) or similar code.

      • UPDATE: From ICS Task Force meeting 4/17 - Chicago: Use the
        definition of Telecommunication Service Provider (TSP) from
        Docket 9135 in the B & A order to determine participants. All will
        then have an OCN as identifier.

      • A Telecommunications Service Providers are interexchange
        carriers, operator service providers, enhanced service providers,
        and any other provider of telecommunications services.

2)    How will control information for non-telephone companies be acquired,
      compiled, validated and communicated? What procedural methods will
      be used to update table information.( i.e., billing matrix, concurrence of
      changes through Bellcore or the Participants)? **Priority: Non-
      critical/Closed**

3)    How will shared NPA/NXXs be handled? **Priority: Critical**

      • Proposal:
      • Resolution: Will have to wait until there is an industry resolution.
        The ABS is planning on associating a number (perhaps OCN) with
        each line number and returning that through AMA which can be
        carried forward through all systems.
      • Assign to: ABS. (Line Information Data Base (LIDB) product team
        and ABS already reviewing this).
      • Need by:

4)    Will information carried in the modules need to be reflected on BEARS
      reports? If so, what specific information? Will information carried in the
      modules need to be used as selection criteria to drive messages to BEARS?
      If so, what specific information? **Priority: Non-critical/Closed.**

      • Yes, there is information in Module 001B (End user surcharge) that
        is being used
      • No selection criteria based on modules. Will follow CATS.

5)    Will there be additional edits beyond the CMDS edits? If so, how are
      messages that have been validated and routed by CMDS but tagged in

error by BEARS to be handled?  Returns may be something to consider.
**Priority: Critical**
- Resolution:  These are the additional edits in BEARS:
  a)   RAO number that are not declared in BEARS.  Invalid RAO.
  b)   RAO from and billed in the same region.
  c)   Invalid Message Type - only valid types are 2, 3, or 4.  Exception - Local Settlement Code 6 can have any Message Type.
  d)   Invalid Settlement Code - the only valid codes are 3, 6, 8, 9, G & J.
- Assign to:  ICS Task Force.
- Need by:  At next ICS Task Force meeting.

6) Audit trails?  What happens if a company questions the amount owed?  Is there a need for an outside audit or methods validation capability, etc.?  Should this be a contract issue?  If so, please define.  **Priority: Non-critical/Closed.**
- Resolution:  Since all data must pass through CMDS this is no longer an issue.  New reports will also assist in auditing.
- Assign to:  .
- Need by:  Resolved at April ICS Task Force Meeting, Chicago.

✓ 7) What criteria will be used to identify a CLEC?  **Priority :Critical/Closed.**
- Resolution:  using definition described in issue 1 of TSPs all participants will have an OCN.
- Assign to:  ICS Task Force.
- Need by: Resolved at April ICS Task Force Meeting, Chicago.

8) How do we identify BEARS records?  **Priority:  Critical/Closed.**
- Resolution:  Only 20-20 packs, with Indicator 19 equal to 3, the Record Category not equal to 81, and the CID = 000.
- Need by: Resolved at April ICS Task Force Meeting, Chicago.  Updated at the May ICS Task Force Meeting, Morristown.

9) What type of disaster recovery plan and what level data security is needed?  **Priority:  Non-critical**
- Proposal:  Follow the existing plans for other CMDS systems.
- Assign to:  KCDC.
- Need by:

### Context Diagram



### Context Diagram Definitions
### External Entities

CMDS: (Centralized Message Distribution System) An automated system that distributes message records between participating clients.

BRADS: (Bellcore Rating Administrative Data Systems) A system that maintains and provides company control and identification information.

CLIENT: A participating company involved in inter-company settlement.

ENTITY ADMINISTRATION: A process to maintain the company control and identifying information. A system that is parallel to BRADS that provides information for non-telephone companies.

### Information Flows:

MESSAGES: Represent charges that were incurred by a customer when utilizing a service that needs to be forwarded to billing company.

SUMMARIZED REPORTS: A document that provides clients with billed and earned revenue. BEARS reports are summarized revenue reports that are used by the clients for various purposes, such as journalizing, settling revenues with each other, billing, etc.

SUMMARIZED DATA: A file that provides clients with billed and earned revenue. BEARS summarized data enables the client to analyze this information as they desire.

BRADS CONTROL INFORMATION: Details regarding participating companies' identity and jurisdiction. Examples are NPA/NXX, company code, operating number, state abbreviation, etc.

