
AT&T

# ESRD ISSUE 4

Revision 1, April 1992
Revision 2, June 1993
Revision 3, April 1994

LeVERN - Supplemental
BRIEF

EXHIBIT O

DOC # 788-201-100-ADD01

AT&T EXCHANGE MESSAGE INTERFACE
EXCHANGE STANDARDS REFERENCE DOCUMENT
ISSUE 4
OCTOBER 31, 1991
REVISION 2
JUNE, 1993

ANNE DALY
290 DAVIDSON AVE
ROOM W4F052
SOMERSET, NJ 08875
(908) 805-1054

SUSAN RODRIGUEZ
290 DAVIDSON AVE
ROOM W4F033
SOMERSET, NJ 08875
(908) 805-1666

DEBORAH ALVAREZ
290 DAVIDSON AVE
ROOM W4H038
SOMERSET, NJ 08875
(908) 805-1772

To obtain copies of the Exchange Standards Reference Document, contact the Customer Information Center on (800) 432-6600 and specify Document #788-201-100.

For anyone needing a copy of Revision 2, June 1993, specify Document #788-201-100-ADD01.

The CIC will maintain your information on a master distribution list in order for you to automatically receive any reissues or updates to the ESRD.

AT&T - PROPRIETARY
Use pursuant to Company instructions

# Table of Contents

SECTION 1 - OVERVIEW

| | | |
|---|---|---|
| 1.1 | General | 1.1 |
| 1.2 | Intent | 1.1 |
| 1.3 | Document Content | 1.2 |

SECTION 2 - SUMMARIZED LIST OF EMI RECORDS USED BY AT&T

| | | |
|---|---|---|
| 2.1 | General | 2.1 |
| 2.2 | Message Type Identification Elements | 2.1 |
| 2.3 | Quick Reference EMI Identification Element Combinations | 2.5 |

SECTION 3 - DATA ELEMENTS AND DEFINITIONS

| | | |
|---|---|---|
| 3.1 | General | 3.1 |
| | 3.1.1 Field Name Definitions and Edits | 3.1 |

SECTION 4 - EMI RECORD LAYOUTS - NON INVOICE DERIVED BILLING

| | | |
|---|---|---|
| 4.1 | General | 4.1 |
| | Category 01 | 4.3 |
| | Category 03 | 4.93 |
| | Category 09 | 4.166 |
| | Category 20 | 4.167 |
| | Category 34 | 4.171 |
| | Category 41 | 4.180 |
| | Category 51 | 4.202 |
| | Category 71 | 4.204 |

AT&T - PROPRIETARY
Use pursuant to Company instructions

# Table of Contents

**SECTION 5 - EMI RECORD LAYOUTS - INVOICE DERIVED BILLING**

| | | |
|---|---|---|
| 5.1 | General | 5.1 |
| | Category 01 | 5.3 |
| | Category 20 | 5.6 |
| | Category 43 | 5.10 |
| | Category 49 | 5.12 |
| | Category 81 | 5.13 |
| | Category 82 | 5.14 |

**SECTION 6 - EXCHANGE MESSAGE MODULES (CURRENTLY IN USE)**

| | | |
|---|---|---|
| 6.1 | General | 6.1 |
| 6.2 | Module Components | 6.1 |
| 6.3 | Module Guidelines | 6.2 |
| 6.4 | Module Criteria | 6.2 |
| | EMI Module 004A (Commercial Credit Card) | 6.3 |
| | EMI Module 009A (Service Module) | 6.4 |
| | EMI Module 011A (Customer Association) | 6.5 |
| | EMI Module 999A (End of Module) | 6.7 |

**SECTION 7 - GLOSSARY OF ACRONYMS AND ABBREVIATIONS**

| FIELD NAME | FIELD POSITION | DATA LENGTH | DATA TYPE |
|---|---|---|---|
| INDICATOR 18 MULTIPLE RATE PERIODS/ATTEMPTS | 99 | 1 | N |

**INDUSTRY DEFINITION:**

| VALUES | INDICATES | DEFINITION |
|---|---|---|
| 1 | MULTI RATE PERIOD MESSAGE | Indicates that the message started in one RATE PERIOD (starting Rate Period denoted in position 78) and terminated in a subsequent Rate Period. |
| 2 | ATTEMPT MESSAGE | Indicates the call was not completed because of a don't answer, busy, etc. However, the message may or may not be billable. |
| 3 | MULTI RATE PERIOD ATTEMPT MESSAGE | Indicates a combination of 1 and 2 above. |

**AT&T ENHANCED DEFINITION:** AT&T populates value 1 to identify RATE PERIOD bridging which is applicable to rated messages only.

**DETAILS OF VALUES RELATING TO SPECIFIC SERVICES:** For ROSS, values 0 or 1 could apply

**INBOUND:** This field must be numeric.

**OUTBOUND:** For IDB, if indicator 18 = 1 and Category is equal to 81, then indicator 5 must be equal to a 3 or 4, for the OCP applicable part of the call.

