**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | ) |
|                 Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
|                 Defendants. | ) |
| United States of America, | ) |
|                 Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
|                 Defendants. | ) |

**ORDER DENYING ACTel's MOTION FOR LEAVE TO SUPPLEMENT RECORD**

Upon consideration of ACTel's Motion for Leave to Supplement Record and Memorandum of Points and Authorities in Support, as well as the record herein, it is hereby

**ORDERED** that ACTel's Motion for Leave to Supplement Record is **DENIED.**

Dated: _____                    _____
                                                                  UNITED STATES DISTRICT JUDGE