**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| Defendants. ) | |

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| Defendants. ) | |

**UNITED STATES' OPPOSITION TO MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL EVIDENTIARY BRIEF BY MICHAEL LOVERN, SR., ET AL**

The United States opposes the motion of Michael Lovern, Sr. to file supplemental materials in these proceedings.[1]  As the United States has explained in previous filings, Mr.

---

[1] As in his previous filings, Mr. Lovern purports to file his motion on behalf of National Teleprocessing, Inc. and American TeleDial Corp., companies he allegedly founded.  Motion for Leave of Court to File Supplemental Evidentiary Brief by Michael Lovern, Sr., et al at 24 (Oct. 12, 2006) ("Lovern Motion").  It is our understanding that Mr. Lovern is not licensed to practice law in the District of Columbia, and thus may not represent these corporations here.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993).

Lovern's claims are completely unrelated to the issues before the Court.[2]

## Conclusion

The Court should deny Mr. Lovern's Motion for Leave of Court to File Supplemental Evidentiary Brief.

Respectfully submitted,

         /s/
Laury E. Bobbish
Assistant Chief

         /s/
Claude F. Scott, Jr. (D.C. Bar No. 414906)
Jared A. Hughes

Trial Attorneys

Telecommunications and Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Dated: October 26, 2006

---

[2] *See* Opposition of the United States to Michael Lovern, Sr.'s Motion for *Amicus Curiae* Status and Intervenor Status (May 23, 2006); Opposition of the United States to Michael Lovern's Motion for Leave to File Motion for Reconsideration (Aug. 2, 2006).

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of October, 2006, I caused a copy of the foregoing United States' Opposition to Motion for Leave of Court to File Supplemental Evidentiary Brief by Michael Lovern, Sr., et al, to be mailed, by U.S. mail, postage prepaid, to the movant listed below:

Michael Lovern, Sr.
3713 Parke Drive
Edgewater, Maryland 21037
(206) 202-9074

                                                  /s/
                                       Jared A. Hughes
                                       Attorney, Telecom & Media
                                       Antitrust Division
                                       U.S. Department of Justice
                                       City Center Building
                                       1401 H Street, N.W., Suite 8000
                                       Washington, D.C. 20530