IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02102 (EGS)<br>)<br>) |
| Plaintiff, | |
| v. | |
| SBC Communications, Inc. and AT&T Corp., | |
| Defendants. | |
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02103 (EGS)<br>)<br>) |
| Plaintiff, | |
| v. | |
| Verizon Communications Inc. and MCI, Inc., | |
| Defendants. | |

**UNITED STATES' NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing under seal its Reply to Allegations Made by Amici at November 30, 2006 Hearing. This Reply is being filed with permission of the Court, as granted at the November 30, 2006 hearing, and consists of a brief and a chart.

        Respectfully submitted,

        _____/s/_____
        Laury E. Bobbish
        Assistant Chief

        _____/s/_____
        Claude F. Scott, Jr. (D.C. Bar No. 414906)
        John M. Snyder (D.C. Bar No. 456921)
        Jared A. Hughes
        Trial Attorneys

        Telecommunications & Media Section
        Antitrust Division
        U.S. Department of Justice
        1401 H Street, N.W., Suite 8000
        Washington, D.C. 20530
        (202) 514-5621
        Attorneys for the United States

Date: December 13, 2006