**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |

**NOTICE OF FILING OF REDACTED RESPONSE TO THE UNITED STATES' REPLY
TO ALLEGATIONS MADE BY AMICI AT NOVEMBER 30, 2006 HEARING**

Pursuant to Local Rule 5.4(e)(1) and the Court's Order of August 4, 2006 notice is hereby given that the Alliance for Competition in Telecommunications (ACTel), COMPTEL, the National Association of State Utility Consumer Advocates, the New Jersey Division of the Ratepayer Advocate, and Sprint Nextel Corp. are filing the Redacted Response to the United States' Reply to Allegations Made By Amici at November 30, 2006.  The Response consists of a redacted memorandum and two supporting exhibits.

Dated December 29, 2006.

            Respectfully submitted,

            _____/s/_____

            Gary Reback (Bar No. 218594)
            Carr & Ferrell LLP
            2200 Geng Road
            Palo Alto, CA  94303
            650-812-3489 (phone)
            650-812-3444 (facsimile)
            greback@carrferrell.com

            Thomas Cohen (Bar No. 269332)
            Kelley Drye & Warren, LLP
            3050 K Street, N.W., Suite 400
            Washington, D.C. 20005
            (202) 342-8400 (phone)
            (202) 342-8451 (facsimile)
            tcohen@kelleydrye.com

            *Attorneys for the Alliance for Competition in Telecommunications*

            Jonathan D. Lee (Bar No. 435586)
            General Counsel
            COMPTEL
            900 17th Street N.W., Suite 400
            Washington, DC 20006
            202-296-6650 (phone)

202-296-7585 (facsimile)
jlee@comptel.org

*Attorney for COMPTEL*

Kathleen F. O'Reilly (Bar No. 056390)
Counsel to NASUCA
414 "A" Street, SE
Washington, D.C. 20003
202-543-5068 (phone)
202-546-8395 (facsimile)
kforeilly@igc.org

David C. Bergmann
Chair, NASUCA Telecommunications Committee
Assistant Consumers' Counsel
Office of the Ohio Consumers' Counsel
10 West Broad Street, Suite 1800
Columbus, OH 43215
614-466-8574 (phone)
614-466-9475 (facsimile)
bergmann@occ.state.oh.us

*Attorneys for NASUCA*

Christopher J. White (Bar No. 967919)
Deputy Public Advocate
Division of the Rate Counsel
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101
973-648-7575 (phone)
973-624-1047

*Counsel for the New Jersey Division
of Rate Counsel*

Christopher J. Wright (Bar No. 367384)
Timothy J. Simeone (Bar No. 453700)
Harris, Wiltshire & Grannis LLP
1200 Eighteenth Street N.W., 12th Floor
Washington, DC 20036
202-730-1300 (phone)

*Counsel for Sprint Nextel Corporation*

3