**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>        Plaintiff,     )<br>            )<br>   v.            )<br>            )<br>SBC COMMUNICATIONS, INC. and    )<br>AT&T CORP.,    )<br>        Defendants.    )  | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,    )<br>   v.    )<br>VERIZON COMMUNICATIONS, INC.    )<br>and MCI, INC.,    )<br>        Defendants.    ) | Civil Action No. 1:05CV02103 (EGS) |

**ORDER GRANTING**
**MOTION TO SUPPLEMENT SPRINT NEXTEL CORPORATION'S**
**RESPONSE TO THE UNITED STATES' REPLY**
**TO ALLEGATIONS MADE BY AMICI AT NOVEMBER 30, 2006 HEARING**

Upon consideration of the motion of Sprint Nextel Corporation dated January 4, 2007, and any opposition to it, it is

**ORDERED** that the motion to supplement Sprint Nextel's response is granted.

_____
Emmet G. Sullivan
Dated: _____, 2007       United States District Judge