**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>      v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>                Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>      v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>                Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**ERRATA**

The attached Exhibit B replaces Exhibit B in the Motion to Supplement Sprint Nextel Corporation's Response to the United States' Reply to Allegations Made by Amici at November 30, 2006 Hearing, docket number 224 in case 1:05CV02102 (EGS). The exhibit as originally filed was truncated following the Joint Statement of Chairman Kevin J. Martin and Commissioner Deborah Taylor Tate. The attached exhibit contains the statements of Commissioners Copps and Adelstein cited in Sprint Nextel Corporation's motion.

                    Respectfully submitted,

                    ___/s/_____
                    Christopher J. Wright
                          D.C. Bar No. 367384
                    Timothy J. Simeone
                          D.C. Bar No. 453700
                    Joseph C. Cavender
                          D.C. Bar No. 499613
                    Harris, Wiltshire & Grannis LLP
                    1200 Eighteenth Street, N.W, 12th Floor
                    Washington, D.C. 20036
                    (202) 730-1300

January 4, 2006                  *Counsel for Sprint Nextel Corporation*