AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

USA )
Plaintiff(s) )
) **APPEARANCE**
)
vs. )
SBC Communications et ano. ) **CASE NUMBER**
Verizon Communications et ano. )
Defendant(s) ) 1:05CV02102 (EGS)
) 1:05CV02103 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jeremy KASHA__ as counsel in this
(Attorney's Name)

case for: __Attorney General of the State of New York__
(Name of party or parties)

__3-9-07__  
Date

__(signature)__  
Signature

__N/A__  
BAR IDENTIFICATION

__Jeremy R. KASHA__  
Print Name

__120 Broadway, 26TH Fl.__  
Address

__New York   NY   10271__  
City    State    Zip Code

__212 416-8277__  
Phone Number