AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

USA

Plaintiff(s)

vs.

SBC Communications et mo,
Verizon Communications et mo

Defendant(s)

**APPEARANCE**

CASE NUMBER 1:05CV 02102 (EGS)

1:05CV02103 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of Mary Ellen Burns as counsel in this
(Attorney's Name)

case for: Attorney General of the State of New York
(Name of party or parties)

and substituting for Jay L. Himes as Lead Counsel.

3/12/07
Date

Signature: Mary Ellen Burns

N/A
BAR IDENTIFICATION

Print Name: Mary Ellen Burns

Address: 120 Broadway, 25th Fl.

City: New York  State: NY  Zip Code: 10271

Phone Number: 212 416-8333