IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil action No. 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SBC COMMUNICATIONS, INC. | ) | |
| | ) | |
| and | ) | **NOTICE OF WITHDRAWAL OF** |
| | ) | **APPEARANCE BY JAY L. HIMES** |
| AT&T CORP. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05CV02103 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON COMMUNICATIONS INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MCI, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that, pursuant to Civil L. R. 83.6(b), counsel for *amicus curiae* Attorney General of the State of New York, Jay L. Himes, withdraws his appearance in the above-captioned matters. Mary Ellen Burns of the Office of the New York Attorney General has filed an appearance and will henceforth serve as Lead Counsel for the Attorney General of the State of New York. All notices and Orders should be directed to Mary Ellen Burns, as well as to Jeremy R. Kasha and Keith Gordon of the Office of the Attorney General of the State of New York who have likewise filed notices of appearance in these matters.

Dated: New York, New York
March 15, 2007

                                  Respectfully Submitted,

                                  By: _____
                                       Jay L. Himes
                                       Chief, Antitrust Bureau
                                       Office of the New York Attorney General

120 Broadway
New York, NY 10271
Tel No.: (212) 416-8262
Fax No.: (212) 416-6015
Bar Identification No.: n/a