AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

USA ) 
    Plaintiff(s) )   **APPEARANCE**
)
vs. )
SBC Communications et ano, )   CASE NUMBER  1:05CV02102 (EGS)
VERIZON Communications et ano. )   1:05CV02103 (EGS)
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of:  Keith Gordon  as counsel in this
      (Attorney's Name)

case for:  State of New York
      (Name of party or parties)

2/23/07
Date

_____
BAR IDENTIFICATION

_Keith H Gordon_
Signature

Keith Gordon
Print Name

120 Broadway, 7th Floor
Address

New York, NY 10271-0332
City    State    Zip Code

212   416
Phone Number