**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 05-2102 (EGS) | |
| v. ) | |
| ) | |
| SBC COMMUNICATIONS, INC. and ) | |
| AT&T CORP., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 05-2103 (EGS) | |
| v. ) | |
| ) | |
| VERIZON COMMUNICATIONS, INC. ) | |
| and MCI, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated in the accompanying Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for entry of final judgments in both cases is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          March 29, 2007**

1