IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:05CV02102 (EGS) |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Joint Motion by Michael Lovern, Sr. ("MLS"), National TeleProcessing, Inc.("NTI") and American TeleDial Corp. ("ATC") (collectively ("Joint Movants") for Leave to Intervene For Purposes of Appeal, and of the Memorandum of Points and Authorities submitted in support thereof, and good cause having been shown therefore, it is this ___ day of May, 2007, hereby **ORDERED** that the Joint Motion be and hereby is **GRANTED.**

Joint Movants are added as Intervenor Parties to the captioned civil action solely for purposes of appealing this Court's March 30, 2007, Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

(2)