**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
|                     Plaintiff, ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. ) | |
| SBC Communications, Inc. and AT&T Corp., ) | |
|                     Defendants. ) | |
| United States of America, ) | |
|                     Plaintiff, ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. ) | |
| Verizon Communications Inc. and MCI, Inc., ) | |
|                     Defendants. ) | |

**ORDER DENYING MOTION BY MICHAEL LOVERN, SR., ET AL, FOR LEAVE TO INTERVENE FOR PURPOSES OF APPEAL**

Upon consideration of the Motion by Michael Lovern, Sr., et al, for Leave to Intervene for Purposes of Appeal, as well as the record herein, it is hereby **ORDERED** that the Motion by Michael Lovern, Sr., et al, for Leave to Intervene for Purposes of Appeal is **DENIED.**

Dated: _____            _____
                                                   UNITED STATES DISTRICT JUDGE