IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>    Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**AT&T INC.'S OPPOSITION TO MICHAEL LOVERN, SR. ET AL'S
MOTION FOR LEAVE TO INTERVENE FOR PURPOSES OF APPEAL**

AT&T Inc. opposes Mr. Lovern's most recent motion to intervene for the purposes of appeal because his alleged interests have nothing to do with this case. The Court previously properly denied Mr. Lovern's request to intervene "because Michael Lovern's matters are beyond the scope of these proceedings." Order, Feb. 21, 2007. Mr. Lovern's purported fifteen-year-old dispute over "contract revenue," Lovern Mem. at 8, also does not satisfy the Federal Rule requirements for intervention on appeal because it is neither an interest that these proceedings impair his ability to protect, nor a claim or defense that presents common questions

of fact or law with this matter.  Fed. R. Civ. Pro. 24(a)(2) & (b)(2); *Massachusetts School of Law v. United States*, 118 F.3d 776, 780, 782 (D.C. Cir. 1997) (requiring intervenor to possess sufficient interest in matter on appeal); *Commonwealth of Massachusetts v. Microsoft Corp.*, 373 F.3d 1199, 1234 (D.C. Cir. 2004) (same).  As Mr. Lovern's brief admits, "[t]he Government did not raise the issue" of Mr. Lovern's ancient contract dispute in its Complaint, and thus it falls completely outside the scope of the Court's public interest inquiry.  *Id.*; Lovern Mem. at 16.  Because he fails to meet the requirements for intervention on appeal, Mr. Lovern's motion should be denied.

                Respectfully submitted,

                  /s/  Wilma A. Lewis
                Wilma A. Lewis (D.C. Bar No. 358637)
                Wm. Randolph Smith (D.C. Bar No. 356402)

                **CROWELL & MORING LLP**
                1001 Pennsylvania Avenue, N.W.
                Washington, DC  20004
                Telephone:  (202) 624-2500
                Facsimile:  (202) 628-5116

                Counsel for Defendant AT&T Inc.

Dated:  May 8, 2007

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this 8th day of May, 2007, a true and correct copy of AT&T Inc.'s Opposition to Motion by Michael Lovern, Sr. et al's Motion for Leave to Intervene for Purposes of Appeal was sent by first class mail, postage prepaid, to the following:

Michael Lovern
3713 Parke Drive
Edgewater, Maryland  21037
(206) 202-9074

                                                                 /s/  Valerie Hinko