IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:05CV02103 (EGS) |
| Verizon Communications, Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Michael Lovern, Sr., et al.'s Motion for Leave to Intervene for Purposes of Appeal, related documents, and the entire record herein, it is hereby ORDERED that Michael Lovern, Sr.'s, motion is DENIED.

SO ORDERED.

Dated: _____, 2007

_____
Emmet G. Sullivan
United States District Judge