**RECEIVED**

**MAY 17 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV02102 (EGS) |
| v. ) | |
| ) | **MICHAEL LOVERN, SR., NATIONAL** |
| SBC Communications, Inc. and ) | **TELEPROCESSING, INC., AMERICAN** |
| AT&T Corp., ) | **TELEDIAL CORP., (AMICUS CURIAE),** |
| ) | **RESPONSE TO AT&T AND DOJ'S** |
| ) | **MOTIONS' IN OPPOSITION TO** |
| Defendants. ) | **AMICUS CURIAE'S MOTION FOR** |
| ) | **LEAVE TO INTERVENE FOR** |
| ) | **PURPOSE OF APPEAL** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV02103 (EGS) |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE MOTION BY AMICI CURIAE MICHAEL LOVERN, SR. ET AL,
TO AT&T AND DOJ'S MOTIONS' IN OPPOSITION FOR LEAVE TO
<u>INTERVENE FOR PURPOSES OF APPEAL</u>**

Michael Lovern, Sr. ("MLS"), National TeleProcessing, Inc.("NTI") and American TeleDial Corp. ("ATC") (collectively ("Joint Movants"), by the founder and owner Michael Lovern, Sr., and pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby jointly file this Response Motion to AT&T and DOJ's Motions' in Opposition to Joint Movants request for leave to intervene for purposes of appeal.

Joint Movants have a direct and immediate interest in the outcome of this case, and absent their participation, inclusive of appellate review of the Court's judgment and "public interest" determination, will impair and impede Joint Movants ability to protect their interest not represented by DOJ in these proceedings.

To have Article III standing, Joint Movants must allege they have an "injury in fact." An injury in fact is "an invasion of a legally protected interest which is (a) concrete and particularized, and (b) actual or imminent, not conjectural or hypothetical." *Lujan*, 504 U.S. at 560 (quotations and citations omitted). A "particularized" interest is one that "affect[s] the plaintiff in a personal and individual way." Joint Movants have met the requirements of Art. III.

Quoting DOJ in their Opposition Motion:
"To intervene as of right, Lovern must demonstrate that he has "**an interest relating to the property or transaction which is the subject of the action**," that "**disposition of the action may as a practical matter impair or impede [his] ability to protect that interest**," and that **his interest is not "adequately represented by existing parties**.""

Joint Movants will be severely damaged by allowing this merger to proceed without appellate review as the Defendants will destroy corporate documents necessary for Joint Movants to pursue their claims, and the claims of all customers associated with the Intercompany Settlement System.

WHEREFORE, this motion should be granted and Joint Movants MLS, ATC and NTI should be authorized to intervene as parties in order to jointly appeal the March 30, 2007 Final Judgment of the Court.

As of this date, Joint Movants still have not received copies of court orders pertaining to Joint Movants original Motion to Intervene, or Final Judgment.

Respectfully submitted,

*Michael Lovern, Sr.*
Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(410)-798-7557
pratgen@myway.com
American TeleDial Corp. &
National Teleprocessing, Inc.

*Michael Lovern, Sr.*
By: Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(410)-798-7557
pratgen@myway.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of May, 2007, copies of the foregoing RESPONSE MOTION OF MICHAEL LOVERN, SR., ET AL, AS AMICUS CURIAE, will be served by U.S. Mail OR e-mail, on counsel of record as follows:

Lawrence M. Frankel (D.C. Bar No. 441532)
Matthew C. Hammond
Trial Attorneys
Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

---

FOR DEFENDANT
AT&T CORP

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2700

Al Richter

---

FOR DEFENDANT VERIZON COMMUNICATIONS, INC. / MCI

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Michael Lovern, Sr.*
Michael Lovern, Sr., et al
3713 Parke Drive
Edgewater, Maryland 21037
(410)-798-7557
pratgen@myway.com

May 16, 2007

(4)