# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **SBC Communications, Inc. and** ) <br> **AT&T Corp.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> **Verizon Communications, Inc. and** ) <br> **MCI, Inc.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:05CV02103 (EGS) |

## ORDER

Upon Consideration of COMPTEL'S Motion for Leave to Intervene for Purposes of Appeal pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and 15 U.S.C. § 16(f)(3) and all the record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that COMPTEL may file a Notice of Appeal.

Dated: _____, 2007      _____

Judge Emmet G. Sullivan

United States District Court for the District of Columbia