**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SBC COMMUNICATIONS, INC. and AT&T CORP.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 05-2102 (EGS)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC. and MCI, INC.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 05-2103 (EGS)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that COMPTEL'S Motion to Intervene for Purposes of Appeal is **DENIED**; and it is

**FURTHER ORDERED** that Michael Lovern's Motion to Intervene for Purposes of Appeal is **DENIED**.

1

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          June 26, 2007