IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

**ORDER DENYING MOTION BY AMICI CURIAE MICHAEL LOVERN, SR. FOR LEAVE TO INTERVENE FOR PURPOSES OF FILING A RULE 60(B) MOTION**

Upon consideration of the Motion by Amici Curiae Michael Lovern, Sr., for Leave to Intervene for Purposes of Filing a Rule 60(b) Motion, it is hereby **ORDERED** that the Motion by Amici Curiae Michael Lovern, Sr., for Leave to Intervene for Purposes of Filing a Rule 60(b) Motion is **DENIED.**

Dated: _____    _____
UNITED STATES DISTRICT JUDGE