IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | **MICHAEL LOVERN, SR.** |
| AT&T Corp., | ) | **(AMICA CURIAE),** |
| | ) | **MOTION TO SET HEARING DATE** |
| | ) | **FOR LEAVE TO INTERVENE** |
| | ) | **FOR PURPOSES of Rule 60(b) Motion** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION BY AMICA CURIAE MICHAEL LOVERN, SR., TO SET HEARING
DATE TO HEAR AMICI'S MOTION TO INTERVENE FOR PURPOSE OF
FILING A RULE 60(b) MOTION**

Amica Curiae, Michael Lovern, Sr. (Lovern), respectfully asks this Court to set a

hearing date at its earliest convenient time to hear Lovern's Motion to Intervene for

purpose of Filing a Rule 60(b) Motion based on newly discovered evidence.

Response time for the Parties has expired and Lovern requests that the initial

hearing be strictly on his Motion to Intervene and if the Court grants his Motion, a

subsequent hearing be set to argue the Rule 60(b) Motion.


Respectfully submitted,

Michael Lovern, Sr.
163 Mitchells Chance Rd., #121,
Edgewater, MD 21037
(443)-995-0001
mlsatt@myway.com


## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of April, 2008, copies of the foregoing MOTION by
MICHAEL LOVERN, SR., AS AMICA CURIAE, REQUESTING TO SET A
HEARING ON HIS MOTION TO INTERVENE FOR PURPOSES OF Filing a Rule
60(b) Motion, with Proposed Order, was served by U.S. Mail, or e-mail, on counsel of
record as follows:

Claude F. Scott, Jr., Jared A. Hughes, Matthew C. Hammond
Trial Attorneys
Telecom & Media Section - Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

------------------------------------------------------------------------------

FOR DEFENDANT AT&T CORP.

Michael Payne
175 E. Houston
San Antonio, Texas 78205-2233
210-351-3500

(2)

FOR DEFENDANT VERIZON COMMUNICATIONS, INC. / MCI

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201


Michael Lovern, Sr.
163 Mitchells Chance Rd., #121,
Edgewater, MD 21037
(443)-995-0001
mlsatt@myway.com


April 9, 2008

(3)