CONTROL INFORMATION: Control and company identifying information for participants whose information is not in BRADS.

ERROR CORRECTION DATA: Messages that contain errors will be sent back to the Client to be corrected and returned for reprocessing.

*Data Model & Definitions*

The data model can be found in the Appendix.

Entity:    BEARS_RECORD

Description:  Represents charges that were incurred by utilizing a Client service.

Attributes:

*RECORDING_ENTITY* - Office within the Operating Company which recorded the service record.

*RECORD_ID* - Used to identify the type of the record. Consists of CATEGORY, GROUP, and RECORD TYPE and is present on all records. Helps, sometimes, to determine the market segment and radio services originated.

*RECORD_REVISION_IND* - Indicates the existence of a module for the service record. (Indicator 14)

*LOCAL_TAX* - A three position numeric element, in the format $.$$, that contains local tax when such tax is applicable to the amount in the CHARGE element. It is present when INDICATOR 13 - TAX/OTHER LINE CHARGE/UNRATED has a value of 2 or 3.

*STATE_TAX* - A four-position numeric element in the format $$.$$. This element is present when INDICATOR 13 - TAX/OTHER LINE CHARGE/UNRATED LOCAL - contains a value of 1 or 2. STATE TAX is required in all Intrastate Outcollect Messages. If the intrastate message is billed outside the state, the tax is applied to the individual message; if the message is billed within the same state, the tax rate is applied at billing time to the total intrastate toll charges. This element is also used to reflect the amount of tax applicable to the COIN TARIFF AMOUNT on Coin Paid messages. For messages originating in Canada, this field could contain Canadian Federal and/or Provincial Tax.

*CHARGE_AMOUNT* - A seven position numeric element in the format $$$$.$$M. The field contains the amount for which a customer is to be billed (including Other Line Charges), excluding any taxes.

*EARNED_NPA_NXX* - A six position numeric element which contains the Number Plan Area/Numeric Number Exchange (Central Office) or the Entity account number from which the originating rate center is derived.

*BILLED_NPA_NXX* - A six position numeric element which contains the Numbering Plan Area/Numeric Number Exchange

(Central Office) or the Entity account number where the service record is to be billed.

EARNED_CIC - Carrier Identification code.

EARNED_ABEC - Alternate Billing Entity Code

CREDIT_CARD_TYPE - LEC, IEC, or Commercial Credit Card. (Indicator 23)

LATA_ID - A one position numeric element containing the LATA status code.

RADIO_SERVICE_ORIGINATED - Indicates the service record originated from a Radio Service. (Indicator 9)

REGULATION_TYPE_IND - A one position numeric element which describes a service as regulated or non-regulated.

SETTLEMENT_CODE - A one position alphanumeric element used for the classification (i.e. jurisdiction: local, state, federal) of service records and revenues.

MESSAGE_TYPE - A one-position numeric element that identifies the billing arrangement applicable to the transaction. The billing arrangement ex. third number calling card.

RETURN_REBILL - Identifies a record as a return or rebill. (Indicator 3)

ICS_IND - Identifies a service record as an Intercompany Settlement Message. (Indicator 5)

Entity:    BEARS_RECORD_ERROR

Description:  Identified errors for a particular BEARS record.

Entity:    BEARS_RECORD_MODULE

Description:  An extension to a BEARS record which provides a means of communicating information that is specifically tailored to a particular service or application outside of the base record definitions.

Attributes:

LENGTH
ID

Entity:    BEARS_RECORD_VALIDATION_ERROR

Description:  A collection of error conditions that pertain to the BEARS record validation process.

**Entity:**   CLIENT

**Description:**  A participating company involved in the exchange of service records.  Clients are not limited to telephone companies.

**Attributes:**

*TYPE* - EX. Independent, BOC, Cable Company, etc.
*OCN_NAME* - Name of the Client company.
*CLIENT_NUMBER* - A code that identifies the client.  Possible values may be OCN or CIC.

**Entity:**   CLIENT_ARRANGEMENT

**Description:**  Specifies an agreement between reciprocating parties that can include netting arrangements, billable charge amount per message,etc.

**Entity:**   CLIENT_REPORT

**Description:**  Identifies the reports that have been selected by the client.

**Entity:**   ENTITY_ACCOUNT

**Description:**  Control information regarding clients can be provided by Bellcore as part of the BRADS product or the Entity Information.(needs to be clarified 01/20/95 dkk)

**Attributes:**

*STATE_CODE* -
*NPA_NXX*

**Entity:**   LOCATION

**Description:**  Location of the Client which sent the pack and will receive the summary and error reports.

**Attributes:**

*ID* - Identifier of the location, could be a remote ID.
*TYPE* - the type of the location, what it is used for, i.e. remote location, where the info came from, or where the reports go to.