AT&T – PROPRIETARY  
Use pursuant to Company instructions

AT&T EXCHANGE MESSAGE INTERFACE  
EXCHANGE STANDARDS REFERENCE DOCUMENT

ISSUE 4, OCTOBER 31, 1991  
REVISION 2, JUNE 25, 1993

| FIELD NAME | FIELD POSITION | DATA LENGTH | DATA TYPE |
|---|---|---|---|
| INDICATOR 19 IATA IDENTIFIER | 100 | 1 | N |

**INDUSTRY DEFINITION:**

| VALUES | INDICATES | DEFINITION |
|---|---|---|
| 0 | NOT APPLICABLE | Valid only for Unrated Message (Category 10), Telegram Charge (01-01-14), Summary Non-Detail Credit (41-50-01), Summary Non-Detail Charge (42-50-01) and Summary Post Billing Adjustment Non Detail (45-50-01) records. |
| 1 | INTRALATA - EXCHANGE CARRIER MESSAGE | Indicates that the message originated and terminated within the same Local Access Transport Area (LATA) and was carried by an Exchange Carrier (EC). Revenue belongs to the Exchange Carrier. |
| 2 | INTERLATA - INTEREXCHANGE CARRIER MESSAGE | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Interexchange. Revenue belongs to the Interexchange Carrier (IC). |
| 3 | INTERLATA - EXCHANGE CARRIER MESSAGE | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Exchange Carrier (e.g., Corridor Traffic). Revenue belongs to the Exchange Carrier. |
| 4 | INTERLATA - EXCHANGE CARRIER MESSAGE PURCHASED BY INTEREXCHANGE CARRIER | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Exchange Carrier (e.g., Corridor traffic). However, the revenue belongs to an Interexchange Carrier due to purchase of accounts receivable agreement. (See Note). |

AT&T EXCHANGE MESSAGE INTERFACE  
EXCHANGE STANDARDS REFERENCE DOCUMENT

ISSUE 4, OCTOBER 31, 1991  
REVISION 2, JUNE 25, 1993

| FIELD NAME | FIELD POSITION | DATA LENGTH | DATA TYPE |
|---|---|---|---|
| INDICATOR 19 LATA IDENTIFIER (Cont'd) | 100 | 1 | N |

| VALUES | INDICATES | DEFINITION |
|---|---|---|
| 5 | INTRALATA – INTEREXCHANGE CARRIER MESSAGE | Indicates that the message originated and terminated within the same LATA and was carried by an Interexchange Carrier. Revenue belongs to the Interexchange Carrier. |
| 6 | INTRALATA – EXCHANGE CARRIER MESSAGE PURCHASED BY INTEREXCHANGE CARRIER | Indicates that the message originated and terminated within the same LATA and was carried by an Exchange Carrier. However, the revenue belongs to the Interexchange Carrier due to purchase of accounts receivable agreement. (See Note) |
| 7 | INTRALATA – INTEREXCHANGE CARRIER MESSAGE PURCHASED BY EXCHANGE CARRIER | Indicates that the message originated and terminated within the same LATA and was carried by an Interexchange Carrier. However, the revenue belongs to an Exchange Carrier due to purchase of accounts receivable agreement. (See Note). |
| 8 | INTERLATA – INTEREXCHANGE CARRIER MESSAGE PURCHASED BY EXCHANGE CARRIER | Indicates that the message originated in one LATA and terminated in another LATA and was carried by an Interexchange Carrier. However, the revenue belongs to an Exchange Carrier due to purchase of accounts receivable agreement. (See Note). |

| AT&T EXCHANGE MESSAGE INTERFACE | ISSUE 4, OCTOBER 31, 1991 |
| EXCHANGE STANDARDS REFERENCE DOCUMENT | REVISION 2, JUNE 25, 1993 |

| FIELD NAME | FIELD POSITION | DATA LENGTH | DATA TYPE |
|---|---|---|---|
| INDICATOR 19 | 100 | 1 | N |

**LATA IDENTIFIER (Cont'd)**

**AT&T ENHANCED DEFINITION:** Indicates whether a message is IntraLATA or InterLATA.

**DETAILS OF VALUES RELATING TO SPECIFIC SERVICES:** For ROSS, values 0,2, or 5 could apply
For COMPIS, values 0,1,2,3, or 5 could apply
Also, for COMPIS rated records which are Exchange Carrier Traffic, there will be a value of 000 in the Carrier ID field. These records are for Mobile and Radio Link usage and are 01-01-33, 01-02-33, 01-01-81 and 01-02-81. When the Carrier ID is defaulted to zeros, the Lata Identifier (Indicator 19) will be populated with a value of 1.

*[handwritten annotation: Cn. R/c, 000, with arrow pointing to text]*

**NOTE:** Values 7 & 8 were requested by AT&T. Value 4, 6, 7, & 8 support the purchase of accounts receivable under Mutual Card Honoring Agreements.

**INBOUND:** This field must be numeric.

**OUTBOUND:** Will be populated.