**Entity:**   PACK

Description: A collection of data consisting of a header, trailer and multiple service records.

Attributes:

*TYPE* - A header or trailer record.

*SEND_ENTITY* - The Entity Identifier of the Client who will receive the pack of service records (the physical location). Currently an RAO but due to RAO exhaustion will be changing to something.

*FROM_ENTITY* - The Entity Identifier of the Client who sent the pack service records (the transmitting location). Currently and RAO but due to RAO exhaustion will probably be changing.

*BILLED_ENTITY* - A control field used for invoicing. Currently and RAO but due to RAO exhaustion will probably be changing.

*REVENUE_AMT* - The total revenue amount for the pack.

*DATE* - The date the pack was created.

*INVOICE_NUMBER* - A two position numeric field that identifies a sequentially assigned number in the range of 01 to 99. This number represents a control number that will be identical to the HEADER and TRAILER records in the specific pack.

**Entity:** STANDARD_REPORT

Description: Specifies the base reports that are produced by the BEARS system.

**Entity:** SUMMARIZED_SERVICE

Description: Accumulated amounts used for reporting settlements between clients.

Attributes:

*MESSAGE_TYPE* - A one-position numeric element that identifies the billing arrangement applicable to the transaction, ex. third number calling card

*LATA_ID* - Indicates the LATA type for the service record, e.g. originated and terminated within the same LATA and was carried by an Exchange Carrier, or originated in one LATA and terminated in another and was carried by an Interexchange Carrier. (Indicator 19)

*CREDIT_CARD_TYPE* - LEC, IEC, or Commercial Credit Card. (Indicator 23)

*SUMMARIZED_SVC_TYPE* - Indicates the type of service being summarized, e.q. BOC, BOC radio, Indep., Independent radio

*MARKET_SEGMENT* - Describes an area of service provided. e.g. Directory Assistance, Payphone DA, Payphone LEC, Payphone IC, Payphone Cust, Set Use Fee, Vendor Charge, Mobile, Information Provider, Res/Bus.

*RECORDING_ENTITY* -

*EARNED_STATE* - The state in which the revenue for the service record was earned.

*BILLED_STATE* - A two position alpha element which contains the state abbreviation associated with the billing number.

*EARNED_ENTITY_ACCOUNT* - The entity identifier of the client that earned the revenue for the service record. Currently the Operating Company Number.

*BILLED_ENTITY_ACCOUNT* - A four position numeric element which contains the identifier of the client (currently an Operating Company Number) of the billing number.

*STATE_TYPE* - A one position numeric indicating whether the service was Inter/Intra state.

*CHARGE_AMT* -

*PROCESSED_MMYY* - Processing month and year.

*STATE_TAX_AMT* - The summarized State Tax amount.

*LOCAL_TAX_AMT* - The summarized Local Tax amount.

*MESSAGE_QUANTITY* - The count of the total number of service records.

*REGULATION_TYPE_IND* - A one position numeric element which describes a service as regulated or non-regulated.

*SETTLEMENT_CODE* - A one position alphanumeric element used for the classification (i.e. jurisdiction: local, state, federal) of service records and revenues.

*RECORD_ID* - Used to identify the type of the record. Consists of CATEGORY, GROUP, and RECORD TYPE and is present on all records. Helps, sometimes, to determine the market segment and radio services originated.

*RETURN_REBILL* - Identifies a record as a return or rebill. (Indicator 3)

*System Requirements*

## Message Criteria

The messages must be included in 20-20-XX  The 20-20-XX pack will set indicator 19 to 3, the Record Category will not be 81, and the CID will be 000 (see related issue #8).

## Edits

The following edit will be in BEARS:

a) RAO number that are not declared in BEARS.  Invalid RAO.
b) RAO from and billed in the same region.
c) Invalid Message Type - only valid types are 2, 3, or 4.  Exception - Local Settlement Code 6 can have any Message Type.
d) Invalid Settlement Code - the only valid codes are 3, 6, 8, 9, G & J.

Error records will be returned to the client to be corrected and resent for processing.  Further details are necessary.

## Data

Level of summarization.  The level of summarization will determine the reporting capabilities of the system.  The following criteria from the messages will be used to populate the standard reports:

| | |
|---|---|
| Interstate | indicated by a non-numeric SETTLEMENT_CODE. |
| Intrastate | indicated by a numeric SETTLEMENT_CODE. |
| InterLATA | indicated by IND_19 equal to 3. |
| IntraLATA | indicated by IND_19 equal to 1. |
| LocalLATA | indicated by SETTLEMENT_CODE equal to 6. |
| Directory Assistance | when RECORD_TYPE = 32 and IND_01 is not equal to 1, 7 or 8 and IND_16 is not equal to 2, 6 or 7. |
| Payphone DA | when RECORD_TYPE = 32 and IND_01 is equal to 1, 7 or 8 or IND_16 is equal to 2, 6 or 7. |
| Payphone LEC | when IND_01 is equal to 1 or IND_16 is equal to 2, 6 or 7. |
| Payphone IC | when IND_01 is equal to 7. |
| Payphone CUST | when IND_01 is equal to 8. |
| Set Use Fee | when SURCHARGE_TYPE contained in '001B' module is equal to 7. |

| Vendor Charge | when SURCHARGE_TYPE contained in '001B' module is equal to 2. |
| Mobile | when IND_09 is equal to 1 or 2 or IND_10 is equal to 1 or 2. |
| Info Provider | when RECORD_ID is equal to 010116 or 100116. |
| Res/Bus | all other situations. |

| IND_01 | Coin / Hotel - Motel - Hospital - University Dorm RoomOUTWATS Out of Band |
| IND_09 | Radio Services Originated |
| IND_10 | Radio Services Terminated |
| IND_11 | Billing Number Characteristics |
| IND_16 | Part Charge / Specialized Calling |
| IND_19 | LATA_ID |

## Report Needs

1. Need settlement reports with optional user defined billing charge.
2. Report regulated versus non-regulated.
3. Optionally produce standard reports based on calendar month.
4. Standard reports will be defined by PARIS documentation.

## Glossary

**Summarized Data**  Summarized data for a given entity as it relates to other entities.  Data will be available by each service and will be accumulated on a month-to-date basis.

## Appendix

*Context Diagram Definition (how to read)*

# CONTEXT DIAGRAM



**REPRESENTS THE "BUSINESS SCOPE" OF A PROJECT.**

**THE DIAGRAM CAPTURES THE PRIMARY BUSINESS ACTIVITY
IN TERMS OF NEEDS AND RESPONSIBILITY OF STAKEHOLDERS.
STAKEHOLDERS ARE REPRESENTED AS PEOPLE, ORGANIZATIONS,
AND SYSTEMS THAT INTERACT WITH THAT ACTIVITY.**

# CONTEXT DIAGRAM
# NOTATION



REPRESENTS A SINGLE FUNCTION THAT
BROADLY DESCRIBES THE 'SCOPE' OF
THE PROJECT

REPRESENTS EXTERNAL ORGANIZATIONS,
SYSTEMS, OR PEOPLE AS STAKEHOLDERS THAT
PROVIDE INFORMATION TO AND RECEIVE
INFORMATION FROM A CONTEXT LEVEL
BUSINESS ACTIVITY

REPRESENTS AN INFORMATION NEED OR A
RESPONSIBILITY TO SUPPLY INFORMATION TO
STAKEHOLDERS.
ARROWS INDICATE AN INFORMATION FLOW
AND DIRECTION OF FLOW

*Data Model Definition (how to read)*

# ENTITY RELATIONSHIP DIAGRAM



**WHAT 'THINGS' DO YOU WORK WITH?
AND
ARE THESE THINGS RELATED?**

# ERD NOTATION



| | | |
|---|---|---|
| **ENTITY TYPE** | A 'THING' OF INTEREST TO BUSINESS | **CARDINALITY** DESCRIBES HOW OFTEN ENTITY OCCURENCES ARE RELATED. CROWSFOOT MEANS MANY |
| | | STRAIGHT LINE MEANS ONE |
| **RELATION** | BUSINESS REASON WHY THINGS OR ENTITY TYPES ARE CONNECTED | **OPTIONALITY** 'O' MEANS SOMETIMES SOLID LINE MEANS ALWAYS |

Last update:  6/6/95                    25

JUN-06-'95 05:37 FROM-GSA-DC     Case 1:05-cv-02102-EGS   Document 313-145   Filed 01/02/2008   Page 27 of 29



**BILLING EXCHANGE ACCOUNTING REPORT SYSTEM (BEARS)**

| ID | Task Name | Duration | Start | Finish | Predecessors | Resource Names |
|----|-----------|----------|-------|--------|--------------|----------------|
| 1 | Project Approval | 1d | Thu 12/8/94 | Thu 12/8/94 | | CBAG |
| 2 | Develop Project Charter | 36d | Wed 1/18/95 | Wed 3/8/95 | | Project Team |
| 3 | Review Work Done to Date | 2d | Wed 1/18/95 | Thu 1/19/95 | | |
| 4 | Document | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 5 | Exec Summary | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 6 | Project Definition | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 7 | Project Scope | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 8 | Glossary | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 9 | Context Diagram | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 10 | Data Model | 36d | Wed 1/18/95 | Wed 3/8/95 | | |
| 11 | Meet to Review Charter | 2d | Wed 2/15/95 | Thu 2/16/95 | | |
| 12 | Make Revisions (as needed) | 13d | Mon 2/20/95 | Wed 3/8/95 | 11 | |
| 13 | Develop Detail Requirements | 2d | Wed 2/15/95 | Thu 2/16/95 | | |
| 14 | Distribute Charter to Customers | 1d | Wed 3/8/95 | Wed 3/8/95 | | |
| 15 | Meet with Customer | 12d | Thu 4/6/95 | Fri 4/21/95 | | |
| 16 | Make Updates to Charter | 2d | Thu 4/6/95 | Fri 4/7/95 | | |
| 17 | Document Action Steps | 2d | Thu 4/6/95 | Fri 4/7/95 | | |
| 18 | Gain Final Approval of Requirements | 2d | Thu 4/6/95 | Fri 4/7/95 | | |
| 19 | Prioritize and Schedule Development | 2d | Thu 4/6/95 | Fri 4/7/95 | | |
| 20 | Distribute Updated Charter | 12d | Thu 4/6/95 | Fri 4/21/95 | | |
| 21 | Allocate Resources | 1d | Mon 4/10/95 | Mon 4/10/95 | 18,19 | |
| 22 | Design Work | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 23 | Refine Data Model | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 24 | Refine Process Model | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 25 | File Design | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 26 | Application Structure | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 27 | Presentation Services | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 28 | Determine Language | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 29 | Determine Technologies | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 30 | Security & Data Integrity | 66d | Mon 5/1/95 | Mon 7/31/95 | | |
| 31 | Code | 66d | Tue 8/1/95 | Tue 10/31/95 | | |
| 32 | Develop Plan | 66d | Tue 8/1/95 | Tue 10/31/95 | | |
| 33 | Unit Test | 66d | Tue 8/1/95 | Tue 10/31/95 | | |
| 34 | Code Review | 66d | Tue 8/1/95 | Tue 10/31/95 | | |

| | Task | Duration | Start | Finish | Predecessors | Resource Names |
|---|---|---|---|---|---|---|
| 36 | Develop Test Plan | 55d | Mon 9/18/95 | Fri 12/1/95 | | |
| 37 | Define Acceptance Criteria | 55d | Mon 9/18/95 | Fri 12/1/95 | | |
| 38 | User Test | 55d | Mon 9/18/95 | Fri 12/1/95 | | |
| 39 | Implementation | 55d | Mon 9/18/95 | Fri 12/1/95 | | |
| 40 | Develop Implementation Plan | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 41 | File Conversions | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 42 | File Creation | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 43 | Create Jobbooks | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 44 | Coordinate with Operations | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 45 | Schedule in CA7 | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 46 | Provide Operational Training | 15d | Mon 12/4/95 | Fri 12/22/95 | | |
| 47 | Bellcore Practice | 88d | Tue 8/1/95 | Thu 11/30/95 | | |
| 48 | Responsibilities | 88d | Tue 8/1/95 | Thu 11/30/95 | | RS |
| 49 | Back-up/archival requirements | 88d | Tue 8/1/95 | Thu 11/30/95 | | |
| 50 | Customer Interfaces | 88d | Tue 8/1/95 | Thu 11/30/95 | | |
| 51 | Legal Review | 88d | Tue 8/1/95 | Thu 11/30/95 | | |
| 52 | Customer Service Requirements | 88d | Tue 8/1/95 | Thu 11/30/95 | | |
| 53 | Post Implementation Review | 24d | Mon 1/1/96 | Thu 2/1/96 | | |
| 54 | On-going Issues | 1d | Thu 12/8/94 | Thu 12/8/94 | | |